# EXHIBIT 1

# Suspension of Security Clearances and Evaluation of Government Contracts

🌐 whitehouse.gov/presidential-actions/2025/02/suspension-of-security-clearances-and-evaluation-of-government-contracts

February 25, 2025



Presidential Actions↖

MEMORANDUM FOR THE SECRETARY OF STATE
      THE SECRETARY OF DEFENSE
      THE ATTORNEY GENERAL
      THE SECRETARY OF ENERGY
      THE DIRECTOR OF THE OFFICE OF MANAGEMENT AND
        BUDGET
      THE DIRECTOR OF NATIONAL INTELLIGENCE
      THE DIRECTOR OF THE CENTRAL INTELLIGENCE AGENCY
      THE DIRECTOR OF THE OFFICE OF PERSONNEL
        MANAGEMENT

SUBJECT:    Suspension of Security Clearances and Evaluation of Government Contracts

I hereby direct the Attorney General and all other relevant heads of executive departments and agencies (agencies) to immediately take steps consistent with applicable law to suspend any active security clearances held by Peter Koski and all members, partners, and employees of Covington & Burling LLP who assisted former Special Counsel Jack Smith during his time as Special Counsel, pending a review and determination of their roles and responsibilities, if any, in the weaponization of the judicial process.  I also direct the Attorney General and heads of agencies to take such actions as are necessary to terminate any engagement of Covington & Burling LLP by any agency to the maximum extent permitted by law and consistent with the memorandum that shall be issued by the Director of the Office of Management and Budget.

Additionally, if any of the covered Covington & Burling LLP members, partners, and employees referenced in this memorandum obtained a security clearance from an agency not included as an addressee of this memorandum, the Director of the Office of Personnel Management shall provide this memorandum to the appropriate clearance-granting agency to ensure compliance.

I further direct the Director of the Office of Management and Budget to issue a memorandum to all agencies to review all Government contracts with Covington & Burling LLP.  To the extent permitted by applicable law, heads of agencies shall align their agency funding decisions with the interests of the citizens of the United States; with the goals and priorities of my Administration as expressed in executive actions, especially Executive Order 14147 of January 20, 2025 (Ending the Weaponization of the Federal Government); and as heads of agencies deem appropriate.

This memorandum is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.