# EXHIBIT 6

# Fact Sheet: President Donald J. Trump Addresses Risks from Paul Weiss

🌐 **whitehouse.gov**/fact-sheets/2025/03/fact-sheet-president-donald-j-trump-addresses-risks-from-paul-weiss

March 15, 2025



<u>Fact Sheets</u>↖
The White House

March 14, 2025

**SUSPENDING SECURITY CLEARANCES TO PROTECT THE NATIONAL INTEREST:**
Today, President Donald J. Trump signed an Executive Order to suspend security clearances held by individuals at Paul, Weiss, Rifkind, Wharton & Garrison LLP (Paul Weiss) pending a review of whether such clearances are consistent with the national interest.

- Security clearances held by Paul Weiss employees and Mark Pomerantz will be immediately suspended, pending a review of whether their access to sensitive information is consistent with the national interest.
    - The Federal Government will halt all material and services, including sensitive compartmented information facility (SCIF) access provided to Paul Weiss and restrict its employees' access to government buildings.
    - Federal Agencies will also refrain from hiring Paul Weiss employees unless specifically authorized.

- To ensure taxpayer dollars no longer go to contractors whose earnings subsidize activities not aligned with American interests, the Federal Government will terminate contracts that involve Paul Weiss.
- The practices of Paul Weiss will be reviewed under Title VII to ensure compliance with civil rights laws against racial bias.

**SAFEGUARDING TAXPAYER FUNDS:** The Trump Administration will no longer support taxpayer funds from sponsoring activities that make our communities less safe, increase burdens on local businesses, limit constitutional freedoms, and degrade the quality of American elections.

- Paul Weiss hired unethical attorney Mark Pomerantz, who had previously left the firm to join the Manhattan District Attorney's office solely to manufacture a prosecution against President Trump.
    - According to his coworkers, Pomerantz had unethically led witnesses in ways designed to implicate President Trump.
    - After being unable to convince Manhattan District Attorney Alvin Bragg that a fraud case was feasible, Pomerantz engaged in a media campaign to gin up support for this unwarranted prosecution.
- Paul Weiss has been accused of discriminating against its own employees on the basis of race and other categories prohibited by civil rights laws.

**ENDING THE WEAPONIZATION OF GOVERNMENT:** President Trump is delivering on his promise to end the weaponization of government and protect the nation from partisan actors who exploit their influence.

- President Trump is refocusing government operations to their core mission—serving the citizens of the United States.
- President Trump signed an Executive Order to end the weaponization of the Federal Government on his first day in office after promising to "end forever the weaponization of government and the abuse of law enforcement against political opponents."
- President Trump revoked security clearances held by dozens of intelligence officials who falsely claimed in a 2020 letter, during the height of the U.S. presidential election season, that Hunter Biden's laptop was tantamount to Russian disinformation.