# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP, *Plaintiff*, v. U.S. DEPARTMENT OF JUSTICE, *et al.*, *Defendants*. | Civil Case No. 1:25-cv-00916 **EMERGENCY HEARING RESPECTFULLY REQUESTED** |

### PLAINTIFF JENNER & BLOCK LLP'S MOTION FOR A TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Local Rule 65.1, Plaintiff Jenner & Block LLP, by undersigned counsel, respectfully requests that the Court issue a temporary restraining order enjoining Defendants from enforcing or implementing the provisions of Sections 1, 3, and 5 of the President's March 25, 2025 Executive Order entitled "Addressing Risks from Jenner & Block," until such time as the Court can further consider the merits of the Plaintiff's claims and any forthcoming motion for a preliminary injunction. This emergency relief is necessary due to the exigency of the circumstances and the irreparable injuries that the requested temporary restraining order is intended to prevent.

The attached memorandum of law, along with its supporting declarations and exhibits, set forth the grounds for this motion. A proposed order and a certification of compliance with Local Civil Rule 65.1 are attached.

Dated: March 28, 2025                                   Respectfully submitted,

/s/ *Michael A. Attanasio*
Michael A. Attanasio
(mattanasio@cooley.com)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

David E. Mills (DC Bar #401979)
(dmills@cooley.com)
Cooley LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, D.C. 20004
Telephone:    (202) 842-5000
Facsimile:    (202) 842-7400

Kristine Forderer
(*pro hac vice* application forthcoming)
(kforderer@cooley.com)
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

John Bostic
(*pro hac vice* application forthcoming)
(jbostic@cooley.com)
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

*Attorneys for Plaintiff Jenner & Block LLP*