UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00916 |

**DECLARATION OF MICHAEL A. ATTANASIO IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

I, Michael A. Attanasio, hereby declare:

1. I am an attorney duly licensed to practice law in the State of California and a partner with the law firm Cooley LLP, counsel of record for Plaintiff Jenner & Block LLP. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiff's motion for a temporary restraining order.

3. Attached hereto as **Exhibit 1** is a true and correct copy of *Suspension of Security Clearances and Evaluation of Government Contracts* issued by the White House on February 25, 2025. Exhibit 1 is a publicly available document, accessible at https://www.whitehouse.gov/presidential-actions/2025/02/suspension-of-security-clearances-and-evaluation-of-government-contracts/.

4. Attached hereto as **Exhibit 2** is a true and correct copy of *Fact Sheet: President Donald J. Trump Directs Suspension of Security Clearances and Evaluation of Government*

*Contracts for Involvement in Government Weaponization*, a fact sheet issued by the White House on February 25, 2025. Exhibit 2 is a publicly available document, accessible at https://www.whitehouse.gov/fact-sheets/2025/02/fact-sheet-president-donald-j-trump-directs-suspension-of-security-clearances-and-evaluation-of-government-contracts-for-involvement-in-government-weaponization/.

  5. Attached hereto as **Exhibit 3** is a true and correct copy of *Addressing Risks from Perkins Coie LLP*, an Executive Order issued by the White House on March 6, 2025. Exhibit 3 is a publicly available document, accessible at https://www.whitehouse.gov/presidential-actions/2025/03/addressing-risks-from-perkins-coie-llp/.

  6. Attached hereto as **Exhibit 4** is a true and correct copy of *Fact Sheet: President Donald J. Trump Addresses Risks from Perkins Coie LLP*, a fact sheet issued by the White House on March 6, 2025. Exhibit 5 is a publicly available document, accessible at https://www.whitehouse.gov/fact-sheets/2025/03/fact-sheet-president-donald-j-trump-adresses-risks-from-perkins-coie-llp/.

  7. Attached hereto as **Exhibit 5** is a true and correct copy of *Addressing Risks from Paul Weiss*, an Executive Order issued by the White House on March 14, 2025. Exhibit 5 is a publicly available document, accessible at https://www.whitehouse.gov/presidential-actions/2025/03/addressing-risks-from-paul-weiss/.

  8. Attached hereto as **Exhibit 6** is a true and correct copy of *Fact Sheet: President Donald J. Trump Addresses Risks from Paul Weiss*, a fact sheet issued by the White House on March 14, 2025. Exhibit 6 is a publicly available document, accessible at https://www.whitehouse.gov/fact-sheets/2025/03/fact-sheet-president-donald-j-trump-addresses-risks-from-paul-weiss/.

9. Attached hereto as **Exhibit 7** is a true and correct copy of *Addressing Remedial Action by Paul Weiss*, an Executive Order issued by the White House on March 21, 2025. Exhibit 4 is a publicly available document, accessible at https://www.whitehouse.gov/presidential-actions/2025/03/addressing-remedial-action-by-paul-weiss/.

10. Attached hereto as **Exhibit 8** is a true and correct copy of *Preventing Abuses of the Legal System and the Federal Court*, a Presidential Memorandum issued by the White House on March 22, 2025. Exhibit 8 is a publicly available document, accessible at https://www.whitehouse.gov/presidential-actions/2025/03/preventing-abuses-of-the-legal-system-and-the-federal-court/.

11. Attached hereto as **Exhibit 9** is a true and correct copy of *Rescinding Security Clearances and Access to Classified Information from Specified Individuals*, a Presidential Memorandum issued by the White House on March 22, 2025. Exhibit 9 is a publicly available document, accessible at https://www.whitehouse.gov/presidential-actions/2025/03/rescinding-security-clearances-and-access-to-classified-information-from-specified-individuals/.

12. Attached hereto as **Exhibit 10** is a true and correct copy of *Addressing Risks from Jenner & Block*, an Executive Order (No. 14,246) issued by the White House on March 25, 2025. Exhibit 10 is a publicly available document, accessible at https://www.whitehouse.gov/presidential-actions/2025/03/addressing-risks-from-jenner-block/.

13. Attached hereto as **Exhibit 11** is a true and correct copy of *Fact Sheet: President Donald J. Trump Addresses Risks from Jenner & Block*, a fact sheet issued by the White House on March 25, 2025. Exhibit 11 is a publicly available document, accessible at https://www.whitehouse.gov/fact-sheets/2025/03/fact-sheet-president-donald-j-trump-addresses-risks-from-jenner-block/.

14. Attached hereto as **<u>Exhibit 12</u>** is a true and correct copy of *Addressing Risks from WilmerHale*, an Executive Order issued by the White House on March 27, 2025. Exhibit 12 is a publicly available document, accessible at https://www.whitehouse.gov/presidential-actions/2025/03/addressing-risks-from-wilmerhale/.

15. Attached hereto as **<u>Exhibit 13</u>** is a true and correct copy of *Fact Sheet: President Donald J. Trump Addresses Risks from WilmerHale*, a fact sheet issued by the White House on March 27, 2025. Exhibit 13 is a publicly available document, accessible at https://www.whitehouse.gov/fact-sheets/2025/03/fact-sheet-president-donald-j-trump-addresses-risks-from-wilmerhale/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2025 in Washington, D.C.

*/s/ Michael A. Attanasio*
Michael A. Attanasio