# EXHIBIT 4

# President Donald J. Trump Adresses Risks from Perkins Coie LLP

🌐 whitehouse.gov/fact-sheets/2025/03/fact-sheet-president-donald-j-trump-adresses-risks-from-perkins-coie-llp

March 6, 2025



Fact Sheets↖

## Fact Sheet: President Donald J. Trump Addresses Risks from Perkins Coie LLP

**STOPPING ABUSES THAT UNDERMINE THE NATION:** Today, President Donald J. Trump signed an Executive Order to suspend security clearances held by individuals at Perkins Coie LLP, pending a review of whether their access to sensitive information is consistent with the national interest.

- Security clearances held by Perkins Coie LLP employees will be immediately suspended, pending a review of whether their access to sensitive information is consistent with the national interest.
  - The Federal Government will halt all material and services, including sensitive compartmented information facility (SCIF) access provided to Perkins Coie LLP and restrict its employees' access to government buildings.
  - Federal Agencies will also refrain from hiring Perkins Coie LLP employees unless specifically authorized.

- To ensure taxpayer dollars no longer go to contractors whose earnings subsidize partisan lawsuits against the United States, the Federal Government will prohibit funding contractors that use Perkins Coie LLP.
    - All Federal Government contracts with Perkins Coie LLP will undergo rigorous scrutiny, with agency heads directed to terminate engagements to the maximum extent permitted by law.
- The practices of Perkins Coie LLP will be reviewed under Title VII to ensure compliance with civil rights laws against racial bias.

**ENSURING GOVERNMENT SERVES THE AMERICAN PEOPLE:** President Trump's Administration will not tolerate Perkins Coie LLP's unethical and discriminatory actions that threaten our elections, military strength, and national security.

- In 2016, Perkins Coie LLP hired Fusion GPS to manufacture a false "dossier" designed to steal an election while representing failed presidential candidate Hillary Clinton.
- Perkins Coie LLP pushed debunked claims of secret Trump-Russia communications via Alfa Bank, with attorney Michael Sussmann indicted for lying to the FBI about this scheme.
- Perkins Coie LLP has worked with activist donors, including George Soros, to judicially overturn enacted election laws, such as those requiring voter identification.
    - A court was forced to sanction Perkins Coie attorneys for unethical lack of candor before the court.
- Perkins Coie LLP has been accused of racially discriminating against its own attorneys, staff, and applicants.
    - Perkins Coie has publicly announced racial percentage quotas for hiring and promotions, violating civil rights laws, and excluded applicants from fellowships based on race until lawsuits forced change.
- Perkins Coie LLP hosted an FBI workspace, raising concerns about partisan misuse of sensitive data during investigations targeting President Trump.
- Perkins Coie LLP has filed lawsuits against the Trump Administration, including one designed to reduce military readiness.

**A RETURN TO ACCOUNTABILITY:** President Trump is delivering on his promise to end the weaponization of government and protect the nation from partisan actors who exploit their influence.

- President Trump is refocusing government operations to their core mission—serving the citizens of the United States.
- President Trump signed an Executive Order to end the weaponization of the Federal Government on his first day in office after promising to "end forever the weaponization of government and the abuse of law enforcement against political opponents."

- President Trump revoked security clearances held by dozens of intelligence officials who falsely claimed in a 2020 letter, during the height of the U.S. presidential election season, that Hunter Biden's laptop was tantamount to Russian disinformation.