UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>   *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>   *Defendants*. | Case No. 1:25-cv-00916 |

### NOTICE OF APPEARANCE OF COUNSEL

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Plaintiff Jenner & Block LLP.

Dated: March 28, 2025                         Respectfully submitted,

                              */s/ David E. Mills*
                              David E. Mills (DC Bar #401979)
                              (dmills@cooley.com)
                              Cooley LLP
                              1299 Pennsylvania Ave., NW, Suite 700
                              Washington, D.C. 20004
                              Telephone:   (202) 842-5000
                              Facsimile:    (202) 842-7400