# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP, *Plaintiff*, v. U.S. DEPARTMENT OF JUSTICE, *et al.*, *Defendants*. | Case No. 1:25-cv-00916 |

## DISCLOSURE OF CORPORATE AFFILATIONS AND FINANCIAL INTERESTS OF JENNER & BLOCK LLP

I, the undersigned, counsel of record for the Plaintiff Jenner & Block LLP, pursuant to Local Civil Rule 26.1 and Federal Rule of Civil Procedure 7.1, certify to the best of my knowledge and belief, that Plaintiff Jenner & Block LLP, an Illinois limited liability partnership, has no parent corporation and that no publicly held corporation owns 10% or more of Jenner & Block LLP's stock.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: March 28, 2025

Respectfully submitted,

*/s/ Michael A. Attanasio*
Michael A. Attanasio
(mattanasio@cooley.com)
Cooley LLP
4401 Eastgate Mall
San Diego, CA  92121-1909
Telephone:     (858) 550-6000
Facsimile:     (858) 550-6420

David E. Mills (DC Bar #401979)
(dmills@cooley.com)
Cooley LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, D.C. 20004
Telephone:    (202) 842-5000
Facsimile:    (202) 842-7400

Kristine Forderer
(*pro hac vice* application forthcoming)
(kforderer@cooley.com)
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

John Bostic
(*pro hac vice* application forthcoming)
(jbostic@cooley.com)
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

*Attorneys for Plaintiff Jenner & Block LLP*