UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JENNER & BLOCK LLP,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE, et al.,

Defendants.

Case No. 1:25-cv-00916

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Deputy Associate Attorney General Richard Lawson as counsel for Defendants in this action.

Dated: March 28, 2025

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

By: _____/s/ Richard Lawson_____
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Attorney for the United States of America*