IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>  Defendants. | Civil Action No. 25-0916 (JDB) |

**DEFENDANTS' STATUS REPORT**

On March 28, 2025, the Court entered an Order (ECF 9) requiring, among other things, that Defendants file a status report by noon, March 31, 2025, "describing the steps taken to ensure compliance with th[e] Order and certifying compliance with its requirements." Counsel for Defendants, accordingly, submit this Status Report.

1. Defendants' counsel began working with relevant officials at OMB and DOJ from the evening of Friday, March 28, 2025, and through the weekend, to develop appropriate notices of and instructions for compliance with the Court's injunction, as well as appropriate logistics for distribution of such notices and instructions to the named defendants and other agencies that may be subject to Executive Order 14246 of March 25, 2025, 90 Fed. Reg. 13997 (Mar. 28, 2025).

2. Defendants' counsel provided the notice attached at Exhibit 1 to the named agency defendants.

3. Defendants' counsel anticipates being able to file a more fulsome update as to notification of other entities subject to the Executive Order by the end of the day.

Dated: March 31, 2025
      Washington, D.C.

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

/s/ *Richard Lawson*
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants*