IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | Civil Action No. 25-0916 (JDB) |

**DEFENDANTS' STATUS REPORT**

On March 28, 2025, the Court entered an Order (ECF 9) requiring, among other things, that Defendants file a status report by noon, March 31, 2025, "describing the steps taken to ensure compliance with th[e] Order and certifying compliance with its requirements." In supplement to the status report filed earlier today, Counsel for Defendants, submit this additional information:

1. As noted in the status report filed earlier today Defendants' counsel provided notice to all named Defendants apprising them of this Court's Order.

2. As referenced in that earlier status report, Defendants' counsel indicated that it would provide an update as to the notification of other entities subject to the Executive Order.

3. Defendants' counsel has apprised Plaintiff's counsel of the logistical issues involved with issuing the additional notifications and anticipates being able to issue the notification in short order.

4. Defendants' counsel will provide an update to Plaintiff's counsel no later than close of business on Tuesday, April 1, 2025, and will file a notice with the Court upon completion of this additional notice requirement.

Dated: March 31, 2025
Washington, D.C.

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

/s/ *Richard Lawson*
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants*