UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-00916-JDB |

**JOINT STATUS REPORT**

The parties respectfully submit this Joint Status Report ("JSR") to set a briefing schedule:

1. The parties have met and conferred and are in agreement that this Court should proceed to expedited dispositive motions briefing. Plaintiff intends to move for summary judgment. Defendants also intend to file a dispositive motion.

2. The parties respectfully propose the following briefing schedule:

| | |
|---|---|
| Dispositive Motions and Opening Briefs | April 8, 2025 |
| Amicus Briefs (in support of either side) | April 11, 2025 |
| Opposition Briefs | April 17, 2025 |
| Oral Argument (if helpful to the Court) | April 21, 2025 (or as soon thereafter as counsel may be heard) |

3. The parties have agreed that they do not anticipate needing discovery in this case and that no party will request discovery in connection with the above-referenced dispositive motions.

4. All parties have also agreed to extend the injunctive relief issued by this Court on March 28, 2025, until final judgment. *See* Fed. R. Civ. P. 65(b)(2).

5.  Based on these agreements, the parties have attached a proposed order governing further proceedings.

| | |
|---|---|
| Dated: March 31, 2025 | Respectfully submitted, |
| CHAD MIZELLE<br>Acting Associate Attorney General | COOLEY LLP |
| */s/ Richard Lawson*<br>RICHARD LAWSON<br>Deputy Associate Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Telephone: (202) 445-8042<br><br>*Counsel for Defendants* | */s/ Michael A. Attanasio*<br>Michael A. Attanasio (DDC Bar #145837)<br>(mattanasio@cooley.com)<br>Cooley LLP<br>10265 Science Center Dr.<br>San Diego, CA  92121-1117<br>Telephone:    (858) 550-6000<br>Facsimile:     (858) 550-6420<br><br>David E. Mills (DDC Bar #401979)<br>(dmills@cooley.com)<br>Cooley LLP<br>1299 Pennsylvania Ave., NW, Suite 700<br>Washington, D.C. 20004<br>Telephone:    (202) 842-5000<br>Facsimile:     (202) 842-7400<br><br>Kristine Forderer<br>(*pro hac vice* application forthcoming)<br>(kforderer@cooley.com)<br>Cooley LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Telephone:    (415) 693-2000<br>Facsimile:     (415) 693-2222<br><br>John Bostic<br>(*pro hac vice* application forthcoming)<br>(jbostic@cooley.com)<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone:    (650) 843-5000<br>Facsimile:     (650) 849-7400<br><br>*Counsel for Plaintiff Jenner & Block LLP* |