UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    *Defendants*. | Civil Case No. 1:25-cv-00916-JDB |

**[PROPOSED] ORDER EXTENDING INJUNCTION
AND SCHEDULING FURTHER PROCEEDINGS**

The Court has considered the parties' Joint Status Report ("JSR") of March 31, 2025.  It is hereby

**ORDERED** that the temporary restraining order issued by this Court on March 28, 2025, ECF No. 9, shall be **EXTENDED** by agreement of all parties until final judgment in order to allow time for the parties to complete briefing on—and this Court to rule on—the contemplated dispositive motions.

**ORDERED** that the parties shall file any and all dispositive motions according to the following schedule:

| | |
|---|---|
| Dispositive Motions and Opening Briefs | April 8, 2025 |
| Amicus Briefs (in support of either side) | April 11, 2025 |
| Opposition Briefs | April 17, 2025 |

The time and other details regarding any motions hearing will be addressed in a separate scheduling notice.

**ORDERED** that discovery shall be **STAYED** pending further order of the Court, given

the parties' agreement that no discovery will be requested in connection with the above-referenced dispositive motions, *see* JSR ¶ 3.

**SO ORDERED**.

Dated: _____                                          _____
                                                                  Hon. John D. Bates
                                                                  U.S. District Judge