UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JENNER & BLOCK LLP,**<br><br>　　Plaintiff,<br><br>　　　v.<br><br>**U.S. DEPARTMENT OF JUSTICE, et al.,**<br><br>　　Defendants. | Civil Action No. 25-916 (JDB) |

### ORDER

Upon consideration of the parties' joint status report [ECF No. 13], and the entire record herein, it is hereby

**ORDERED** that, with the consent of both parties, the Temporary Restraining Order issued on March 28, 2025 [ECF No. 9], shall be **EXTENDED** until final judgment in this matter; it is further

**ORDERED** that the following schedule shall govern further proceedings:

(1) dispositive motions and opening briefs shall be filed by not later than April 8, 2025;

(2) amicus briefs in support of either side shall be filed by not later than April 11, 2025;

(3) opposition briefs shall be filed by not later than April 17, 2025;

(4) any motions hearing shall be scheduled as necessary; and it is further

**ORDERED** that discovery shall be **STAYED** pending further order of the Court, given the parties' agreement that no discovery is required or will be requested in connection with the anticipated dispositive motions.

　　**SO ORDERED.**

/s/

JOHN D. BATES
United States District Judge

Dated: April 1, 2025