# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    *Defendants*. | Civil Case No. 1:25-cv-00916-JDB |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2, Plaintiff Jenner & Block LLP, hereby moves for the *pro hac vice* admission of attorney John C. Bostic in the above-captioned action. This motion is supported by the Declaration of John C. Bostic, filed herewith. As set forth in Mr. Bostic's declaration, he is admitted and is an active member in good standing with the California Bar. Pursuant to the Local Rules, this motion is further supported and signed by Michael A. Attanasio, an active and sponsoring member of the Bar of this Court, as well as a certificate of good standing issued by the California courts.

Dated: April 1, 2025

Respectfully submitted,

*/s/ Michael A. Attanasio*
Michael A. Attanasio
(mattanasio@cooley.com)
Cooley LLP
10265 Science Center Dr.
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorney for Plaintiff Jenner & Block LLP*