UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>　　*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　*Defendants*. | Civil Case No. 1:25-cv-00916-JDB |

**DECLARATION OF JOHN C. BOSTIC IN SUPPORT OF
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, John C. Bostic, hereby declare:

1. My full name is John Curtis Bostic.

2. My current office address, telephone number and email address are as follows:

    COOLEY LLP
    3175 Hanover Street
    Palo Alto, CA 94304
    Telephone:　(650) 843-5000
    Facsimile:　(650) 849-7400
    jbostic@cooley.com

3. I have been admitted to the following courts and bars:

    | Title of Court | Date of Admission |
    |---|---|
    | U.S. District Court, Northern District of California | 10/19/2009 |
    | U.S. District Court, Eastern District of California | 10/21/2009 |
    | U.S. District Court, Central District of California | 10/22/2009 |
    | U.S. District Court, Southern District of California | 10/23/2009 |

4. I am a member of good standing of the California Bar (Bar No. 264367) since 2009.

I have never been disciplined by any bar or faced suspension or disbarment in any court.

5. I have never been admitted *pro hac vice* in this Court.

6.  I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2025 in Palo Alto, California.

                    Respectfully submitted,

                    John C. Bostic
                    (jbostic@cooley.com)
                    Cooley LLP
                    3175 Hanover Street
                    Palo Alto, CA 94304
                    Telephone:  (650) 843-5000
                    Facsimile:  (650) 849-7400