## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JENNER & BLOCK LLP,

      *Plaintiff*,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

      *Defendants*.

Case No. 1:25-cv-00916-JDB

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
## AND FOR DECLARATORY AND PERMANENT INJUNCTIVE RELIEF

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7(h), Plaintiff Jenner & Block LLP, by undersigned counsel, respectfully moves for summary judgment against all Defendants on all claims. Plaintiff respectfully requests that this Court declare that Executive Order 14,246, *Addressing Risks From Jenner & Block*, 90 Fed. Reg. 13997 (Mar. 28, 2025), issued by the President on March 25, 2025, is unlawful because its violates the First, Fifth, and Sixth Amendments to the U.S. Constitution, exceeds the President's constitutional authority under Article II, and violates the separation of powers. Plaintiff further respectfully requests that this Court permanently enjoin Defendants from implementing or enforcing Executive Order 14,246 in any way and grant the related relief described in the attached proposed order.

The grounds for this motion are set forth in the attached memorandum of law, along with its supporting declarations and exhibits. A proposed order describing with more particularity the relief sought is attached thereto.

Consistent with the Court's April 1, 2025 order, ECF No. 14, Plaintiff is available for a hearing on this motion during the week of April 21, 2025, if the Court would find it helpful.

Dated: April 8, 2025

Respectfully submitted,


_/s/ Michael A. Attanasio_
Michael A. Attanasio
(mattanasio@cooley.com)
Cooley LLP
10265 Science Center Drive
San Diego, CA 92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

David E. Mills (DC Bar #401979)
(dmills@cooley.com)
Cooley LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, D.C. 20004
Telephone:    (202) 842-5000
Facsimile:    (202) 842-7400

Kristine Forderer (_pro hac vice_)
(kforderer@cooley.com)
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

John Bostic (_pro hac vice_)
(jbostic@cooley.com)
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

_Attorneys for Plaintiff Jenner & Block LLP_