UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-00916-JDB |

**DECLARATION OF MICHAEL A. ATTANASIO IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR DECLARATORY AND <u>PERMANENT INJUNCTIVE RELIEF</u>**

I, Michael A. Attanasio, hereby declare:

    1.    I am an attorney duly licensed to practice law in the State of California and a partner with the law firm Cooley LLP, and counsel of record for Plaintiff Jenner & Block LLP. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

    2.    I submit this declaration in support of Plaintiff's Motion for Summary Judgment and for Declaratory and Permanent Injunctive Relief.

    3.    Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of a September 5, 2022 post on "Truth Social" by user "@realDonaldTrump," an account which, upon information and belief, is owned by President Donald J. Trump. Exhibit 1 is a post publicly available at https://truthsocial.com/@realDonaldTrump/posts/108948071458149558. A capture of the post is also available as a Perma.cc link, https://perma.cc/DC3Z-TJMP, which was archived on March 28, 2025.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a September 6, 2024 transcript of a Press Conference held by then-candidate Donald J. Trump. Exhibit 2 is a transcript publicly available at https://rollcall.com/factbase/trump/transcript/donald-trump-press-conference-new-york-september-6-2024/. A capture of this transcript is also available as a Perma.cc link, https://perma.cc/T87G-K27Q, which was archived on March 27, 2025.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a February 11, 2025 post on "X.com" by user "@elonmusk," an account which, upon information and belief, is owned by Elon Musk. Exhibit 3 is a post publicly available at https://x.com/elonmusk/status/1889380095015465272. A capture of the post is also available as a Perma.cc link, https://perma.cc/EB6G-UUUP, which was archived on March 28, 2025.

6. Attached hereto as **Exhibit 4** is a true and correct copy of *Suspension of Security Clearances and Evaluation of Government Contracts* issued by the White House on February 25, 2025. Exhibit 4 is a document publicly available at https://www.whitehouse.gov/presidential-actions/2025/02/suspension-of-security-clearances-and-evaluation-of-government-contracts/. A capture of this document is also available as a Perma.cc link, https://perma.cc/A9FD-Q5MN, which was archived on April 7, 2025.

7. Attached hereto as **Exhibit 5** is a true and correct copy of *Fact Sheet: President Donald J. Trump Directs Suspension of Security Clearances and Evaluation of Government Contracts for Involvement in Government Weaponization*, a fact sheet issued by the White House on February 25, 2025. Exhibit 5 is a document publicly available at https://www.whitehouse.gov/fact-sheets/2025/02/fact-sheet-president-donald-j-trump-directs-suspension-of-security-clearances-and-evaluation-of-government-contracts-for-involvement-in-government-weaponization/. A capture of this document is also available as a Perma.cc link,

https://perma.cc/5Q8X-TKU3, which was archived on April 7, 2025.

8. Attached hereto as **Exhibit 6** is a true and correct copy of *Addressing Risks from Perkins Coie LLP*, an Executive Order (No. 14,230) executed by President Donald J. Trump on March 6, 2025, and published in the Federal Register on March 11, 2025 (90 Fed. Reg. 11781).

9. Attached hereto as **Exhibit 7** is a true and correct copy of *Fact Sheet: President Donald J. Trump Addresses Risks from Perkins Coie LLP*, a fact sheet issued by the White House on March 6, 2025. Exhibit 7 is a document publicly available at https://www.whitehouse.gov/fact-sheets/2025/03/fact-sheet-president-donald-j-trump-adresses-risks-from-perkins-coie-llp/. A capture of this fact sheet is also available as a Perma.cc link, https://perma.cc/MYF2-ATM8, which was archived on April 7, 2025.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a March 11, 2025 article by the Wall Street Journal Editorial Board, *Trump, Perkins Coie and John Adams*. Exhibit 8 is an article publicly available at https://www.wsj.com/opinion/donald-trump-perkins-coie-covington-and-burling-executive-order-4b285e8b. A capture of this article is also available as a Perma.cc link, https://perma.cc/G79F-B6X5, which was archived on April 5, 2025.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a March 14, 2025 transcript of a speech by President Donald J. Trump to the Staff at the Department of Justice. Exhibit 9 is a transcript publicly available at https://rollcall.com/factbase/trump/transcript/donald-trump-speech-department-of-justice-march-14-2025. A capture of this transcript is also available as a Perma.cc link, https://perma.cc/5JVA-J9E7, which was archived on March 28, 2025.

