# EXHIBIT 1

**TRUTH.**

← **Truth Details**
666 replies

⋯

 **Donald J. Trump** ✅
@realDonaldTrump

But isn't it SleazeBag Andrew Weissmann, one of the most overturned on appeal lawyers in the U.S., who couldn't convince his "boss," Robert "No Collusion" Mueller, to do the wrong thing, and who goes around saying he controls the "Justice" Department, including Merrick Garland, and especially high ranking Lisa Monaco, and that they'll do whatever he wants and demands??? Hope this isn't true, but he really is the Scum of the Earth!!! Great job on the Mueller Report, Andrew. Fight back USA!

---

 **Sal Greco** ✅
@HeadOfTheTable · Sep 5, 2022

For the second time in his legal career, Andrew Weismann comes across a judge that actually respects the rule of law. The last time was the when his Enron convictions were overturned for his prosecutorial misconduct. @realDonaldTrump @JackPosobiec #MarALagoRaid

---

**Andrew Weissman...** @AWeissm... · 3h   •••

Cannon uses existence of a small number of personal items found in search (and properly seized pursuant to warrant) to find standing to review ALL docs including vast majority that are STOLEN.

💬 364    ⟲ 1,554    ♡ 6,047    ⬆️

**Andrew Weissman...** @AWeissm... · 3h   •••

Nothing about the MAL search warrant process was special and her reasoning wd lead to appointment of a special master in EVERY criminal case. The only thing special is a former president stealing highly classified docs.

💬 270    ⟲ 2,460    ♡ 9,981    ⬆️

**Andrew Weissman...** @AWeissm... · 3h   •••

**5.95k** ReTruths **20.2k** Likes          Sep 05, 2022, 6:07 PM

