# EXHIBIT 3

4/7/25, 8:42 PM
Elon Musk on X: "Which law firms are pushing these anti-democratic cases to impede the will of the people?" / X

Case 1:25-cv-00916-JDB    Document 19-6    Filed 04/08/25    Page 2 of 2

← Post

New to X?

Sign up now to get your

Sign u

Sign u

Creat

By signing up, you agre
Privacy Policy, including

Something wer

Terms of Service    Priv
Accessibility    Ads info

**Elon Musk** ✓
@elonmusk

Which law firms are pushing these anti-democratic cases to impede the will of the people?



@amuse ✓  @amuse · Feb 11

LAWFARE: Democrat judges across the country are working with Democrat AGs and NGOs to either block/delay president Trump's EOs aimed at reducing fraud, abuse, and waste. This time it is Biden-appointed Judge Angel Kelley from MA ordering Trump to restore DEI funding to the NIH.

ALT

10:24 AM · Feb 11, 2025 · **4.3M** Views

💬 7.8K       ⟲ 16K       ♡ 48K       🔖 974       📤

💬  Read 7.8K replies

**Don't miss what's happening**
People on X are the first to know.

Log in