# EXHIBIT 5

# Fact Sheet: President Donald J. Trump Directs Suspension of Security Clearances and Evaluation of Government Contracts for Involvement in Government Weaponization

whitehouse.gov/fact-sheets/2025/02/fact-sheet-president-donald-j-trump-directs-suspension-of-security-clearances-and-evaluation-of-government-contracts-for-involvement-in-government-weaponization

February 25, 2025



Fact Sheets⤴

**ADDRESSING THE WEAPONIZATION OF GOVERNMENT:** Today, President Donald J. Trump signed a memorandum to suspend security clearances for Covington & Burling LLP employees involved in the weaponization of government, pending a review of their roles and responsibility in the weaponization of the judicial process. This action also initiates a comprehensive review of all Federal contracts with the firm to ensure alignment with the interests of the American people.

- Security clearances held by Peter Koski and potential other members of Covington & Burling LLP who assisted former Special Counsel Jack Smith will be suspended, pending a review of their roles and responsibility in the weaponization of the judicial process.

- The Federal Government will review and terminate engagement of Covington & Burling LLP by the United States to the maximum extent permitted by law.
    - All contracts with Covington & Burling LLP will undergo a detailed evaluation to ensure agency funding decisions align with American citizens' interests and the priorities of this Administration, as detailed in executive directives.

**PRIORITIZING CITIZENS OVER PARTISAN GAMES:** President Trump remains steadfast in his commitment to restoring trust in government by ensuring that public resources and privileges are not exploited for political gain.

- Individuals who hold government-issued security clearances bear a responsibility to uphold impartiality and the national interest. These privileges should not be leveraged to interfere in U.S. elections or advance partisan objectives.
- Covington & Burling LLP provided former Special Counsel Jack Smith with $140,000 in free legal services prior to his resignation from the Department of Justice.
    - Jack Smith and his staff spent more than $50 million in taxpayer dollars to target President Trump—an egregious misuse of judicial authority for political ends and part of the prior administration's unprecedented weaponization of prosecutorial power to upend the democratic process.

**A RETURN TO ACCOUNTABILITY:** President Trump is sending a clear message that the Federal Government will no longer tolerate the abuse of power by partisan actors who exploit their positions for political gain.

- President Trump is refocusing government operations to its core mission – serving the citizens of the United States.
- President Trump revoked security clearances held by dozens of intelligence officials who falsely claimed in a 2020 letter, during the height of the U.S. presidential election season, that Hunter Biden's laptop was tantamount to Russian disinformation.
- President Trump signed an Executive Order to end the weaponization of the Federal Government on his first day in office after promising to "end forever the weaponization of government and the abuse of law enforcement against political opponents."