# EXHIBIT 18

TRENDING:   STOCK MARKET FALLS    TIKTOK EXTENSION    NSA FIRINGS    JOBS REPORT    SP

ADMINISTRATION

# Trump signs order targeting law firm that employed Mueller team prosecutor

BY BRETT SAMUELS - 03/25/25 3:12 PM ET







Listen to this Article

President Trump signed an order Tuesday targeting a law firm that previously employed Andrew Weissmann, a former federal prosecutor who worked on then-special counsel Robert Mueller's team.

The order, which targets the law firm Jenner & Block, is the latest move from Trump to punish major firms with ties to critics and individuals he holds grudges against.

ADVERTISEMENT

White House staff secretary Will Scharf alleged the firm had engaged in "weaponization of the legal system against American principles and values."

"And Andrew Weissmann is the main culprit with respect to this firm?" Trump asked, calling Weissmann a "bad guy."

Scharf said Weissmann was "one of a number of reasons" the order was being issued.

"Jenner & Block has had a long history representing clients, paid and pro bono, in their most difficult matters since 1914," a spokesperson for the law firm said in a statement. "Today, we have been named in an Executive Order similar to one which has already been declared unconstitutional by a federal court. We remain focused on serving and safeguarding our clients' interests with the dedication, integrity, and expertise that has defined our firm for more than one hundred years and will pursue all appropriate remedies."

ADVERTISEMENT



The latest in politics and policy. Direct to your inbox. Sign up for the Breaking News newsletter

Enter Your Email                                                                                         Subscribe

The order Trump signed Tuesday is similar to others he has signed in recent weeks targeting security clearances, government contracts and access to government buildings for major law firms with ties to lawyers who represented Democrats or worked on cases involving Trump.

## Sign up for the Morning Report

The latest in politics and policy. Direct to your inbox.

Email address                                           SUBSCRIBE

By signing up, I agree to the Terms of Use, have reviewed the Privacy Policy, and to receive personalized offers and communications via email, on-site notifications, and targeted advertising using my email address from The Hill, Nexstar Media Inc., and its affiliates

One previous order targeted Covington & Burling, which is providing pro bono services to represent former special counsel Jack Smith in his personal capacity. Smith oversaw two federal criminal cases against Trump involving the alleged mishandling of classified documents and his involvement in the Jan. 6, 2021, Capitol riot.

ADVERTISEMENT

Another targeted Perkins Coie, which worked for the Hillary Clinton campaign in 2016 and worked for a political opposition research company that dug into Trump during his first run for president.

A federal judge temporarily blocked the portion of Trump's order denying Perkins Coie attorneys entry to federal buildings.

Trump also targeted the Paul Weiss law firm, but it later reached a deal with the administration to have the order rescinded. As part of the agreement, the law firm agreed to provide the equivalent of $40 million in pro bono legal services to support the Trump administration's initiatives.

Updated at 4:55 p.m. EDT

TAGS   ANDREW WEISSMAN   ANDREW WEISSMANN   JACK SMITH   ROBERT MUELLER

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.



SPONSORED CONTENT

Privacy Policy

Amazon Is Losing Money as Maryland Shoppers Are Canceling Prime for This