# EXHIBIT 20

# Fact Sheet: President Donald J. Trump Addresses Risks from Jenner & Block

whitehouse.gov/fact-sheets/2025/03/fact-sheet-president-donald-j-trump-addresses-risks-from-jenner-block

March 25, 2025



Skip to content
Fact Sheets↖

**SUSPENDING SECURITY CLEARENCES TO PROTECT THE NATIONAL INTEREST:** Today, President Donald J. Trump signed an Executive Order to suspend security clearances held by individuals at Jenner & Block LLP (Jenner) pending a review of whether such clearances are consistent with the national interest.

- Security clearances held by Jenner employees will be immediately suspended, pending a review of whether their access to sensitive information is consistent with the national interest.
  - The Federal Government will halt all material and services, including sensitive compartmented information facility (SCIF) access provided to Jenner and restrict its employees' access to government buildings.
  - Federal Agencies will also refrain from hiring Jenner employees unless specifically authorized.
- To ensure taxpayer dollars no longer go to contractors whose earnings subsidize activities not aligned with American interests, the Federal Government will terminate contracts that involve Jenner.

- The practices of Jenner will be reviewed under Title VII to ensure compliance with civil rights laws against racial bias.

**ADDRESSING ROGUE LAW FIRMS:** President Trump believes that lawyers and law firms that engage in conduct detrimental to critical American interests should not be subsidized by American taxpayers or have access to our Nation's secrets.

- Jenner pursues partisan goals, supports attacks against women and children based on the denial of the biological reality of sex, and backs the obstruction of efforts to prevent illegal aliens from committing horrific crimes and trafficking deadly drugs within our borders.
- Jenner has been accused of discriminating against its own employees on the basis of race and other categories prohibited by civil rights laws, including through the use of race-based "targets."
- Jenner was also "thrilled" to re-hire Andrew Weissmann, a prosecutor known for his unethical behavior, including his role in engaging in partisan prosecution as part of Robert Mueller's entirely unjustified investigation.
    - Weissmann's career has been rooted in weaponized government and abuse of power, including devastating tens of thousands of American families who worked for the now defunct Arthur Andersen LLP, only to have his unlawfully aggressive prosecution overturned by the Supreme Court.
    - The numerous reports of Weissman's dishonesty, including pursuit of nonexistent crimes, bribery to foreign nationals, and overt demand that the federal government pursue a political agenda against President Trump, is a concerning indictment of Jenner's values and priorities.

**A RETURN TO ACCOUNTABILITY:** President Trump is delivering on his promise to end the weaponization of government and protect the nation from partisan and bad faith actors who exploit their influence.

- In addition to Jenner, President Trump has also taken action to hold other major law firms accountable.
- This Executive Order aligns with President Trump's priority on refocusing government operations to serve the citizens of the United States.
- It builds on President Trump's previous actions, such as signing an Executive Order on his first day in office to end the weaponization of the Federal government and ensure accountability for past misconduct.
- It follows his revocation of security clearances held by intelligence officials who falsely claimed Hunter Biden's laptop was Russian disinformation during the 2020 election.