# EXHIBIT 22

# Fact Sheet: President Donald J. Trump Addresses Risks from WilmerHale

 whitehouse.gov/fact-sheets/2025/03/fact-sheet-president-donald-j-trump-addresses-risks-from-wilmerhale

March 27, 2025



Fact Sheets

**SUSPENDING SECURITY CLEARANCES TO PROTECT THE NATIONAL INTEREST:**
Today, President Donald J. Trump signed an Executive Order to suspend security clearances held by individuals at Wilmer Cutler Pickering Hale and Dorr LLP (WilmerHale) pending a review of whether such clearances are consistent with the national interest.

- Security clearances held by WilmerHale employees will be immediately suspended, pending a review of whether their access to sensitive information is consistent with the national interest.
    - The Federal Government will halt all material and services, including sensitive compartmented information facility (SCIF) access provided to WilmerHale and restrict its employees' access to government buildings.
    - Federal Agencies will also refrain from hiring WilmerHale employees unless specifically authorized.
- To ensure taxpayer dollars no longer go to contractors whose earnings subsidize activities not aligned with American interests, the Federal Government will terminate contracts that involve WilmerHale.
- The practices of WilmerHale will be reviewed under Title VII to ensure compliance with civil rights laws against racial bias.

**ADDRESSING ROGUE LAW FIRMS:** President Trump believes that lawyers and law firms that engage in conduct detrimental to critical American interests should not be subsidized by American taxpayers or have access to our Nation's secrets.

- WilmerHale has abandoned the legal profession's highest ideals and abused its pro bono practice to engage in activities that undermine justice and the interests of the United States.
- WilmerHale pursues partisan goals, supports efforts to discriminate on the basis of race, and backs the obstruction of efforts to prevent illegal aliens from committing horrific crimes and trafficking deadly drugs within our borders.
- WilmerHale has furthered the degradation of the quality of American elections by supporting efforts designed to enable noncitizens to vote.
- WilmerHale has been accused of discriminating against its own employees on the basis of race and other categories prohibited by civil rights laws, including through the use of race-based "targets."
- WilmerHale rewarded Robert Mueller and two of his colleagues by welcoming them to the firm after they wielded the power of the Federal government to lead a partisan "investigation" against the President and others.   Mueller's investigation epitomizes the weaponization of government.

**A RETURN TO ACCOUNTABILITY:** President Trump is delivering on his promise to end the weaponization of government and protect the nation from partisan and bad faith actors who exploit their influence.

- In addition to WilmerHale, President Trump has also taken action to hold other major law firms accountable.
- This Executive Order aligns with President Trump's priority on refocusing government operations to serve the citizens of the United States.
- It builds on President Trump's previous actions, such as signing an Executive Order on his first day in office to end the weaponization of the Federal government and ensure accountability for past misconduct.
- It follows his revocation of security clearances held by intelligence officials who falsely claimed Hunter Biden's laptop was Russian disinformation during the 2020 election.