# EXHIBIT 23







# Major law firm strikes preemptive deal with White House

Skadden Arps, one of the largest law firms in the world, reached an agreement with Trump despite not being targeted by the White House like other firms.



President Donald Trump announced that his administration has reached a deal with an elite law firm during a swearing-in ceremony in the Oval Office at the White House on March 28, 2025, in Washington, D.C. | Andrew Harnik/Getty Images

By **DANIEL BARNES**

03/28/2025 02:47 PM EDT

Updated: 03/28/2025 04:33 PM EDT

   

The White House has reached a deal with one of the largest law firms in the world to provide the equivalent of $100 million in free legal work to causes supported by the administration, President Donald Trump announced Friday afternoon.

The law firm, Skadden, Arps, Slate, Meagher & Flom LLP, will also fund fellowships for law school graduates to work on causes in line with the administration's priorities. The fellows "will represent a wide range of political views, including conservative ideals," the president said in a statement.

Advertisement

Skadden will also commit to "merit based hiring, promotion and retention," and will not deny representation to "politically disenfranchised groups," the president said during a swearing in event for Alina Habba, one of his personal attorneys and his pick to be the acting U.S. Attorney for New Jersey.

"This was essentially a settlement," Trump said of the deal.

The president has signed a number of executive orders in recent weeks targeting individual law firms for their prior associations with his political enemies. No such order had been signed targeting Skadden, however, the fifth-highest grossing law firm in the world according to Law.com, making this the first time a law firm has preemptively gone to the White House to negotiate with the administration.

Skadden's executive partner Jeremy London shared details of the negotiation in a firm-wide email sent Friday and obtained by POLITICO.

"Over the past few days, we learned that the Trump Administration intended to issue an executive order directed at Skadden," London wrote. "We believed it would focus on DEI initiatives and our pro bono activities."

"With that in mind, we chose to engage proactively and constructively with the Administration to align on a productive path forward without the issuance of an executive order," he wrote. "We entered into the agreement the President announced today because, when faced with the alternatives, it became clear that it was the best path to protect our clients, our people and our Firm."

"Not everyone will agree with the decision we made today, and I have great respect for the different views that make us stronger as a Firm," he wrote. "But I firmly believe that an agreement centered around our pro bono work and complying with the law was an acceptable outcome to ensure Skadden will continue to thrive long into the future. This agreement does not change who we are."

The deal echoes an earlier agreement between the administration and the law firm Paul, Weiss, which agreed to donate $40 million in pro bono work towards causes supported by the administration. Paul, Weiss similarly committed to reviewing their hiring practices and ending use of diversity, equity and inclusion policies.

Advertisement

AD

That settlement was reached after the president signed an executive order punishing Paul, Weiss for the work of a former partner by revoking security clearances for certain attorneys and restricting the firm's ability to represent clients that interface with the government.

"We appreciate Skadden's coming to the table," Trump said Friday. "As you know other law firms have likewise settled the case. It's a shame, you know, what's gone on is a shame but we very much appreciate their coming to the table."

Though Skadden had not yet been targeted by an executive order, it recently drew negative attention from Elon Musk, who posted about the firm on X.

"Skadden, this needs to stop now," Musk posted in response to a post from 2020 election denier Dinesh D'Souza who said the firm was engaged in "systematic lawfare" against his film 2000 Mules.

Earlier Friday, major law firms Jenner & Block and WilmerHale filed two lawsuits challenging Trump's executive orders cutting those firms off from government contracts, suspending security clearances held by lawyers at the firm and restricting firm employees from entering government buildings.

A federal judge previously ruled that a similar executive order targeting the firm Perkins Coie is likely unconstitutional.

FILED UNDER: WHITE HOUSE, DONALD TRUMP, LAW, LEGAL

### West Wing Playbook: Remaking Government

Your guide to Donald Trump's unprecedented overhaul of the federal government.

**EMAIL**
Your Email

**EMPLOYER**
Employer

**JOB TITLE**
Job Title

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service. You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SIGN UP

SPONSORED CONTENT



**Donald Trump has begun a mafia-like…**
But the new rules do not suit America
The Economist



**Why the Ultra-Wealthy Are Quietly Ditching…**
Finance Advisors



**Walmart Shoppers Say This $99 Hearing Aid…**
Oricle Hearing

**Taylor Swift's Private Island Cost Her…**
Entertainment
Fact Fun Fiesta

**If A Person Often Touches Their Mouth…**
Entertainment
Fact Fun Fiesta

About Us
Advertising
Breaking News Alerts
Careers
Credit Card Payments
Digital Edition
FAQ
Feedback
Headlines
Photos
Press
Print Subscriptions
Request A Correction
Write For Us
RSS
Site Map

Terms of Service
Privacy Policy

© 2025 POLITICO LLC