# EXHIBIT 26



### ← Truth Details
734 replies

**Donald J. Trump** ✔
@realDonaldTrump

Today, President Donald J. Trump and Milbank LLP ("Milbank") announce the following commitments regarding a series of actions to be taken by Milbank:

1. Milbank will perform a total of at least $100 Million Dollars in pro bono legal services during the Trump Administration, and beyond, on initiatives supported by both the President and Milbank, such as: Assisting Veterans and other Public Servants, including members of the Military, Law Enforcement, and First Responders; Ensuring fairness in our Justice System; and Combatting Antisemitism. In furtherance of, and as part of, these activities, Milbank will continue to grow its work with the Milbank Exoneration and Resentencing Review Unit at the Perlmutter Center for Legal Justice at Cardozo Law School.

2. Our pro bono Committee will include Partners at the Firm with diverse political ideologies to ensure that pro bono matters are consistent with the objectives of the Firm, and that our pro bono practices represent the full political spectrum, including Conservative ideals.

3. Milbank will not deny representation to clients, such as members of politically disenfranchised groups and Government Officials, employees, and advisors, who have not historically received Legal representation from major National Law Firms, including in pro bono matters, and in support of non-profits, because of the personal political views of individual lawyers. Milbank shall not deny representation to any clients on the basis of the political affiliation of the prospective client, or because of the opposition of any Government Official.

4. Milbank acknowledges and affirms its commitment to Merit-Based Hiring, Promotion, and Retention. Accordingly, the Firm will not engage in illegal DEI discrimination and preferences. Milbank will continue to give Fair and Equal consideration to Job Candidates who have served in both Republican and Democrat Administrations, including the Trump Administration. Milbank will continue to work with independent outside counsel to advise the Firm to ensure employment practices are fully compliant with Law, including, but not limited to, anti-discrimination laws.

Statement from the White House: "Milbank LLP approached President Donald J. Trump and his Administration, stating their resolve to help end the Weaponization of the Justice System and the Legal Profession. The President continues to build an unrivaled network of Lawyers, who will put a stop to Partisan Lawfare in America, and restore Liberty and Justice FOR ALL."

Statement from Scott A. Edelman, Chairman of Milbank LLP: "After a constructive dialogue with President Trump's Administration, Milbank is pleased that we were so quickly able to find common ground. Our agreement is consistent with Milbank's core values. We are pleased to affirm a commitment to continue to engage in significant pro bono services in areas that are mutually supported by Milbank and the President. Milbank looks forward to continuing its working relationship with President Trump and his Administration."

**4.42k** ReTruths    **17.8k** Likes                                        Apr 02, 2025, 11:05 AM