IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:25-0916 (JDB) |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants hereby move to dismiss. The grounds for the motion are explained in the accompanying memorandum in support of this motion. A proposed order is also submitted herewith.

Dated: April 8, 2025　　　　　　　　Respectfully submitted,
　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　CHAD MIZELLE
　　　　　　　　　　　　　　　　　　Acting Associate Attorney General


　　　　　　　　　　　　　　　　　　/s/ *Richard Lawson*
　　　　　　　　　　　　　　　　　　RICHARD LAWSON
　　　　　　　　　　　　　　　　　　Deputy Associate Attorney General
　　　　　　　　　　　　　　　　　　950 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　Telephone: (202) 445-8042

　　　　　　　　　　　　　　　　　　*Counsel for Defendants*