IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | Civil Action No. 1:25-0916 (JDB) |

**[Proposed] ORDER**

After consideration of Defendants' Motion to Dismiss [ECF No. ___], it is hereby

**ORDERED** that the Motion is **GRANTED** and **JUDGMENT** is entered in favor of Defendants.

    **SO ORDERED**.

Dated: _____

 

                                                 JOHN D. BATES
                                               United States District Judge