IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-0916 (JDB) |

**DEFENDANTS' STATUS REPORT**

On March 28, 2025, the Court entered an Order (ECF 9) requiring, among other things, that Defendants file a status report, "describing the steps taken to ensure compliance with th[e] Order and certifying compliance with its requirements." Pursuant to that Order the Defendants submit this additional information:

This status report confirms that the guidance attached at Exhibit 1 was distributed by Attorney General Pam Bondi and the Director of the Office of Management and Budget Russell Vought to "all other agencies subject to the Executive Order."

Dated: April 8, 2025
        Washington, D.C.

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

/s/ *Richard Lawson*
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants*