# Exhibit 1

MEMORANDUM FOR HEADS OF EXECUTIVE DEPARTMENTS AND AGENCIES

FROM:   Pamela Bondi
        Attorney General

        Russell Vought
        Director
        Office of Management and Budget

SUBJECT: Court Injunction Against Certain Provisions of Executive Order 14246

      On March 28, 2025, an unelected district court yet again invaded the policy-making and free speech prerogatives of the executive branch, including by requiring the Attorney General and the OMB Director to pen a letter to the head of every executive department and agency. Local district judges lack this authority, and the Supreme Court should swiftly constrain these judges' blatant overstepping of the judicial power.

      In this particular case, a local district judge has mandated that the Attorney General and OMB Director personally send the below notification about Jenner & Block, LLP, a law firm committed to the weaponization of justice, discrimination on the basis of race, radical gender ideology, and other anti-American pursuits. Of course, as noted in the court order, agencies are permitted to carry on their ordinary course of business which carries with it the authority to decide with whom to work.

      In any case, per court order, this memorandum is notifying you about a court order that was entered in the case of *Jenner & Block LLP v. U.S. Department of Justice, et al.*, No. 25cv0916 (D.D.C.), ECF No. 9. The case involves a challenge to Executive Order 14246 of March 25, 2025, 90 Fed. Reg. 13997 (Mar. 28, 2025). Pursuant to this order, all agencies subject to Executive Order 14246 must suspend and rescind any implementation or enforcement of Sections 3 and 5 of Executive Order 14246, as well as any use of or reliance on the statements in Section 1 of the Order. Further, pursuant to the Court's March 28, 2025 order, all agencies subject to Executive Order 14246 must (a) communicate to every recipient of a request for disclosure of any relationship with Jenner & Block LLP or any person associated with the firm, made pursuant to Section 3(a) of Executive Order 14246, that such request is rescinded until further order of the Court; and (b) cease making such requests for disclosure pursuant to Section 3(a) of Executive Order 14246.

      As it remains the Executive Branch's position that Executive Order 14246 was necessary policy the government reserves the right to take all necessary and legal actions regarding "lawfare," national security concerns, and discriminatory practices involving Jenner & Block.