AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

JENNER & BLOCK LLP

*Plaintiff*
v.
U.S. DEPARTMENT OF JUSTICE, et al.
*Defendant*

Case No. 1:25-cv-00916-JDB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

General Counsel Amici.

Date: 04/10/2025

*Attorney's signature*

Eric M. Fraser (AZ Bar # 027241)
*Printed name and bar number*
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793

*Address*

efraser@omlaw.com

*E-mail address*

(602) 640-9000

*Telephone number*

(602) 640-9050

*FAX number*