**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JENNER & BLOCK LLP, | |
| *Plaintiff*, | |
| v. | Civil Case No. 25-cv-00916-JDB |
| U.S. DEPARTMENT OF JUSTICE, *et al*., | |
| *Defendants*. | |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* 676 LAW PROFESSORS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR DECLARATORY AND PERMANENT INJUNCTIVE RELIEF**

*Amici curiae* professors of law respectfully move for leave to file the attached proposed brief in support of Plaintiff Jenner & Block's motion for Summary Judgment and for Declaratory and Permanent Injunctive Relief in the above-captioned case [ECF No. 19]. Counsel for Plaintiff has consented to the filing of *amici's* brief and counsel for the Government has indicated it does not object to its filing. In support of this motion, *amici* state:

*Amici* are 676 law professors who study, write, and teach at law schools throughout the United States.[1] They are experts in constitutional law, legal ethics, and the history of the legal profession, among other fields. *Amici* have a significant interest in ensuring that the principles of free speech, freedom of association, the right to petition the government, and the right to counsel

---

[1] A full list of *amici* is provided in Appendix A. *Amici's* institutional affiliations are provided for purposes of identification only and do not reflect the views of the listed institutions.

are upheld. They also have a strong interest in upholding the rule of law and the ethics of the legal profession as legal educators who are responsible for training the next generation of lawyers. Many of the *amici* also recently filed a similar brief in *Perkins Coie LLP v. U.S. Department of Justice, et al.*, Case No. 1:25-cv-00716-BAH (D.D.C). *Amici* submit their brief to emphasize the threat that the President's Executive Order (the "Order")[2] presents to the independence and integrity of the legal profession, the rights of clients to seek redress in the courts, and, by extension, the rule of law.

This Court has "wide discretion in deciding whether to grant a third party leave to file an amicus curiae brief." In re *Search of Info. Associated with [redacted]@mac.com that is Stored at Premises Controlled by Apple*, 13 F. Supp. 3d 157, 167 (D.D.C. 2014); *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007) (same).  Courts in this district have exercised their "broad discretion" to allow *amicus* participation by *amici* with "relevant expertise and a stated concern for the issues at stake" where a court finds that "it may benefit from their input" in deciding the case. *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011); *see also, Nat'l Ass'n of Home Builders*, 519 F. Supp. 2d at 93 (granting leave to file because "the court may benefit from [*amicus*] input"). An *amicus* "'participates only for the benefit of the Court,'" *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 136 (D.D.C. 2008) (quoting *United States v. Microsoft Corp.*, 2002 WL 319366, at \*2 (D.D.C. 2002)). *Amicus* participation "should be permitted if it will assist the judge 'by presenting ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs.'" *Mashpee*

---

[2] Throughout this motion, "Executive Order" or "Order" refers to Executive Order. No. 14246, 90 Fed. Reg. 13,997 (Mar. 25, 2025) as well as the accompanying Fact Sheet titled "Fact Sheet: President Donald J. Trump Addresses Risks from Jenner & Block" of the same date.

*Wampanoag Tribe,* 2020 WL 2615523 at *1 (D.D.C. May 22, 2020) (quoting *Voices for Choices v. Ill. Bell Tel. Co.*, 339 F.3d 542, 545 (7th Cir. 2003)); *see also* In re *Search of Info.*, 13 F. Supp. 3d at 167 (D.D.C. 2014) (same).

Local Civ. Rule 7(o)(2) requires potential *amici* to set forth the reasons why an *amicus* brief "is desirable, why the movant's position is not adequately represented by a party, and why the matters asserted are relevant to the disposition of the case." D.D.C. LR 7(o)(2). It directs that motions for leave to file must be filed "in a timely manner such that it does not unduly delay the Court's ability to rule on any pending matter." D.D.C. LR 7(o)(2). The proposed *amicus* brief satisfies these standards and the requirements.

**The brief is relevant to the disposition of this case:** The proposed brief directly addresses the key issues that are raised in this litigation and that are relevant to its disposition. The brief details how the Order violates the First Amendment, including because the Order singles out Jenner & Block and discriminates against it on the basis of its clients' viewpoints, because it unconstitutionally controls the speech and associational freedoms of lawyers engaged in legal work against the government, because it imposes unconstitutional conditions on the firm's access to government funding and property, and because it violates the Petition Clause. The brief then analyzes the Order's violation of the Fifth and Sixth Amendments, explaining that it interferes with clients' access to counsel and their right to select a lawyer free of government intervention and conflicting loyalties. It traces the historical origins of the American right to counsel of choice and explains how that right would be undermined if the Executive branch of the government could control who represents—and who doesn't represent—its adversaries in court. Finally, the brief highlights why the harm from the Order goes beyond the specific constitutional violations described and poses a broader threat to legal profession and the rule of law.

**The brief is desirable and provides *amici's* unique perspectives and input that will benefit the Court**: *Amici* write from the perspective of expert legal scholars and educators specializing in constitutional law, legal ethics, the history of the legal profession, among other fields. Grounded in *amici's* substantial expertise, the proposed brief offers a scholarly analysis of the myriad ways in which the Order violates the Constitution. And, as *amici* include scholars of the legal profession, *amici* provide a comprehensive evaluation of the grave threat that the Order poses to lawyers and law firms across the nation. Indeed, while Plaintiff Jenner & Block's primary interest is likely in protecting its own interest and those of its clients, *amici's* brief will assist the Court by highlighting the need to safeguard the right of *all* clients to secure the counsel of their choice, and the right of *all* lawyers and law firms to represent their clients free from unlawful governmental interference.

*Amici's* scholarly viewpoint provides unique insights into the threat the Order poses to the integrity of the judicial process and the serious harm that will result if the President is permitted to continue to threaten and punish lawyers for zealously representing their clients in court. Ultimately, *amici* offer a beneficial and unique perspective into the manner by which the Order will compromise the American legal system and undermine the rule of law.

**The proposed brief is timely**. It is being submitted with this motion before the April 11, 2025 deadline for *amicus* briefs set by this Court's April 1, 2025 scheduling order [ECF No. 14].

For the foregoing reasons, *amici* respectfully request that the Court grant leave to file the attached *amicus curiae* brief.

A proposed order is attached to this motion.

Dated: April 10th, 2025                         Respectfully submitted,

                                                */s/ Phillip R. Malone*
                                                Phillip R. Malone
                                                559 Nathan Abbott Way
                                                Stanford, CA 94305
                                                Telephone: (650) 725-6369
                                                Fax: (650)-723-4426

                                                *Counsel for Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10th, 2025, I electronically filed the original of this Motion, its accompanying appendix, and its attached proposed brief with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

DATED this 10th day of April 2025.

/s/ Phillip R. Malone
Phillip R. Malone

# APPENDIX A

## LIST OF *AMICI CURIAE* LAW PROFESSORS

Institutional affiliations are provided for purposes of identification only and do not reflect the views of the listed institutions.

**Jasmine Abdel-khalik**
Professor of Law
UMKC School of Law

**Richard L. Abel**
Connell Distinguished Professor of Law
Emeritus and Distinguished Research
Professor
UCLA School of Law

**Susan Abraham**
Professor of Law
New York Law School

**David Abraham**
Professor of Law, Emeritus
University of Miami School of Law

**Michael Abramowicz**
Oppenheim Professor of Law
The George Washington University Law
School

**Kathryn Abrams**
Herma Hill Kay Distinguished Professor of
Law
University of California, Berkeley Law
School

**Jamie R. Abrams**
Professor of Law
American University Washington College of
Law

**Atinuke Adediran**
Associate Professor of Law
Fordham University School of Law

**Deborah Ahrens**
Professor of Law
Seattle University School of Law

**Rabiat Akande**
Associate Professor
University of Maryland Carey School of
Law

**Anthony Alfieri**
Michael Klein Distinguished Scholar Chair
& Professor of Law
University of Miami School of Law

**Hilary Allen**
Professor of Law
American University Washington College of
Law

**Jessie Allen**
Professor of Law
University of Pittsburgh School of Law

**Rebecca Allensworth**
Professor of Law
Vanderbilt Law School

**Cori Alonso-Yoder**
Associate Professor of Fundamentals of
Lawyering
The George Washington University Law
School

**Claudia Angelos**
Clinical Professor of Law
NYU School of Law

**Jonathan Askin**
Professor of Clinical Law
Brooklyn Law School

**Emad H. Atiq**
Professor of Law and Philosophy
Cornell Law School

**Michael Avery**
Professor of Law, Emeritus
Suffolk University Law School

**Rebecca Aviel**
Professor of Law
University of Denver Sturm College of Law

**Cheryl Bader**
Associate Clinical Professor of Law
Fordham

**Ann Schofield Baker**
Professor of Law from Practice
New York Law School

**Shirin Bakhshay**
Assistant Professor of Law
UCLA School of Law

**Carlos A. Ball**
Distinguished Professor of Law
Rutgers Law School

**W. David Ball**
Professor
Santa Clara University School of Law

**Beverly Balos**
Clinical Professor of Law Emerita
University of Minnesota Law School

**Derek Bambauer**
Irving Cypen Professor of Law
University of Florida Levin College of Law

**Bradley Baranowski**
Visiting Assistant Professor
Boston University School of Law

**Christine P. Bartholomew**
Professor of Law
University at Buffalo School of Law

**Mark Bartholomew**
Professor of Law
University at Buffalo School of Law

**Benjamin Barton**
Helen and Charles Lockett Distinguished
Professor of Law
The University of Tennessee College of Law

**Jeremy Bearer-Friend**
Associate Professor of Law
The George Washington University Law
School

**Loftus Becker**
Professor of Law Emeritus
University of Connecticut School of Law

**C. Elizabeth Belmont**
Clinical Professor of Law and Director of
Experiential Education
Washington & Lee University School of
Law

