UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>          *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>          *Defendants*. | Civil Case No. 25-cv-00916-JDB |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* 676 LAW PROFESSORS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR DECLARATORY AND PERMANENT INJUNCTIVE RELIEF**

The motion for leave to file the Brief of *Amici Curiae* 676 Law Professors is **GRANTED**.

  **SO ORDERED.**

Washington, D.C.

Dated: _____

                       _____
                       **JOHN D. BATES**
                       United States District Judges