IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JENNER & BLOCK LLP** )<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>**U.S. DEPARTMENT OF JUSTICE** )<br> et al., )<br>*Defendants*. )<br>) | Civil Action No. 1:25-cv-916-JDB |

**UNOPPOSED MOTION OF FORMER PRESIDENTS
OF THE DISTRICT OF COLUMBIA BAR FOR AND
PAST PRESIDENTS OF VOLUNTARY BAR ASSOCIATIONS
LEAVE TO FILE *AMICI CURIAE BRIEF* IN SUPPORT OF PLAINTIFF**

**INTRODUCTION AND INTERESTS OF AMICI**

Pursuant to LCvR 7(o), this request for leave to file the attached *amicus curiae* brief is filed on behalf of twenty former Presidents of The District of Columbia Bar and District of Columbia Bar leaders in support of Plaintiff's motion for summary judgment and permanent injunction (ECF No.19).[1] The District of Columbia Bar is the second-largest unified bar in the U.S. and the mandatory bar for all lawyers authorized to practice in Washington D.C. Consistent with Local Rule 7(m), we have apprised counsel for Plaintiff and Defendants, who have each advised that they do not object to the filing of this motion.

Each of the former District of Columbia Presidents seeking status as *amici curiae*, including the undersigned counsel, was elected at various points over the past five decades by the

---

[1] The list of former Presidents of The District of Columbia Bar and District of Columbia Bar leaders on whose behalf this motion is submitted appears at the end of this motion. They are seeking to participate as *amici* in their personal capacity and not as members of their law firms, companies, or employers.

1

tens of thousands of lawyers authorized to practice law in the Nation's Capital.  and District of Columbia Bar leaders The DC Bar is a "mandatory" bar that was formed in 1973 as an official arm of the District of Columbia Court of Appeals.  The DC Bar is responsible for licensing lawyers and regulating the practice of law in Washington. The DC Bar is the second largest mandatory bar in the country.

The District of Columbia also has numerous private organizations of lawyers called "voluntary bars" that focus on professional development and advocacy but do not regulate the practice of law or discipline lawyers.  The other *amici* who join in this brief are former presidents of a number of those voluntary bar associations, including the [Bar Association of the District of Columbia](), [Women's Bar Association](), [National Bar Association](), [Washington Bar Association](), and others.

These former DC. Bar presidents and leaders are of varying political affiliations.  We have conflicting perspectives on many issues of law and policy. But as former bar leaders, each of us has promoted and acted to advance the Bar's core values of increasing access to justice in our community.  We are united in the view that our democracy depends on the crucial role of the courts (and by extension lawyers as officers of the court) in our constitutional system of checks and balances to uphold and defend the Rule of Law.

While we are aligned with the position of the Plaintiff, our interests are distinct from those of a law firm. We are lawyers whose primary careers have been in government service, in private practice in large and small firms, in the academic community, in public interest organizations, in corporate law departments, or in a combination of those experiences. The formal steps taken by the Trump Administration to penalize and intimidate the President's

2

perceived political enemies profoundly affect all lawyers, and most particularly those in the seat of government where we and others practice law.

We are aware that in this extraordinary time in the history of our democracy, even the filing of a "friend of the court" brief now potentially places us at personal risk of reprisal from the Trump Administration. We nonetheless believe that it is imperative that members of the legal community and particularly its leaders speak out publicly to denounce the current Administration's unprecedented and unconstitutional actions to prevent its political opponents from having access to legal counsel and to muzzle and restrain a profession that is essential to the administration of justice.

## CONCLUSION

For these reasons, we respectfully request that this Court enter the attached order granting them leave to participate in this case as *amici curiae* and permit the filing of attached *amici* brief.

Respectfully submitted.

_____
Andrea C. Ferster
Law Offices of Andrea C Ferster
DC Bar #384648
68 Beebe Pond Road
Canaan, NY 12029
Phone: 202-669-6311
Email: Andreaferster@gmail.com

*Of Counsel*
Philip Allen Lacovara
(DC Bar #194472)
4352 West Gulf Drive
Sanibel, FL 33957-5106
Phone: 239-472-2992
Email: placovara@gmail.com

**PROPOSED AMICI CURIAE**

*Past Presidents of The District of Columbia Bar*
(appearing in their individual capacities)

Charles R. Work (1976-1977)

Marna Tucker 1984-1985)

Philip Allen Lacovara (1988-1989)

Robert N. Weiner (1995-1996)

Myles V. Lynk (1996-1997)

Andrew H. Marks (1998-1999)

Joan H. Strand (1999-2000)

John W. Nields, Jr. (2000-2001)

John C. Keeney Jr. (2004-2005)

John C. Cruden (2005-2006)

James J. Sandman (2006-2007)

Melvin White (2007-2008)

