UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et. al.*,<br><br>      Defendants. | Case No. 1:25-cv-00916-JDB |

**[PROPOSED] ORDER**

Upon consideration of the motion of 807 Law Firms for leave to file an Amici Curiae brief and such matters as are just and proper, it is hereby

ORDERED that the aforementioned Motion is GRANTED; and it is further

ORDERED that the Amici Curiae brief attached as Exhibit 1 to the Motion and the accompanying Appendix A are deemed filed with this Court upon entry of this Order.

Entered this _____ day of _____, 2025

                                                                                 _____
                                                                                  Honorable John D. Bates
                                                                                   United States District Judge