UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP<br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br>*Defendants.* | Case Number: 1:25-cv-00916-JDB |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF SIXTY MEDIA ORGANIZATIONS AND PRESS FREEDOM ADVOCATES IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the motion of sixty media organizations and press freedom advocates for leave to file an Amici Curiae brief and such matters as are just and proper, it is hereby:

ORDERED that the aforementioned Motion is GRANTED.

Dated: _____                              _____
                                                     Honorable John D. Bates
                                                     United States District Judge

1