# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JENNER & BLOCK LLP,

           Plaintiff,

     v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

           Defendants.

Civil Action No. 1:25-cv-0916 (JDB)

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE THAT Sara E. Kropf, of the law firm Kropf Moseley Schmitt PLLC, 1100 H Street NW, Suite 1220, Washington DC 20005, an attorney duly admitted in this Court, hereby appears on behalf of proposed amici former judges.

Dated: April 11, 2025        Respectfully submitted,

        /s/ Sara E. Kropf
        Sara E. Kropf (DC Bar No. 481501)
        Kropf Moseley Schmitt PLLC
        1100 H Street, NW
        Suite 1220
        Washington, DC 20005
        (202) 627-6900
        sara@kmlawfirm.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 11th day of April 2025, the foregoing notice was served by

electronic filing on all counsel of record through the Court's ECF system.


/s/ Sara E. Kropf
Sara E. Kropf