IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP, | |
| Plaintiff, | Civil Action No. 1:25-0916 (JDB) |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | |
| Defendants. | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(e), Amici move for admission and appearance of attorney Donald Falk *pro hac vice* in the above-captioned action. The motion is supported by the Declaration of Donald Falk. As set forth in that declaration, he is admitted and active member in good standing in the following bars: California, the District of Columbia, and numerous federal district courts and courts of appeal, along with the United States Supreme Court.

This motion is supported and signed by Sara E. Kropf, an active and sponsoring member of the Bar of this Court.

Dated: April 11, 2025          Respectfully submitted,

/s/ Sara E. Kropf
Sara E. Kropf (DC Bar No. 481501)
Kropf Moseley Schmitt
1100 H Street, NW
Suite 1220
Washington, DC 20005
(202) 627-6900
sara@kmlawfirm.com

*Attorney for Amici Curiae Former Judges*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April 2025, the foregoing motion was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Sara E. Kropf
Sara E. Kropf