12. Attached hereto as **Exhibit 10** is a true and correct copy of *Addressing Risks from Paul Weiss*, an Executive Order (No. 14,237) executed by President Donald J. Trump on March 14, 2025, and published in the Federal Register on March 20, 2025 (90 Fed. Reg. 13039).

13. Attached hereto as **Exhibit 11** is a true and correct copy of *Fact Sheet: President Donald J. Trump Addresses Risks from Paul Weiss*, a fact sheet issued by the White House on March 14, 2025. Exhibit 11 is a document publicly available at https://www.whitehouse.gov/fact-sheets/2025/03/fact-sheet-president-donald-j-trump-addresses-risks-from-paul-weiss/. A capture of this fact sheet is also available as a Perma.cc link, https://perma.cc/U585-Y9WE, which was archived on April 7, 2025.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a March 19, 2025 article by Daniel Barnes, *How Major Law Firms Are Responding to Trump's Attacks*. Exhibit 12 is an article publicly available at https://www.politico.com/news/2025/03/19/trump-major-law-firm-sanctions-questions-00236446. A capture of this article is also available as a Perma.cc link, https://perma.cc/2C3P-BD7F, which was archived on March 27, 2025.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a March 20, 2025, updated March 22, 2025, article by Michael S. Schmidt, *Law Firm Bends in Face of Trump Demands*. Exhibit 14 is an article publicly available at https://www.nytimes.com/2025/03/20/us/politics/paul-weiss-deal-trump-executive-order-withdrawn.html. A capture of this article is also available as a Perma.cc link, https://perma.cc/H3U4-7UCX, which was archived on April 5, 2025.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a March 20, 2025 post on "Truth Social" by user "@realDonaldTrump," an account which, upon information and belief, is owned by President Donald J. Trump. Exhibit 14 is a post publicly available at

4

https://truthsocial.com/@realDonaldTrump/posts/114197044617921519. A capture of the post is also available as a Perma.cc link, https://perma.cc/78M3-JPHY, which was archived on March 27, 2025.

17. Attached hereto as **Exhibit 15** is a true and correct copy of *Addressing Remedial Action by Paul Weiss*, an Executive Order (No. 14,244) executed by President Donald J. Trump on March 21, 2025, and published in the Federal Register on March 26, 2025 (90 Fed. Reg. 13685).

18. Attached hereto as **Exhibit 16** is a true and correct copy of *Preventing Abuses of the Legal System and the Federal Court*, a Presidential Memorandum issued by the White House on March 22, 2025. Exhibit 16 is a document publicly available at https://www.whitehouse.gov/presidential-actions/2025/03/preventing-abuses-of-the-legal-system-and-the-federal-court/. A capture of this memorandum is also available as a Perma.cc link, https://perma.cc/U9TV-N5UW, which was archived on March 28, 2025.

19. Attached hereto as **Exhibit 17** is a true and correct copy of *Rescinding Security Clearances and Access to Classified Information from Specified Individuals*, a Presidential Memorandum issued by the White House on March 22, 2025. Exhibit 17 is a document publicly available at https://www.whitehouse.gov/presidential-actions/2025/03/rescinding-security-clearances-and-access-to-classified-information-from-specified-individuals/. A capture of this document is also available as a Perma.cc link, https://perma.cc/4ARB-NCNS, which was archived on April 7, 2025.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a March 25, 2025 article by Brett Samuels, *Trump Signs Order Targeting Law Firm that Employed Mueller Team Prosecutor*. Exhibit 18 is an article publicly available at https://thehill.com/homenews/

administration/5213311-trump-order-mueller-prosecutor-law-firm. A capture of this article is also available as a Perma.cc link, https://perma.cc/6234-SBMW, which was archived on March 28, 2025.