**Steven Bender**
Professor of Law
Seattle University School of Law

**Lenni B. Benson**
Professor of Law
New York Law School

**Anna Benvenue**
Associate Clinical Professor of Law
Santa Clara University School of Law

**Eric Berger**
Earl Dunlap Distinguished Professor of Law
University of Nebraska College of Law

**Linda Berger**
Professor of Law Emerita
UNLV William S. Boyd School of Law

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

2

**Vivian Berger**
Nash Professor of Law Emerita
Columbia Law School

**Emily Berman**
William B. Bates Distinguished Chair in
Law
University of Houston Law Center

**Mitchell Berman**
Leon Meltzer Professor of Law
University of Pennsylvania Carey Law
School

**Paul Schiff Berman**
Walter S. Cox Professor of Law
The George Washington University Law
School

**Elizabeth Earle Beske**
Professor of Law, Associate Dean for
Scholarship
American University Washington College of
Law

**Francesca Bignami**
Leroy Sorenson Merrifield Research
Professor of Law
The George Washington University Law
School

**Laura Bingham**
Practice Professor of Law
Temple University, Beasley School of Law

**Brian H. Bix**
Frederick W. Thomas Professor of Law and
Philosophy
University of Minnesota Law School

**Natalia Blinkova**
Associate Professor, Fundamentals of
Lawyering
The George Washington University Law
School

**Susanna Blumenthal**
William L. Prosser Professor of Law and
Professor of History
University of Minnesota Law School

**Carl T. Bogus**
Professor of Law Emeritus
Roger Williams University School of Law

**Vincent Martin Bonventre**
Justice Robert H. Jackson Distinguished
Professor of Law
Albany Law School

**Meghan Boone**
Professor of Law
Wake Forest University School of Law

**Jennifer Borg**
Clinical Lecturer & Senior Research Scholar
Yale Law School-Media Freedom and
Information Access Law Clinic

**Frank O. Bowman, III**
Curators' Distinguished Professor Emeritus
& Floyd R. Gibson Missouri Endowed
Professor Emeritus
University of Missouri School of Law

**Deborah L. Brake**
Professor of Law
University of Pittsburgh School of Law

**Natalie Brandt**
Assistant Professor of Law
University of North Texas Dallas College of
Law

**Ben Bratman**
Professor of Legal Writing
University of Pittsburgh School of Law

**Cheryl Bratt**
Associate Professor of the Practice
Boston College Law School

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

3

**Robert Brauneis**
Michael J. McKeon Professor of Intellectual
Property Law
The George Washington University Law
School

**Michael Bressman**
Professor of the Practice of Law
Vanderbilt University Law School

**Paul Brest**
Professor Emeritus
Stanford Law School

**Lea Brilmayer**
Howard M. Holtzmann Professor Emeritus
of Law
Yale Law School

**Juliet M. Brodie**
Professor of Law
Stanford Law School

**Mark Brodin**
Professor
Boston College Law School

**Fred Brown**
Professor of Law
University of Baltimore School of Law

**Karen Brown**
Theodore Rinehart Professor of Business
Law
The George Washington University School
of Law

**Mark R. Brown**
Newton D. Baker/Baker & Hostetler Chair
& Professor of Law
Capital Law School

**Cheryl Brown Wattley**
Professor
UNT Dallas College of Law

**Alan Brownstein**
Professor of Law Emeritus
UC Davis School of Law

**James Brudney**
Professor of Law
Fordham University Law School

**Ingrid Brunk**
Helen Strong Curry Chair in International
Law
Vanderbilt Law School

**Scott Burris**
Professor of Law
Temple University Beasley School of Law

**Darren Bush**
Leonard B. Rosenberg Professor of Law
University of Houston Law Center

**J. Anna Cabot**
Assistant Dean of Clinical Programs &
Clinical Associate Professor of Law
University of Houston Law Center

**Ryan Calo**
Lane Powell and D. Wayne Gittinger
Professor of Law
University of Washington School of Law

**Daniel Canon**
Assistant Professor of Law
University of Louisville, Louis D. Brandeis
School of Law

**Aaron H. Caplan**
Professor of Law
LMU Loyola Law School

**Eduardo R.C. Capulong**
Professor of Law
University of Hawai'i Manoa William S.
Richardson School of Law

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

4

**Jonathan Cardi**
Judge Donald L. Smith Professor of Law
Wake Forest University School of Law

**Susan Carle**
Professor of Law
American University Washington College of Law

**Ann Carlson**
Shirley Shapiro Professor of Environmental Law
UCLA School of Law

**David Carney**
Professor of Law
Case Western Reserve University School of Law

**Dale Carpenter**
Judge William Hawley Atwell Chair of Constitutional Law
SMU Dedman School of Law

**Erin Carr**
Assistant Professor of Law
Seattle University School of Law

**Gilbert Paul Carrasco**
Professor of Law Emeritus
Willamette University College of Law

**Arturo J. Carrillo**
Professor of Law
The George Washington University Law School

**Michael Carroll**
Professor of Law
American University Washington College of Law

**William M. Carter, Jr.**
Professor of Law
University of Pittsburgh School of Law

**Tara Casey**
Professor of Legal Practice
University of Richmond School of Law

**Zachary L. Catanzaro**
Assistant Professor of Law
St. Thomas University College of Law

**Dale Cecka**
Professor of Law
Albany Law School

**Martha Chamallas**
Distinguished University Professor
The Ohio State University Moritz College of Law

**Elizabeth Chambliss**
Henry Harman Edens Professor of Law
University of South Carolina Joseph F. Rice School of Law

**Anupam Chander**
Scott K. Ginsburg Professor of Law and Technology
Georgetown Law School

**Bernard Chao**
Professor of Law
University of Denver Sturm College of Law

**Matthew Charity**
Professor of Law
City University of New York School of Law

**Mary Cheh**
Professor of Law
The George Washington University School of Law

**Erwin Chemerinsky**
Dean and Professor of Law
University of California, Berkeley School of Law

* Institutional affiliations are provided for purposes of identification only.
   They do not reflect the views of the listed institutions.