Kim M. Keenan (2009-2010)

Andrea Ferster (2013-2014)

Annamaria Steward (2016-2017)

Patrick McGlone (2017-2018)

Susan M. Hoffman (2019-2020)


*Other Former Leaders of The District of Columbia Bar*

Katherine A. Mazzaferri
    (Executive Director, 1982-2010,
     Chief Executive Officer, 2010-2017)

    Cynthia D. Hill
        (Assistant Executive Director for Programs, 1990-2010,
        Chief Programs Officer, 2010- 2017)

    Maureen Thornton Syracuse
        (DC Bar Pro Bono Center,
        Director/Executive Director, 1992-2011)

### *Past Presidents of Voluntary Bars*
**(**appearing in their individual capacities and listed alphabetically)

Jessica E. Adler, Past President of DC Women's Bar Association (2013-2014

Ralph P. Albrecht, Past President, The Bar Association of the District of Columbia (2008-2009)

Alfred F. Belcuore, National President, Federal Bar Association (1991-1992); DC Chapter President, American Board of Trial Advocates (2018-2024), President, The Counsellors, District of Columbia (2024-2025)

Constance L. Belfiore, Past President, Bar Association of the District of Columbia (1997-98)

Robert L. Bell, Past President, Washington Bar Association (2007-2008)

Joseph Cammarata, Past-President, Trial Lawyers Association of Metropolitan Washington, DC (2015-2016)

Harlow R Case, Past-President, Trial Lawyers Association of Metropolitan Washington, DC (1987-1988)

Paulette E. Chapman, Past President, Women's Bar Association of the District of Columbia (2003-2004); Past President, Bar Association of the District of Columbia (2007-2008)

William E. Davis, Past President, Bar Association of the District of Columbia (2004-2005)

Karen E. Evans, Past President, Washington Bar Association  (2014-2016); Past President, Trial Lawyers Association of Metropolitan Washington DC (2012)

L. Palmer Foret, Past President, Trial Lawyers Association of Metropolitan Washington, D.C. (2003-2004)

Iris McCollum Green, Past President, Washington Bar Association (2010-2012)

Kathleen Gunning, Past President, Women's Bar Association of the District of Columbia (1991-1992)

David E. Hawkins, Past President, Bar Association of the District of Columbia (2013-2014)

David E. Haynes, Past President, Trial Lawyers Association of the District of Columbia (2016-2017)

Christopher G. Hoge, Past President, Bar Association of the District of Columbia (1998-99)

Ronald C. Jessamy, Sr., Past President, Washington Bar Association (2008 - 2010)

Matthew G. Kaiser, Past President, Bar Association of the District of Columbia (2017-18)

Nancy Aliquo Long, Past President, Women's Bar Association of the District of Columbia (1996-1997); Women's Bar Association Foundation (2014-2016)

Victor E. Long, Past President DC Trial Lawyers Association (2013-2014)

M. Elizabeth Medaglia, Past President, Women's Bar Association of the District of Columbia (1982-83); Past President, Assistant United States Attorneys Association of DC (1984-85); Past President, Charles Fahy American Inn of Court (1990-92)

W. Charles Meltmar, Past-President, Trial Lawyers Association of Metropolitan Washington, D.C. (2021-2022)

Sonia Murphy, Past President, Women's Bar Association of the District of Columbia (2016-2017)

Dwight D. Murray, Past President, Bar Association of the District of Columbia (1996-97)

Michelle A. Parfitt, Past President, Trial Lawyers Association of Metropolitan Washington, D.C. ( 2002-2003)

Patrick M. Regan, Past President, Trial Lawyers Association of Metropolitan Washington D.C. (1991-92)

Sandra H. Robinson, Past-President, Trial Lawyers Association of Metropolitan Washington, D.C. (1997-1998)

Ira Sherman, Past President, Trial Lawyers Association of Metropolitan D.C. (1993-1994)

Gwendolyn Simmons, Past President, Women's Bar Association of the District of Columbia (1990-1991)

Gregory S. Smith, Past President, Bar Association of the District of Columbia (2011-12) Past President, Atlanta Bar Association (1998-99)

Suzanne M. Snedegar, Past President, Women's Bar Association of the District of Columbia (1979-1980)

Jim Taglieri, Past-President, Trial Lawyers Association of Metropolitan Washington, D.C. (1989-1990)


Lucy L. Thomson, Past President, Women's Bar Association of the District of Columbia (1988-1989)

Kenneth M. Trombly, Past President, Trial Lawyers Association of Metropolitan Washington, DC (1994-1995)

Keith W. Watters, Past President, Bar Association of the District of Columbia, Washington Bar Association, National Bar Association

Salvatore J. Zambri, Past-President, Trial Lawyers Association of Metropolitan Washington, DC (2007-2008)