21. Attached hereto as **Exhibit 19** is a true and correct copy of *Addressing Risks from Jenner & Block*, an Executive Order (No. 14,246) executed by President Donald J. Trump on March 25, 2025, and published in the Federal Register on March 28, 2025 (90 Fed. Reg. 13997).

22. Attached hereto as **Exhibit 20** is a true and correct copy of *Fact Sheet: President Donald J. Trump Addresses Risks from Jenner & Block*, a fact sheet issued by the White House on March 25, 2025. Exhibit 20 is a document publicly available at https://www.whitehouse.gov/fact-sheets/2025/03/fact-sheet-president-donald-j-trump-addresses-risks-from-jenner-block/. A capture of this fact sheet is also available as a Perma.cc link, https://perma.cc/CE4L-CZ43, which was archived on March 27, 2025.

23. Attached hereto as **Exhibit 21** is a true and correct copy of *Addressing Risks from WilmerHale*, an Executive Order (No. 14,250) executed by President Donald J. Trump on March 27, 2025, and published in the Federal Register on April 3, 2025 (90 Fed. Reg. 14549).

24. Attached hereto as **Exhibit 22** is a true and correct copy of *Fact Sheet: President Donald J. Trump Addresses Risks from WilmerHale*, a fact sheet issued by the White House on March 27, 2025. Exhibit 22 is a document publicly available at https://www.whitehouse.gov/fact-sheets/2025/03/fact-sheet-president-donald-j-trump-addresses-risks-from-wilmerhale/. A capture of this fact sheet is also available as a Perma.cc link, https://perma.cc/7WN4-PCQF, which was archived on April 7, 2025.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a March 28, 2025 article by Daniel Barnes, *Major Law Firm Strikes Preemptive Deal with White House*. Exhibit 23

is an article publicly available at https://www.politico.com/news/2025/03/28/skadden-arps-trump-law-deal-028324. A capture of this article is also available as a Perma.cc link, https://perma.cc/2MWM-LVLR, which was archived on April 5, 2025.

26. Attached hereto as **Exhibit 24** is a true and correct copy of a March 28, 2025 post on "Truth Social" by user "@realDonaldTrump," an account which, upon information and belief, is owned by President Donald J. Trump. Exhibit 24 is a post publicly available at https://truthsocial.com/@realDonaldTrump/posts/114241348699704594. A capture of the post is also available as a Perma.cc link, https://perma.cc/2EF8-QP5T, which was archived on April 5, 2025.

27. Attached hereto as **Exhibit 25** is a true and correct copy of an April 1, 2025 post on "Truth Social" by user "@realDonaldTrump," an account which, upon information and belief, is owned by President Donald J. Trump. Exhibit 25 is a post publicly available at https://truthsocial.com/@realDonaldTrump/posts/114264667777137553. A capture of the post is also available as a Perma.cc link, https://perma.cc/7QK8-D6BD, which was archived on April 5, 2025.

28. Attached hereto as **Exhibit 26** is a true and correct copy of an April 2, 2025 post on "Truth Social" by user "@realDonaldTrump," an account which, upon information and belief, is owned by President Donald J. Trump. Exhibit 26 is a post publicly available at https://truthsocial.com/@realDonaldTrump/posts/114269692330126501. A capture of the post is also available as a Perma.cc link, https://perma.cc/4EVZ-YNNM, which was archived on April 5, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2025 in San Diego, California.

                                        */s/ Michael A. Attanasio*
                                        Michael A. Attanasio