5

**Alan K. Chen**
Thompson G. Marsh Law Alumni Professor
University of Denver Sturm College of Law

**Ronald K. Chen**
University Professor and Distinguished
Professor of Law
Rutgers University

**Margaret Chon**
Donald and Lynda Horowitz Endowed Chair
for the Pursuit of Justice
Seattle University School of Law

**Janie Chuang**
Professor of Law
American University Washington College of
Law

**Stephen Clark**
Professor of Law
Albany Law School

**Donald Clarke**
David A. Weaver Research Professor of Law
Emeritus
George Washington University Law School

**Ralph D. Clifford**
Emeritus Professor of Law
University of Massachusetts School of Law

**Zachary Clopton**
Professor of Law
Northwestern Pritzker School of Law

**Morgan Cloud**
Charles Howard Candler Professor of Law
Emeritus
Emory University School of Law

**Wilfred Codrington III**
Walter Floersheimer Professor of
Constitutional Law
Benjamin N. Cardozo School of Law

**Beth Cohen**
Professor of Law
WNE School of Law

**David S. Cohen**
Professor of Law
Drexel Kline School of Law

**Julie E. Cohen**
Mark Claster Mamolen Professor of Law &
Technology
Georgetown Law School

**Doug Colbert**
Professor of Law
University of Maryland Law Francis King
Carey School of Law

**Daniel O. Conkle**
Robert H. McKinney Professor of Law
Emeritus
Indiana University Maurer School of Law

**Chris Conley**
Clinical Instructor
Boston University School of Law

**Alison Conner**
Professor of Law Emerita
University of Hawaii School of Law

**Elizabeth Cooper**
Professor of Law
Fordham Law School

**Janet Cooper Alexander**
Frederick I. Richman Professor of Law,
Emerita
Stanford Law School

**Charlton Copeland**
Professor of Law
University of Miami School of Law

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

6

**Caroline Mala Corbin**
Professor of Law
University of Miami School of Law

**Roberto L. Corrada**
Professor of Law
University of Denver Sturm College of Law

**Nathan Cortez**
Callejo Endowed Professor
SMU Dedman School of Law

**Christopher Corts**
Professor of Law, Legal Practice
University of Richmond School of Law

**Christopher Cotropia**
Professor of Law
University of Richmond School of Law

**Thomas F. Cotter**
Professor of Law
University of Minnesota Law School

**Robert Cottrol**
Harold Paul Green Research Professor of Law
The George Washington University Law School

**Christine Coughlin**
Professor of Law
Wake Forest University School of Law

**Avidan Y. Cover**
Professor of Law
Case Western Reserve University School of Law

**Janice Craft**
Associate Professor of Law, Legal Practice
University of Richmond School of Law

**Karen Halverson Cross**
Professor of Law
University of Illinois Chicago Law School

**Leigha Crout**
Associate Professor of Law
Syracuse University College of Law

**Catherine Crump**
Robert Glushko Clinical Professor of Practice in Technology Law
University of California, Berkeley School of Law

**Scott Cummings**
Robert Henigson Professor of Legal Ethics
UCLA School of Law

**Christopher E. Czerwonka**
Special Professor of Law
Maurice A. Deane School of Law at Hofstra University

**Stephanie Dangel**
Professor of Practice
University of Pittsburgh School of Law

**Gilda Daniels**
Professor of Law
University of Baltimore School of Law

**Bob Dauber**
Clinical Professor Emeritus
Sandra Day O'Connor College of Law, Arizona State University

**Kirsten Dauphinais**
Professor of Law
University of North Dakota School of Law

**Angela Davis**
Distinguished Professor of Law
American University Washington College of Law

**Martha F. Davis**
University Distinguished Professor
Northeastern University School of Law

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

7

**Steven Dean**
Professor
Boston University School of Law

**John C. Dehn**
Associate Professor of Law
Loyola University Chicago School of Law

**Laura Dickinson**
Lyle T. Alverson Professor of Law
The George Washington University Law
School

**Jennifer Dierks**
Clinical Professor of Law
UMKC School of Law

**Amy Dillard**
Associate Professor of Law
University of Baltimore

**William Dodge**
Lobingier Professor of Comparative Law
and Jurisprudence
The George Washington University Law
School

**Stacey Dogan**
Professor of Law
Boston University School of Law

**Lisa A. Dolak**
Professor of Law
Syracuse University College of Law

**Holly Doremus**
James H. House and Hiram H. Hurd
Professor of Environmental Regulation
University of California, Berkeley School of
Law

**Michael C. Dorf**
Robert S. Stevens Professor of Law
Cornell Law School

**David R. Dow**
Cullen Professor of Law
University of Houston Law Center

**Joshua Dressler**
Professor of Law Emeritus
The Ohio State University Moritz College of
Law

**Meredith Duncan**
Alumnae College Professor of Law and
Assistant Dean for Opportunities and
Engagement
University of Houston Law Center

**Gillian Dutton**
Associate Professor of Lawyering Skills
Seattle University School of Law

**Eric Easton**
Professor of Law Emeritus
University of Baltimore School of Law

**Benjamin Edwards**
Professor of Law
UNLV William S. Boyd School of Law

**Robin Effron**
Professor of Law
Brooklyn Law School

**Scott Eichhorn**
Associate Professor of Clinical Education
University of Miami School of Law

**Joel Eisen**
Professor of Law
University of Richmond School of Law

**Anne Sodini Emanuel**
Professor of Law, Emerita
Georgia State University College of Law

**Garrett Epps**
Professor Emeritus
University of Baltimore School of Law

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

8

**David Epstein**
George E. Allen Chair in Law
University of Richmond School of Law

**Jules Epstein**
Professor of Law and Director of Advocacy
Programs
Temple University Beasley School of Law

**Stacy Etheredge**
Associate Professor of Law
University of Idaho College of Law

**Danieli Evans**
Assistant Professor of Law
University of Washington School of Law

**Sarah Fackrell**
Professor of Law
Chicago-Kent College of Law

**Jeffrey Fagan**
Isidor & Seville Sulzbacher Professor of
Law
Columbia University Law School

**Marie A. Failinger**
Emerita Professor of Law
Mitchell Hamline School of Law

**Jennifer Fan**
Professor of Law & Therese Maynard Chair
in Business Law
Loyola Law School, Los Angeles

**Anthony Paul Farley**
James Campbell Matthews Distinguished
Professor of Jurisprudence
Albany Law School

**Christine Farley**
Professor of Law
American University Washington College of
Law

**James Feinerman**
James M. Morita Professor of Asian Legal
Studies; Faculty Chair, Denny Center for
Democratic Capitalism
Georgetown University Law Center

**Jonathan Feingold**
Associate Professor of Law
Boston University School of Law

**Aaron Fellmeth**
Dennis S. Karjala Professor of Law, Science
and Technology
Sandra Day O'Connor College of Law

**Mary Fellows**
Everett Fraser Professor of Law Emerita
University of Minnesota School of Law

**Mailyn Fidler**
Assistant Professor
University of New Hampshire Franklin
Pierce School of Law

**Ronald Filler**
Professor of Law Emeritus
New York Law School

**Sharon Finegan**
Professor of Law
South Texas College of Law

**Martha Albertson Fineman**
Robert W. Woodruff Professor of Law
Emory University School of Law

**Claire Finkelstein**
Algernon Biddle Professor of Law and
Professor of Philosophy
University of Pennsylvania

**Omeed Firouzi**
Practice Professor of Law
Temple University Beasley School of Law

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

9

**Harry First**
Charles L. Denison Professor of Law
Emeritus
NYU School of Law

**Owen Fiss**
Sterling Professor Emeritus of Law
Yale Law School

**Martin Flaherty**
Charles and Marie Robertson Visiting
Professor
School of Public and International Affairs,
Princeton University

**Victor B. Flatt**
Coleman P. Burke Chair in Environmental
Law
Case Western Reserve University School of
Law

**Laurel Fletcher**
Chancellor's Clinical Professor of Law
University of California, Berkeley School of
Law

**Elizabeth Ford**
Assistant Professor of Law
Seattle University School of Law

**Roger Allan Ford**
Professor of Law
University of New Hampshire School of
Law

**Andrew Foster**
Clinical Professor of Law
Duke Law School

**Eleanor Fox**
Professor Emerita
NYU School of Law

**Mary Louise Frampton**
Professor of Law Emerita
UC Davis School of Law

**Mary Anne Franks**
Eugene L. and Barbara A. Bernard Professor
in Intellectual Property, Technology, and
Civil Rights Law
The George Washington University Law
School

**Eric M. Freedman**
Siggi B. Wilzig Distinguished Professor of
Constitutional Rights
Maurice A. Deane School of Law at Hofstra
University

**Alexi Freeman**
Professor of the Practice
University of Denver Sturm College of Law

**Harris Freeman**
Professor
Western New England University School of
Law

**David Freeman Engstrom**
LSVF Professor in Law
Stanford Law School

**Nora Freeman Engstrom**
Ernest W. McFarland Professor of Law
Stanford Law School

**Susan Freiwald**
Professor of Law
University of San Francisco School of Law

**Kathryn Frey-Balter**
Professor of the Practice
University of Maryland Francis King Carey
School of Law

**Lawrence M. Friedman**
Marion Rice Kirkwood Professor of Law,
Emeritus
Stanford Law School

---

\* Institutional affiliations are provided for purposes of identification only.
They do not reflect the views of the listed institutions.

10

**A. Michael Froomkin**
Laurie Silvers & Mitchell Rubenstein
Distinguished Professor of Law
University of Miami School of Law

**Shannon Fyfe**
Assistant Professor of Law
Washington & Lee University School of
Law

**William Gallagher**
Professor of Law Emeritus
Golden Gate University School of Law

**Iselin Gambert**
Professor, Fundamentals of Lawyering
The George Washington University Law
School

**Frank J. Garcia**
Professor of Law
Boston College Law School

**Erika George**
Associate Dean Equity, Justice &
Engagement
Boston University School of Law

**Marie-Amélie George**
Professor of Law
Wake Forest University School of Law

**Bennett L. Gershman**
Distinguished Professor of Law
Pace University

**Sarah Gerwig**
Professor of Law
Mercer University School of Law

**Charles Gardner Geyh**
Distinguished Professor and John F.
Kimberling Chair in Law
Indiana University Maurer School of Law

**Shubha Ghosh**
Crandall Melvin Professor of Law
Syracuse University College of Law

**James Gibson**
Sesquicentennial Professor of Law
University of Richmond School of Law

**Kelly Gillespie**
Professor of Law
Saint Louis University School of Law

**Joe Glannon**
Professor of Law
Suffolk Law School

**Jonathan Glater**
Professor of Law
University of California, Berkeley School of
Law

**Nicole B. Godfrey**
Assistant Professor of Law
University of Denver Sturm College of Law

**Cynthia Godsoe**
Professor of Law
Brooklyn Law School

**Steve C. Gold**
Professor of Law and Judge Raymond J.
Dearie Scholar
Rutgers Law School

**Suzanne B. Goldberg**
Herbert and Doris Wechsler Clinical
Professor of Law
Columbia Law School

**Robert Goldman**
Professor of Law & Louis C. James Scholar
American University Washington College of
Law

* Institutional affiliations are provided for purposes of identification only.
    They do not reflect the views of the listed institutions.

11

**Eric Goldman**
Professor of Law
Santa Clara University School of Law

**Julie Goldscheid**
Professor of Law Emeritus
CUNY Law School

**Paul Goldstein**
Lillick Professor of Law
Stanford Law School

**Valeria Gomez**
Assistant Professor of Law
University of Baltimore School of Law

**Marc-Tizoc González**
Professor of Law
University of New Mexico School of Law

**Thalia González**
Professor of Law
University of California Law San Francisco

**Leigh Goodmark**
Marjorie Cook Professor of Law
University of Maryland Carey School of
Law

**Jennifer Gordon**
John D. Feerick Professor of Law
Fordham University School of Law

**Robert W. Gordon**
Professor of Law, Emeritus
Stanford Law School

**Sarah Gottlieb**
Assistant Clinical Professor of Law
Washington & Lee University School of
Law

**Paul Gowder**
Professor of Law
Northwestern Pritzker School of Law

**Mark Graber**
University System of Maryland Regents
Professor
University of Maryland Carey School of
Law

**Michael Green**
Visiting Professor
Washington University in St. Louis

**I. Michael Greenberger**
Law School Professor
University of Maryland Carey School of
Law

**Kent Greenfield**
Professor of Law and Dean's Distinguished
Scholar
Boston College School of Law

**Betsy Grey**
Professor of Law
Arizona State University College of Law

**James Grimmelmann**
Tessler Family Professor of Digital and
Information Law
Cornell Tech and Cornell Law School

**Carolyn Grose**
Professor of Law
Mitchell Hamline School of Law

**Joanna L. Grossman**
Ellen K. Solender Endowed Chair in Women
and Law & Professor of Law
SMU Dedman School of Law

**Catherine Grosso**
Professor of Law
Michigan State University College of Law

**Lisa Grumet**
Professor of Law
New York Law School

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

12

**Michael Grynberg**
Professor of Law
DePaul University College of Law

**Jennifer A. Gundlach**
Emily & Stephen Mendel Distinguished
Professor of Law and Clinical Professor of
Law
Maurice A. Deane School of Law at Hofstra
University

**Jeffrey Gutman**
Professor of Clinical Law
George Washington University Law School

**Lucas Guttentag**
Professor of the Practice of Law
Stanford Law School

**Thomas Haley**
Assistant Professor
University of Florida Levin College of Law

**Mark A. Hall**
Professor of Law and Public Health
Wake Forest University

**Rebecca Hamilton**
Professor of Law
American University Washington College of
Law

**Emily Hammond**
Professor of Law
The George Washington University Law
School

**Rachel L. Hampton**
Professor of Legal Writing
Capital University Law School

**Anna Han**
Associate Professor of Law
Santa Clara University School of Law

**G.S. Hans**
Clinical Professor of Law
Cornell Law School

**Karen Hanson Wellman**
Assistant Clinical Professor
University of Idaho College of Law

**Daniel Harawa**
Professor of Clinical Law
NYU School of Law

**Vinay Harpalani**
Don L. & Mabel F. Dickason Endowed
Chair in Law
University of New Mexico School of Law

**Angela Harris**
Distinguished Professor of Law
Seattle University Law School
Professor Emerita
University of California Davis School of
Law

**Cheryl Harris**
Professor of Law
UCLA School of Law

**Daniel L. Hatcher**
Professor of Law
University of Baltimore School of Law

**Grant M. Hayden**
Richard R. Lee Jr. Endowed Professor of
Law
SMU-Dedman School of Law

**Antony Haynes**
Professor of Law
Albany Law School

**Paul J. Heald**
Albert J. Harno & Edward W. Cleary Chair
in Law, Emeritus
University of Illinois College of Law

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

13

**William Henderson**
Professor and Stephen F. Burns Chair on the
Legal Profession
Indiana University Maurer School of Law

**Helen Hershkoff**
Herbert M. and Svetlana Wachtell Professor
of Constitutional Law and Civil Liberties
NYU School of Law

**Kathy Hessler**
Assistant Dean of Animal Law and Clinical
Professor of Law
The George Washington University Law
School

**Robert Heverly**
Associate Professor of Law
Albany Law School

**Laura A. Heymann**
James G. Cutler Professor of Law
William & Mary Law School

**B. Jessie Hill**
Judge Ben C. Green Professor of Law
Case Western Reserve University

**Claire Hill**
Professor and James L. Krusemark Chair in
Law
University of Minnesota Law School

**Robert A. Hillman**
Edwin H. Woodruff Professor of Law,
Emeritus
Cornell Law School

**Keith Hirokawa**
Distinguished Professor of Law
Albany Law School

**Lonny Hoffman**
Professor of Law
University of Houston Law Center

**Diane Hoffmann**
Professor of Law
University of Maryland Carey School of
Law

**Timothy R. Holbrook**
Provost's Professor & Robert B. Yegge
Endowed Distinguished Professor in Law
University of Denver Sturm College of Law

**Paul Holland**
Associate Dean
Seattle University School of Law

**Kristen Holmquist**
Teaching Professor of Law
University of California, Berkeley School of
Law

**Nicholas D. Horan**
Associate Teaching Professor and Assistant
Dean for Academic Success
Northeastern University School of Law

**Nicholas Howson**
Professor of Law
University of Michigan Law School

**Camilla Hrdy**
Associate Professor of Law
Rutgers Law School

**Marina Hsieh**
Senior Fellow, Emerita
Santa Clara University School of Law

**William Hubbard**
Professor of Law
University of Baltimore School of Law

**Aziz Huq**
Frank and Bernice J. Greenberg Professor of
Law
University of Chicago Law School

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

14

**Megan Hutchinson**
Professor of Legal Writing
University of San Francisco School of Law

**Jevan Hutson**
Acting Assistant Professor
University of Washington School of Law

**Lisa Ikemoto**
Professor of Law
University of California Davis School of Law

**Rebecca Ingber**
Professor of Law
Benjamin N. Cardozo School of Law

**Darrell Jackson**
Professor of Law
University of Wyoming College of Law

**Steven D. Jamar**
Professor of Law, Emeritus
Howard University School of Law

**David Jaros**
Professor of Law
University of Baltimore School of Law

**Linda D. Jellum**
Professor of Law
University of Idaho College of Law

**Dalié Jiménez**
Professor of Law
University of California, Irvine School of Law

**Dawn Johnsen**
Walter W. Foskett Professor of Law
Indiana University Maurer School of Law

**Eric E. Johnson**
Earl Sneed Centennial Professor of Law
University of Oklahoma College of Law

**Paula Johnson**
Professor of Law
Syracuse University College of Law

**Sheri Johnson**
James and Mark Flanagan Professor of Law
Cornell Law School

**Bradley W. Joondeph**
Jerry A. Kasner Professor of Law
Santa Clara University School of Law

**Michael Kagan**
Joyce Mack Professor of Law
UNLV William S. Boyd School of Law

**Jeffrey Kahn**
University Distinguished Professor of Law
SMU Dedman School of Law

**Johanna Kalb**
Dean and Professor of Law
University of San Francisco School of Law

**Sam Kamin**
Professor and Chauncey G. Wilson
Memorial Research Chair
University of Denver Sturm College of Law

**Pamela S. Karlan**
Kenneth and Harle Montgomery Professor
of Public Interest Law
Stanford Law School

**Alexis Karteron**
Professor of Clinical Law
NYU School of Law

**Ken Katkin**
Professor of Law
NKU Chase College of Law

**Richard B. Katskee**
Assistant Clinical Professor of Law &
Director of the Appellate Litigation Clinic
Duke University School of Law

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

15

**Sarah Katz**
Clinical Professor of Law
Temple University Beasley School of Law

**Michael Kaufman**
Dean and Professor of Law
Santa Clara University School of Law

**Riley Keenan**
Assistant Professor of Law
University of Richmond School of Law

**Mark Kelman**
James C. Gaither Professor of Law and Vice Dean
Stanford Law School

**Amalia Kessler**
Lewis Talbot and Nadine Hearn Shelton Professor of International Legal Studies
Stanford Law School

**Elizabeth Keyes**
Professor of Law
University of Baltimore

**Neil Kinkopf**
Professor of Law
Georgia State University College of Law

**Laird Kirkpatrick**
Louis Harkey Mayo Research Professor of Law Emeritus
The George Washington University Law School

**John B. Kirkwood**
William C. Oltman Professor of Teaching Excellence
Seattle University School of Law

**Heidi D. Kitrosser**
William W. Gurley Professor of Law
Northwestern Pritzker School of Law

**Karl Klare**
George J. & Kathleen Waters Matthews Distinguished University Professor
Northeastern University School of Law

**Michael Klarman**
Charles Warren Professor of American Legal History
Harvard Law School

**Alexandra Klein**
Assistant Professor of Law
Washington & Lee University School of Law

**Harold Hongju Koh**
Sterling Professor of International Law
Yale Law School

**Laurie Kohn**
Associate Professor of Law
The George Washington University Law School

**Susan P. Koniak**
Professor of Law, Emerita
Boston University School of Law

**William S. Koski**
Eric & Nancy Wright Professor of Clinical Education and Professor of Law
Stanford Law School

**Seth Kreimer**
Kenneth W. Gemmill Professor of Law
University of Pennsylvania Carey Law School

**Harold J. Krent**
Professor of Law
Chicago-Kent College of Law

**Gowri Krishna**
Clinical Professor of Law
Fordham Law School

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

**Vivek Krishnamurthy**
Associate Professor of Law
University of Colorado Law School

**Raymond Ku**
John Homer Kapp Professor of Law
Case Western Reserve University School of Law

**Tamara Kuennen**
Professor of Law
University of Denver Sturm College of Law

**Sapna Kumar**
Henry J. Fletcher Professor of Law
University of Minnesota Law School

**Christopher Kutz**
Professor of Law
University of California, Berkeley School of Law

**Margaret B. Kwoka**
Lawrence Herman Professor in Law
The Ohio State University Moritz College of Law

**Mary LaFrance**
IGT Professor of Intellectual Property Law
William S. Boyd School of Law, University of Nevada, Las Vegas

**Alexandra D. Lahav**
Anthony W. and Lulu C. Wang Professor
Cornell Law School

**Corinna Lain**
S.D. Roberts and Sandra Moore Professor of Law
University of Richmond School of Law

**Robert Lande**
Venable Professor of Law, Emeritus
University of Baltimore School of law

**Rachel Landy**
Assistant Professor of Law
Cardozo School of Law

**John Thomas Langford**
Visiting Associate Clinical Professor of Law
Yale Law School

**Andrew Lanham**
Assistant Professor of Law
University of Houston Law Center

**Laura Lape**
Associate Professor of Law
Syracuse University College of Law

**Peter Larsen**
Assistant Professor of Law
Mitchell Hamline School of Law

**Tamara Lave**
Professor of Law
University of Miami School of Law

**Michael Lawrence**
Professor of Law
Michigan State University

**Robert P. Lawry**
Emeritus Professor of Law
Case Western Reserve University

**Thomas S. Leatherbury**
Clinical Professor of Law and Director of the First Amendment Clinic
SMU Dedman School of Law

**Cynthia Lee**
Edward F. Howrey Professor of Law
The George Washington University Law School

**Edward Lee**
Professor of Law
Santa Clara University School of Law

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

17

**Jaime Lee**
Professor of Law
University of Baltimore School of Law

**Jeffrey Lefstin**
Professor of Law
University of California College of the Law,
San Francisco

**Thomas Leith**
Associate Teaching Professor
Syracuse University College of Law

**Mark A. Lemley**
William H. Neukom Professor
Stanford Law School

**Arthur S. Leonard**
Professor of Law Emeritus
New York Law School

**Lisa G. Lerman**
Professor of Law Emerita
Catholic University of America Columbus
School of Law

**Christopher Leslie**
Chancellor's Professor
University of California, Irvine School of
Law

**Gregg P. Leslie**
Professor of Practice
Arizona State University Sandra Day
O'Connor College of Law

**John Leubsdorf**
Distinguished Professor
Rutgers Law School

**Leslie Levin**
Professor of Law
University of Connecticut School of Law

**David S. Levine**
Professor of Law
Elon University School of Law

**Ariana Levinson**
Frost, Brown, Todd Professor of Law
University of Louisville, Louis D. Brandeis
School of Law

**Nancy Levit**
Professor of Law
UMKC School of Law

**Justin Levitt**
Professor of Law
LMU Loyola Law School

**Marin K. Levy**
Professor of Law
Duke Law School

**Yvette Joy Liebesman**
Professor of Law
Saint Louis University School of Law

**James S. Liebman**
Professor of Law
Columbia Law School

**Matthew Liebman**
Associate Professor of Law
University of San Francisco School of Law

**Theo Liebmann**
Clinical Professor of Law
Maurice A. Deane School of Law at Hofstra
University

**Shirley Lin**
Associate Professor of Law
Brooklyn Law School

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

18

**Francine Lipman**
William S. Boyd Professor of Law
UNLV William S. Boyd School of Law

**Leah Litman**
Professor of Law
University of Michigan Law School

**Stephen Loffredo**
Professor of Law Emeritus
CUNY School of Law

**David A. Logan**
Dean and Professor of Law Emeritus
Roger Williams University School of Law

**Kyle Logue**
Douglas A. Kahn Collegiate Professor of Law
University of Michigan Law School

**Kelley Loper**
Professor of Law
University of Denver Sturm College of Law

**Sarah Lorr**
Associate Professor of Law
University of Maryland Carey School of Law

**David Luban**
Distinguished University Professor
Georgetown Law School

**Steven Lubet**
Williams Memorial Professor of Law, Emeritus
Northwestern Pritzker School of Law

**Ira Lupu**
F. Elwood & Eleanor Davis Professor Law Emeritus
The George Washington University School of Law

**Mary A. Lynch**
Kate Stoneman Chair in Law and Democracy
Albany Law School

**Gregory P. Magarian**
Thomas and Karole Green Professor of Law
Washington University in St. Louis

**Luke Maher**
Assistant Professor of Law
Seattle University School of Law

**Jessica Mahon Scoles**
Assistant Professor of Law
Western New England University Law School

**Carol Mallory**
Teaching Professor
Northeastern University School of Law

**Suzette Malveaux**
Roger D. Groot Professor of Law
Washington & Lee University School of Law

**Maya Manian**
Professor of Law
American University Washington College of Law

**Cathy Lesser Mansfield**
Senior Instructor
Case Western Reserve University

**Irina Manta**
Professor of Law
Maurice A. Deane School of Law at Hofstra University

**Nancy Marcus**
Associate Professor of Law
California Western School of Law

* Institutional affiliations are provided for purposes of identification only.
   They do not reflect the views of the listed institutions.

19

**Ellie Margolis**
Jack E. Feinberg Professor in Litigation
Temple University Beasley School of Law

**Stephen Marks**
Professor of Law and Vice Dean for Faculty
Boston University School of Law

**Terry Maroney**
Robert S. and Theresa L. Reder Chair in
Law
Vanderbilt Law School

**William Marshall**
Kenan Professor of Law
University of North Carolina

**Jennifer Martin**
Professor of Law
Albany Law School

**Toni M. Massaro**
Professor of Law, Emerita
University of Arizona

**Dayna Bowen Matthew**
Dean and Harold H. Greene Professor of
Law
George Washington University Law School

**Connie Mayer**
Professor of Law
Albany Law School

**Serena Mayeri**
Arlin M. Adams Professor of Constitutional
Law
University of Pennsylvania Carey Law
School

**Sara Mayeux**
Professor of Law
Vanderbilt Law School

**Thomas Wm. Mayo**
Professor of Law
SMU Dedman School of Law

**Brett McDonnell**
Professor of Law
University of Minnesota Law School

**William McGeveran**
Dean & William S. Pattee Professor of Law
University of Minnesota School of Law

**Fiona McKenna**
Associate Clinical Professor
Santa Clara University School of Law

**Mark McKenna**
Professor of Law
UCLA School of Law

**Nicholas M. McLean**
Assistant Professor of Law
University of Hawai'i at Mānoa, William S.
Richardson School of Law

**Catlin Meade**
Associate Professor, Fundamentals of
Lawyering
The George Washington University Law
School

**M. Isabel Medina**
Victor H. Schiro Distinguished Professor of
Law
Loyola University New Orleans College of
Law

**Joan Meier**
NFVLC Professor of Clinical Law
The George Washington University Law
School

**Tara Melish**
Professor of Law
University at Buffalo School of Law

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

20

**Michelle Mello**
Professor of Law
Stanford Law School

**Gabriel Mendlow**
Professor of Law
University of Michigan Law School

**Peter Menell**
Koret Professor of Law
University of California, Berkeley School of
Law

**Nazune Menka**
Assistant Professor of Law
Seattle University School of Law

**Bernadette Meyler**
Carl and Sheila Spaeth Professor of Law
Stanford Law School

**Chi Mgbako**
Clinical Professor of Law
Fordham Law School

**Amelia Miazad**
Acting Professor of Law
UC Davis School of Law

**Frank Michelman**
Robert Walmsley University Professor and
Professor of Law, Emeritus
Harvard Law School

**Binny Miller**
Professor of Law and Associate Dean for
Experiential Education
American University Washington College of
Law

**Fran Miller**
Professor Emerita
Boston University Law School

**Monte Mills**
Professor & Director, Native American Law
Center
University of Washington School of Law

**Samuel Mimi**
Associate Professor of Lawyering Skills
Seattle University School of Law

**Viva R. Moffat**
Professor of Law
University of Denver Sturm College of Law

**Saira Mohamed**
Agnes Roddy Robb Professor of Law
University of California, Berkeley School of
Law

**Margaret Montoya**
Professor Emerita of Law
University of New Mexico Schools of Law
and Medicine

**Daniel Morales**
Associate Professor of Law, Dwight Olds
Chair in Law
University of Houston Law Center

**Alison Morantz**
James and Nancy Kelso Professor of Law
Stanford Law School

**Nancy Morawetz**
Professor of Law
NYU School of Law

**Thomas Morgan**
Oppenheim Professor of Law, Emeritus
The George Washington University Law
School

**Nicole Morris**
Professor of Practice
Emory University School of Law

---

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

21

**Emily Michiko Morris**
David L. Brennan Endowed Chair
University of Akron School of Law

**Alan Morrison**
Associate Dean
George Washington University Law School

**Ellen Mreitzberg**
Professor Emeritus
Santa Clara University School of Law

**Jon Mueller**
Visiting Associate Professor Director of
Environmental Law Clinic
University of Maryland Carey School of
Law

**Deirdre K. Mulligan**
Professor of Law
University of California, Berkeley School of
Law

**Korin Munsterman**
Professor
UNT Dallas College of Law

**Ellen Murphy**
Professor of Practice
Wake Forest University School of Law

**Emily R.D. Murphy**
Professor of Law
University of California College of the Law,
San Francisco

**Heather E. Murray**
Associate Director, Cornell Law School
First Amendment Clinic
Cornell Law School

**Sharmila Murthy**
Professor of Law and Public Policy
Northeastern University School of Law

**Karen Musalo**
Professor of Law
University of California Law San Francisco

**Athena Mutua**
Professor of Law
University at Buffalo School of Law

**Michele Neitz**
Visiting Professor, Founding Director of the
Center for Law, Tech, and Social Good
University of San Francisco School of Law

**Ryan H. Nelson**
Associate Professor of Law
South Texas College of Law Houston

**Charlie Nelson Keever**
Assistant Professor & Supervising Attorney
University of San Francisco School of Law

**Neil Netanel**
Pete Kameron Professor of Law
UCLA School of Law

**Burt Neuborne**
Norman Dorsen Professor of Civil Liberties
Emeritus
NYU Law School

**Steve H. Nickles**
Professor of Law
Wake Forest University School of Law

**Len Niehoff**
Professor from Practice
University of Michigan Law School

**John T. Nockleby**
Professor of Law
LMU Loyola Law School

**Clare R. Norins**
Clinical Associate Professor
University of Georgia School of Law

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

22

**Luke Norris**
Professor of Law
University of Richmond School of Law

**Helen Norton**
University Distinguished Professor and
Rothgerber Chair in Constitutional Law
University of Colorado School of Law

**Jacob Noti-Victor**
Associate Professor of Law
Benjamin N. Cardozo School of Law

**Kenneth Nunn**
Professor of Law, Emeritus
University of Florida Levin College of Law

**Lydia Nussbaum**
Professor of Law
UNLV William S. Boyd School of Law

**Sean O'Brien**
University of Missouri Curators'
Distinguished Teaching Professor
UMKC School of Law

**Seán O'Connor**
Professor of Law
George Mason University, Antonin Scalia
Law School

**Margaret O'Grady**
Assistant Professor of Legal Skills
University of New Hampshire School of
Law

**Michelle Oberman**
Katharine & George Alexander Professor of
Law
Santa Clara University School of Law

**David Oppenheimer**
Clinical Professor of Law
University of California, Berkeley School of
Law

**David Orentlicher**
Judge Jack and Lulu Lehman Professor of
Law
UNLV William S. Boyd School of Law

**Diane Orentlicher**
Professor of Law
American University Washington College of
Law

**Eric W. Orts**
Guardsmark Professor, Legal Studies &
Business Ethics Department
The Wharton School, University of
Pennsylvania

**Spencer Overton**
Patricia Roberts Harris Research Professor
of Law
The George Washington University Law
School

**Jessica Owley**
Professor of Law
University of Miami School of Law

**Brian L. Owsley**
Associate Professor of Law
UNT Dallas College of Law

**Sean A. Pager**
Professor of Law
Michigan State University

**Suzanne Painter-Thorne**
Professor of Law
Mercer University School of Law

**Mary-Rose Papandrea**
Samuel Ashe Distinguished Professor of
Constitutional Law
University of North Carolina School of Law

**Samir D. Parikh**
Professor of Law
Wake Forest University School of Law

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

23

**Wendy Parker**
Research Professor of Law
Wake Forest University School of Law

**Wendy E. Parmet**
Matthews Univ. Distinguished Prof of Law
Northeastern University School of Law

**Michael Stokes Paulsen**
Distinguished University Chair & Professor of Law
The University of St. Thomas School of Law

**Russell G. Pearce**
Edward & Marilyn Bellet Chair in Legal Ethics, Morality and Religion
Fordham University School of Law

**Deborah Pearlstein**
Marie Robertson Visiting Professor in Law & Public Affairs
Princeton University

**Richard J. Peltz-Steele**
Chancellor Professor
University of Massachusetts Law School

**Dylan Penningroth**
Professor of Law & Morrison Professor of History
University of California, Berkeley School of Law

**Bernard Perlmutter**
Professor of Law
University of Miami School of Law

**Michael J. Perry**
Robert W. Woodruff Professor Emeritus
Emory University School of Law

**Philip Peters, Jr.**
Ruth L Hulston Professor Emeritus of Law
University of Missouri School of Law

**Alexi Pfeffer-Gillett**
Assistant Professor
Washington & Lee University School of Law

**Nicole Phillips**
Associate Professor of Legal Writing
University of San Francisco School of Law

**Katharina Pistor**
Professor of Law
Columbia Law School

**Ellen S. Podgor**
Professor of Law
Stetson University College of Law

**Sarah Polcz**
Acting Professor of Law
University of California, Davis School of Law

**Angi Porter**
Assistant Professor of Law
American University Washington College of Law

**Lucas A. Powe, Jr.**
Anne Green Regents Chair
University of Texas School of Law

**Richard J. Pierce, Jr.**
Lyle T. Alverson Professor of Law
George Washington University

**Jeanne Frazier Price**
Professor of Law
UNLV William S. Boyd School of Law

**Richard Primus**
Theodore J. St. Antoine Collegiate Professor of Law
The University of Michigan Law School

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

24

**Edward A. Purcell, Jr.**
Joseph Solomon Distinguished Professor
Emeritus
New York Law School

**Dara Purvis**
Professor of Law
Temple Beasley School of Law

**Amanda Pustilnik**
Professor of Law
University of Maryland Carey School of
Law

**Robert L. Rabin**
A. Calder Mackay Professor of Law
Stanford Law School

**Natalie Ram**
Professor of Law
University of Maryland Carey School of
Law

**Lisa Ramsey**
Professor of Law
University of San Diego School of Law

**Aziz Rana**
J. Donald Monan, S.J., University Professor
of Law and Government
Boston College

**Sara Rankin**
Professor of Law
Seattle University School of Law

**Nancy B. Rapoport**
UNLV Distinguished Professor & Garman
Turner Gordon Professor of Law
UNLV William S. Boyd School of Law

**Margaret Raymond**
Warren P. Knowles Chair
University of Wisconsin Law School

**James Redwood**
Professor of Law
Albany Law School

**R. Anthony Reese**
Chancellor's Professor of Law
University of California, Irvine School of
Law

**Mitt Regan**
McDevitt Professor of Jurisprudence
Georgetown Law School

**Jarrod Reich**
Senior Lecturer
Boston University School of Law

**Alexander A. Reinert**
Max Freund Professor of Litigation and
Advocacy
Benjamin N. Cardozo School of Law

**René Reyes**
Associate Professor of Law
Suffolk Law School

**Patricia Youngblood Reyhan**
Distinguished Professor of Law
Albany Law School

**Gustavo Ribeiro**
Associate Professor of Law
American University Washington College of
Law

**William D. Rich**
Emeritus Professor of Law
University of Akron School of Law

**Sandra L. Rierson**
Professor of Law
Western State College of Law at Westcliff
University

\* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

25

**Thomas Riordan**
Visiting Associate Clinical Professor
LMU Loyola Law School

**David Ritchie**
Professor of Law & Philosophy
Mercer University School of Law

**Francisco Rivera**
Clinical Professor of Law
Santa Clara University School of Law

**Ira Robbins**
Distinguished Professor of Law
American University Washington College of
Law

**Lauren Robel**
Val Nolan Professor Emerita
Indiana University Maurer School of Law

**Cassandra Burke Robertson**
John Deaver Drinko-BakerHostetler
Professor of Law
Case Western Reserve University School of
Law

**Russell Robinson**
Professor of Law
University of California, Berkeley School of
Law

**Thomas Robinson**
Professor of Law
University of Miami School of Law

**Sarah Rogerson**
Professor of Law
Albany Law School

**Sonia E. Rolland**
Professor of Law
Northeastern University School of Law

**Addie Rolnick**
San Manuel Band of Mission Indians
Professor of Law
UNLV Williams S. Boyd School of Law

**Tom I. Romero, II**
Professor of Law
University of Denver Sturm College of Law

**Henry Rose**
Professor of Law
Loyola University Chicago School of Law

**Robert Rosen**
Professor of Law
University of Miami School of Law

**Gerald Rosenberg**
Associate Professor Emeritus
University of Chicago Law School

**Elizabeth Rosenblatt**
Professor of Law
Case Western Reserve University Law
School

**Jonathan Rosenbloom**
Professor of Law
Albany Law School

**Catherine J. Ross**
Lyle T. Alverson Professor of Law, Emerita
The George Washington University Law
School

**Ezra Rosser**
Professor of Law
American University Washington College of
Law

**Laura Rovner**
Professor of Law
University of Denver Sturm College of Law

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

26

**Eric Ruben**
Associate Professor of Law
SMU Dedman School of Law

**John E. Rumel**
Professor of Law
University of Idaho College of Law

**Margaret Russell**
Professor of Law
Santa Clara University School of Law

**Michael Russo**
Visiting Professor/ Practitioner in Residence
Seattle University School of Law

**Michael L. Rustad**
Thomas Lambert Jr. Professor of Law
Suffolk University Law School

**Noah Sachs**
Professor of Law
University of Richmond School of Law

**Zahr Said**
Professor of Law
Santa Clara University School of Law

**Rosemary Salomone**
Kenneth Wang Professor of Law
St. John's University School of Law

**Stephen A. Saltzburg**
Wallace and Beverley Woodbury University
Professor
The George Washington University Law
School

**Pamela Samuelson**
Professor of Law
University of California, Berkeley Law
School

**Sharon K. Sandeen**
Professor of Law
Mitchell Hamline School of Law

**Timothy Sanzi**
Research Librarian and Assistant Professor
University of San Francisco School of Law

**Joshua D. Sarnoff**
Niro Professor of Intellectual Property Law
DePaul University

**Maria Savasta-Kennedy**
Clinical Professor of Law
UNC School of Law

**Andres Sawicki**
Professor of Law
University of Miami School of Law

**Jane Schacter**
Professor of Law
Stanford Law School

**Joan Schaffner**
Associate Professor of Law
The George Washington University Law
School

**Scott Schang**
Professor of Practice
Wake Forest University School of Law

**Erin Scharff**
Willard H. Pedrick Distinguished Research
Scholar and Professor of Law
Arizona State University, Sandra Day
O'Connor College of Law

**Roger E. Schechter**
William Thomas Fryer Research Professor
Emeritus
George Washington University Law School

**Andrew Scherer**
Professor of Law
New York Law School

---

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

**Philip G. Schrag**
Delaney Family Professor of Public Interest
Law
Georgetown Law School

**Jacob Schriner-Briggs**
Visiting Assistant Professor
Chicago-Kent College of Law

**Joshua I. Schwartz**
E.K. Gubin Professor of Law
The George Washington University Law
School

**Victoria Schwartz**
Professor of Law
Pepperdine University Caruso School of
Law

**Michael Schwartz**
Associate Professor
Syracuse University College of Law

**Rebecca J. Scott**
Professor of Law & Charles Gibson
Distinguished University Professor of
History
University of Michigan Law School

**Christopher B. Seaman**
Robert E.R. Huntley Professor of Law
Washington & Lee University School of
Law

**Jeffrey Selbin**
Chancellor's Clinical Professor of Law
University of California, Berkeley School of
Law

**Elisabeth Semel**
Chancellor's Clinical Professor of Law
University of California, Berkeley School of
Law

**Nicholas Serafin**
Albert J. Ruffo Assistant Professor of Law
Santa Clara University School of Law

**Gregory S. Sergienko**
Assistant Dean of Student Affairs &
Instructor
University of Idaho

**Dalindyebo Shabalala**
Professor of Law
Suffolk University Law School

**Peter M. Shane**
Jacob E. Davis and Jacob E. Davis II Chair
in Law Emeritus
The Ohio State University Moritz College of
Law

**Amanda Shanor**
Assistant Professor of Law
The Wharton School of the University of
Pennsylvania

**Carolyn Shapiro**
Professor of Law
Chicago-Kent College of Law

**Jonathan Shapiro**
Professor of Practice
Washington & Lee University School of
Law

**Scott Shapiro**
Southmayd Professor of Law and Professor
of Philosophy
Yale Law School

**Daniel Sharfstein**
Dick and Martha Lansden Chair in Law
Vanderbilt Law School

**Rebecca Sharpless**
Professor of Law
University of Miami School of Law

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

28

**Kate Shaw**
Professor of Law
University of Pennsylvania Carey Law
School

**Jonathan J. Sheffield**
Clinical Assistant Professor
Loyola University Chicago

**Seana Shiffrin**
Pete Kameron Professor of Law and Social
Justice
UCLA School of Law

**Jodi L. Short**
Mary Kay Kane Professor of Law
UC Law San Francisco

**Michael Siebecker**
Maxine Kurtz Faculty Research Scholar and
Professor of Law
University of Denver Sturm College of Law

**Andrew Siegel**
Professor of Law
Seattle University School of Law

**Jessica Silbey**
Professor of Law
Boston University School of Law

**Gary J. Simson**
Macon Chair in Law
Mercer Law School

**Jana Singer**
Jacob A. France Professor Emeritus
University of Maryland Carey School of
Law

**Anita Sinha**
Professor of Law
American University Washington College of
Law

**Rima Sirota**
Professor of Law, Legal Practice
Georgetown Law School

**Gregory Sisk**
Laghi Distinguished Chair in Law
University of St. Thomas School of Law

**Deborah A. Sivas**
Luke W. Cole Professor of Environmental
Law
Stanford Law School

**Roger Skalbeck**
Associate Dean and Professor of Law
Richmond School of Law

**David Sloss**
John A. and Elizabeth H. Sutro Professor of
Law
Santa Clara University School of Law

**Ronald Slye**
Professor of Law
Seattle University Law School

**Abbe Smith**
Scott K. Ginsburg Professor of Law
Georgetown Law School

**Bryant Walker Smith**
Associate Professor
University of South Carolina Joseph F. Rice
School of Law

**Catherine Smith**
Professor of Law
Washington and Lee University School of
Law

**Fred Smith**
Professor of Law
Emory University School of Law

* Institutional affiliations are provided for purposes of identification only.
   They do not reflect the views of the listed institutions.

29

**William Snape**
Professor of Law and Assistant Dean
American University Washington College of
Law

**Stacey L. Sobel**
Professor of Law
Western State College of Law at Westcliff
University

**Aviam Soifer**
Professor Emeritus
University of Hawai'i, Wm. S. Richardson
School of Law

**Daniel Solove**
Bernard Professor of Intellectual Property
and Technology Law
The George Washington University Law
School

**Alicia Solow-Niederman**
Associate Professor of Law
The George Washington University Law
School

**Ann Southworth**
Professor of Law
University of California, Irvine School of
Law

**Norman W. Spaulding**
Nelson Bowman Sweitzer and Marie B.
Sweitzer Professor of Law
Stanford Law School

**Jane M. Spinak**
Edward Ross Aranow Clinical Professor
Emerita of Law
Columbia Law School

**Carla Spivack**
Distinguished Professor of Law
Albany Law School

**Christopher Jon Sprigman**
Murray and Kathleen Bring Professor of
Law
New York University Law School

**Jayashri Srikantiah**
Professor of Law and Director, Immigrants'
Rights Clinic
Stanford Law School

**Erik Stallman**
Assistant Clinical Professor of Law
University of California, Berkeley School of
Law

**Kathryn Stanchi**
Professor of Law
UNLV William S. Boyd School of Law

**Robert Statchen**
Clinical Professor of Law
Western New England University School of
Law

**Sarah Steadman**
Professor of Law
University of New Mexico School of Law

**David Stein**
Assistant Professor of Law and Computer
Science
Northeastern University

**Ralph G. Steinhardt**
Lobingier Professor of Comparative Law
and Jurisprudence, Emeritus
George Washington University Law School

**Kele Stewart**
Professor of law
University of Miami School of Law

**Geoffrey R. Stone**
Edward H. Levi Distinguished Professor of
Law
University of Chicago Law School

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

30

**Irwin Stotzky**
Professor of Law
University of Miami School of Law

**Katherine J. Strandburg**
Alfred Engelberg Professor of Law
NYU School of Law

**Marcy Strauss**
Professor of Law
Loyola Law School Los Angeles

**Jennifer Sturiale**
Associate Professor of Law
Delaware Law School

**Susan Sturm**
George M. Jaffin Professor of Law & Social
Responsibility
Columbia Law School

**Lauren Sudeall**
David Daniels Allen Distinguished Chair of
Law
Vanderbilt Law School

**Madhavi Sunder**
Frank Sherry Professor of Intellectual
Property Law
Georgetown Law School

**Cara Suvall**
Clinical Professor of Law
Vanderbilt Law School

**Maureen Sweeney**
Law School Professor
University of Maryland Carey School of
Law

**Paul Sweeney**
Professor of the Practice
Boston University School of Law

**Allison Tait**
Professor of Law
University of Richmond School of Law

**Xiyin Tang**
Professor of Law
UCLA School of Law

**Mary Tate**
Professor of Practice
University of Richmond School of Law

**Kim Taylor-Thompson**
Professor of Clinical Law Emerita
NYU School of Law

**Zephyr Teachout**
Professor of Law
Fordham Law School

**George C. Thomas III**
Rutgers University Board of Governors
Professor of Law
Rutgers University

**Richard Thompson Ford**
Professor of Law
Stanford Law School

**Cristina Carmody Tilley**
Professor of Law
University of Iowa College of Law

**Carl W. Tobias**
Professor of Law
University of Richmond School of Law

**Donald Tobin**
Professor of Law
University of Maryland Carey School of
Law

**Joseph A. Tomain**
Senior Lecturer in Law
Indiana University Maurer School of Law

**Gerald Torres**
Dolores Huerta & Wilma Mankiller
Professor of Environmental Justice
Yale Law School

**Paul R. Tremblay**
Clinical Professor and Dean's Distinguished
Scholar
Boston College Law School

**George Triantis**
Richard E. Lang Professor of Law
Stanford Law School

**Craig Trocino**
Associate Professor of Clinical Education
University of Miami School of Law

**Enid Trucios-Haynes**
Bernard Flexner Chair and Professor of Law
Louis D. Brandeis School of Law,
University of Louisville, Louis D. Brandeis
School of Law

**C. Cora True-Frost**
Bond, Schoeneck & King Distinguished
Professor of Law
Syracuse University College of Law

**Elizabeth Trujillo**
Professor of Law
University of Houston Law Center

**Lisa Tucker**
Professor of Law
Drexel University Thomas R. Kline School
of Law

**Rebecca Tushnet**
Frank Stanton Professor of the First
Amendment
Harvard Law School

**Robert Tuttle**
Berz Research Professor of Law & Religion
The George Washington University Law
School

**Ron Tyler**
Professor of Law (Teaching)
Stanford Law School

**Jennifer M. Urban**
Clinical Professor of Law
University of California, Berkeley School of
Law

**Tyler Valeska**
Assistant Professor of Law
Loyola University Chicago School of Law

**Michael Van Alstine**
Francis King Carey Professor in Business
Law
University of Maryland Carey School of
Law

**Molly Van Houweling**
Harold C. Hohbach Distinguished Professor
of Patent Law and Intellectual Property
University of California, Berkeley School of
Law

**Allison Van Stean**
Professor of Practice
UNT Dallas College of Law

**Jonathan Varat**
Dean and Professor of Law Emeritus
UCLA School of Law

**Liza Vertinsky**
Professor of Law
University of Maryland Carey School of
Law

**Clifford Villa**
Professor of Law
University of New Mexico School of Law

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

32

**Alexander Volokh**
Associate Professor of Law
Emory University School of Law

**Eugene Volokh**
Thomas M. Siebel Senior Fellow
Hoover Institution at Stanford University
Gary T. Schwartz Professor of Law Emeritus
UCLA School of Law

**Leti Volpp**
Robert D. and Leslie Kay Raven Professor of Law
University of California, Berkeley School of Law

**Michael Wald**
Jackson Eli Reynolds Professor of Law
Stanford Law School

**Alec Walen**
Distinguished Professor
Rutgers School of Law

**Alex Wang**
Professor of Law
UCLA School of Law

**Howard Wasserman**
Professor of Law
FIU College of Law

**Lindsey Webb**
Associate Professor of Law
University of Denver Sturm College of Law

**Jonathan Weinberg**
Distinguished Professor of Law
Wayne State University

**Allen S. Weiner**
Senior Lecturer in Law
Stanford Law School

**Laura Weinrib**
Fred N. Fishman Professor of Constitutional Law
Harvard Law School

**Ian Weinstein**
Professor of Law
Fordham Law School

**Allison Weiss**
Professor of Practice
Washington & Lee School of Law

**Brandon Weiss**
Professor of Law
American University Washington College of Law

**Charles Weisselberg**
Yosef Osheawich Professor of Law
University of California, Berkeley School of Law

**Jay L. Westbrook**
Professor & Benno C. Schmidt Chair of Business Law
University of Texas at Austin School of Law

**Rebecca Wexler**
Hoessel-Armstrong Professor of Law
University of California, Berkeley School of Law

**Patricia White**
Professor of Law and Dean Emerita
University of Miami School of Law

**Caroline Wick**
Acting Director, Disability Rights Law Clinic
American University Washington College of Law

**Annecoos Wiersema**
Professor of Law
University of Denver Sturm College of Law

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.

33

**Mark Williams**
Professor of the Practice
Vanderbilt Law School

**Thomas Williams**
Assistant Professor of Law
American University Washington College of
Law

**Stephanie Wilson**
Law Librarian / Teaching Faculty Member
Seattle University School of Law

**Sally Wise**
Professor of Law Emerita
University of Miami School of Law

**Tobias Wolff**
Jefferson Barnes Fordham Professor of Law
University of Pennsylvania Carey Law
School

**Brian Wolfman**
Professor from Practice
Georgetown Law School

**Kevin Woodson**
Professor of Law
University of Richmond School of Law

**Eric Wright**
Professor of Law
Santa Clara University School of Law

**Ellen Yaroshefsky**
Howard Lichtenstein Distinguished
Professor of Legal Ethics
Maurice A. Deane School of Law at Hofstra
University

**Kathryne Young**
Professor of Law
The George Washington University Law
School

**Jonathan Zasloff**
Professor of Law
UCLA School of Law

**Emily Zhang**
Assistant Professor
University of California, Berkeley School of
Law

**Benjamin C. Zipursky**
Professor of Law and James H. Quinn '49
Chair in Legal Ethics
Fordham Law School

* Institutional affiliations are provided for purposes of identification only.
  They do not reflect the views of the listed institutions.