**EXHIBIT A**

1.  Judge David Abbott,
    California Superior Court, Sacramento County (Ret.)

2.  Judge Verna S. Adams,
    California Superior Court, Marin County (Ret.)

3.  Judge Patricia Aitken,
    Washington Superior Court, King County (Ret.)

4.  Judge Elsa Alcala,
    Texas Court of Criminal Appeals (Ret.)

5.  Judge Lesley A. Allan,
    Washington Superior Court, Chelan County (Ret.)

6.  Judge Lisa Van Amburg,
    Missouri Eastern District Court of Appeals (Ret.)

7.  Chief Justice Jeffrey L. Amestoy,
    Vermont Supreme Court (Ret.)

8.  Judge Elaine M. Andrews,
    Alaska Superior Court, Third District (Ret.)

9.  Judge Beth Andrus,
    Washington Superior Court, King County (Ret.)

10. Judge Marlin J. Appelwick,
    Washington State Court of Appeals, Division I (Ret.)

11. Judge Stephanie A. Arend,
    Washington Superior Court, Pierce County (Ret.)

12. Judge Sharon S. Armstrong,
    Washington Superior Court, King County (Ret.)

13. Associate Justice Richard M. Aronson,
    California Court of Appeal, Fourth District (Ret.)

14. Magistrate Judge Mark E. Aspey,
    United States District Court, District of Arizona (Ret.)

15. Judge Steven K. Austin,
    California Superior Court, Contra Costa County (Ret.)

16. Judge Monica Bachner,
    California Superior Court, County of Los Angeles (Ret.)

17. Chief Justice W. Scott Bales,
    Arizona Supreme Court (Ret.)

18. Senior Judge Thomas A. Balmer,
    Oregon Supreme Court (Ret.)

19. Judge Barry Baskin,
    California Superior Court, Contra Costa County (Ret.)

20. Judge Paul A. Bastine,
    Washington Superior Court, Spokane County (Ret.)

21. Chief Judge Mary Kay Becker,
    Washington State Court of Appeals, Division One (Ret.)

22. Judge Martha Beckwith,
    Alaska State District Court, Third Judicial District (Ret.)

23. Justice William Bedsworth,
    California Court of Appeal, Fourth District (Ret.)

24. Justice Carol A. Beier,
    Kansas Supreme Court (Ret.)

25. Justice Gina Benavides,
    Texas Thirteenth Court of Appeals (Ret.)

26. Chief Justice Rebecca White Berch,
    Arizona Supreme Court (Ret.)

27. Judge Aviva K. Bobb,
    California Superior Court, County of Los Angeles (Ret.)

28. Magistrate Judge E. Thomas Boyle,
    United States District Court, Eastern District of New York (Ret.)

29. Justice Richard F. Braun,
    New York Supreme Court, New York County (Ret.)

30.  Associate Justice Bobbe Bridge,
     Washington Supreme Court (Ret.)

31.  Judge Harold M. Brown,
     Alaska Superior Court, Third District (Ret.)

32.  Magistrate Judge Geraldine Soat Brown,
     United States District Court, Northern District of Illinois (Ret.)

33.  Associate Justice Brian L. Burgess,
     Vermont Supreme Court (Ret.)

34.  Judge A. Franklin Burgess, Jr.,
     Superior Court, District of Columbia (Ret.)

35.  Magistrate Judge Michelle Burns,
     United States District Court, District of Arizona (Ret.)

36.  Judge Regina S. Cahan,
     Washington Superior Court, King County (Ret.)

37.  Judge William Cahill,
     California Superior Court, County of San Francisco (Ret.)

38.  Judge Gregory P. Canova,
     Washington Superior Court, King County (Ret.)

39.  Chief Justice Walter L. Carpeneti,
     Supreme Court of Alaska (Ret.)

40.  Judge Wynne S. Carvill,
     California Superior Court, Alameda County (Ret.)

41.  Judge Ronald L. Castleberry,
     Washington Superior Court, Snohomish County (Ret.)

42.  Judge Patrick A. Cathcart,
     California Superior Court, County of Los Angeles (Ret.)

43.  Judge Katherine Chilton,
     California Superior Court, County of Los Angeles (Ret.)

44.  Judge Robert James Cindrich,
     United States District Court, Western District of Pennsylvania (Ret.)

45. Judge Harriett M. Cody,
    Washington Superior Court, King County (Ret.)

46. Judge Isabel R. Cohen,
    California Superior Court, County of Los Angeles (Ret.)

47. Judge Bruce W. Cohoe,
    Washington Superior Court, Pierce County (Ret.)

48. Acting Justice Ellen M. Coin,
    New York Supreme Court, New York County (Ret.)

49. Judge Scott Collier,
    Washington Superior Court, Clark County (Ret.)

50. Judge Patricia A. Collins,
    Alaska Superior Court, First District (Ret.)

51. Associate Justice Carol Ann Conboy,
    New Hampshire Supreme Court (Ret.)

52. Judge Karen Conoley,
    Washington Superior Court, Kitsap County (Ret.)

53. Chief Justice Dori Contreras,
    Texas Thirteenth District Court of Appeals (Ret.)

54. Judge Ronald E. Cox,
    Washington State Court of Appeals (Ret.)

55. Magistrate Judge Susan E. Cox,
    United States District Court, Northern District of Illinois (Ret.)

56. Senior Associate Justice Stephen G. Crane,
    New York Supreme Court, Appellate Division, Second Dept. (Ret.)

57. Senior Judge James Crockett,
    Nevada District Court, Eighth Judicial District (Ret.)

58. Judge Denise Navarre Cubbon,
    Court of Common Pleas, Juvenile Division, Lucas County, Ohio (Ret.)

59. Judge Ron Culpepper,
    Washington Superior Court, Pierce County (Ret.)

60. Presiding Justice Brian S. Currey,
    California Court of Appeals, Second Appellate District (Ret.)

61. Judge Frank E. Cuthbertson,
    Washington Superior Court, Pierce County (Ret.)

62. Judge Beverly W. Cutler,
    Alaska State Superior Court, Third District (Ret.)

63. Judge David De Alba,
    California Superior Court, Sacramento County (Ret.)

64. Justice Brian F. DeJoseph,
    New York Supreme Court, Appellate Division (Ret.)

65. Justice Carolyn E. Demarest,
    New York Supreme Court, Kings County (Ret.)

66. Magistrate Judge Morton Denlow,
    United States District Court, Northern District of Illinois (Ret.)

67. Magistrate Judge Michael Dolinger,
    United States District Court, Southern District of New York (Ret.)

68. Justice Robert L. Dondero,
    California Court of Appeal, First Appellate District (Ret.)

69. Judge Michael Downes,
    Washington Superior Court, Snohomish County (Ret.)

70. Presiding Disciplinary Judge Margaret H. Downie,
    Arizona Court of Appeals (Ret.)

71. Judge William L. Downing,
    Washington Superior Court, King County (Ret.)

72. Judge Theresa Doyle,
    Washington Superior Court, King County (Ret.)

73. Senior Judge David J. Dreyer,
    Marion County Superior Court, Indiana (Ret.)

74. Judge Bonnie Dumanis,
    California Superior Court, San Diego County (Ret.)

75.  Judge Sally Duncan,
     Arizona Superior Court (Ret.)

76.  Magistrate Judge David K. Duncan,
     United States District Court, District of Arizona (Ret.)

77.  Judge Lynn Duryee,
     California Superior Court, Marin County (Ret.)

78.  Justice Mark Dwyer,
     New York Supreme Court, New York County (Ret.)

79.  Judge Michael L. Dwyer,
     New York State Court, Fifth District (Ret.)

80.  Judge Tari S. Eitzen,
     Washington Superior Court, Spokane County (Ret.)

81.  Justice Betty Weinberg Ellerin,
     New York State Supreme Court Appellate Division, First Department (Ret.)

82.  Judge Janice E. Ellis,
     Washington Superior Court, Snohomish County (Ret.)

83.  Judge John P. Erlick,
     Washington Superior Court, King County (Ret.)

84.  Chief Judge Philip Espinosa,
     Arizona Court of Appeals (Ret.)

85.  Justice Saralee Evans,
     New York Supreme Court, New York County (Ret.)

86.  Magistrate Judge John M. Facciola,
     United States District Court, District of Columbia (Ret.)

87.  Judge Joseph E. Fahey,
     Onondaga County Court in New York (Ret.)

88.  Judge William F. Fahey,
     California Superior Court, Los Angeles County

89.  Judge Ellen J. Fair,
     Washington Superior Court, Snohomish County (Ret.)

90.   Judge Douglas J. Fair,
      United States District Court, Southern District of Washington (Ret.)

91.   Judge Gary A. Feess,
      United States District Court, Central District of California (Ret.)

92.   Chief Justice Stanley G. Feldman,
      Arizona Supreme Court (Ret.)

93.   Judge Noel Fidel,
      Arizona Court of Appeals (Ret.)

94.   Judge Kenneth Fields,
      Arizona Superior Court, Maricopa County (Ret.)

95.   Judge George Finkle,
      Washington Superior Court, King County (Ret.)

96.   Judge Francisco Firmat,
      California Superior Court, Orange County (Ret.)

97.   Judge Deborah Fleck,
      Washington Superior Court, King County (Ret.)

98.   Judge Edward Fleisher,
      Washington Court of Appeals, Division Two (Ret.)

99.   Judge Lisa Daniel Flores,
      Arizona Superior Court, Maricopa County (Ret.)

100.  Judge Jeremy D. Fogel,
      United States District Court, Northern District of California (Ret.)

101.  Judge Michael J. Fox,
      Washington Superior Court, King County (Ret.)

102.  Magistrate Judge James C. Francis IV,
      United States District Court, Southern District of New York (Ret.)

103.  Judge David Frazier,
      Washington Superior Court, Whitman County (Ret.)

104.  Associate Justice Helen E. Freedman,
      New York Supreme Court, Appellate Division (Ret.)

105. Judge Robert B. Freedman,
     California Superior Court, Alameda County (Ret.)

106. Judge Terry Friedman,
     California Superior Court, County of Los Angeles (Ret.)

107. Judge Julia L. Garratt,
     Washington Superior Court, King County (Ret.)

108. Judge Deborra Garrett,
     Washington Superior Court, Whatcom County (Ret.)

109. Judge David George,
     Alaska Superior Court, First District (Ret.)

110. Judge Rudolph J. Gerber,
     Arizona Court of Appeals (Ret.)

111. Judge Timothy C. Gerking,
     Circuit Court of Oregon, Jackson County (Ret.)

112. Judge Nancy Gertner,
     United States District Court, District of Massachusetts (Ret.)

113. Judge Harvey Giss,
     California Superior Court, County of Los Angeles (Ret.)

114. Magistrate Judge Marilyn Go,
     United States District Court, Eastern District of New York (Ret.)

115. Magistrate Judge Steven M. Gold,
     United States District Court, Eastern District of New York (Ret.)

116. Judge A. Benjamin Goldgar,
     United States Bankruptcy Court, Northern District of Illinois (Ret.)

117. Chief Judge Irma E. Gonzalez,
     United States District Court, Southern District of California (Ret.)

118. Justice Emily Jane Goodman,
     New York State Supreme Court, New York County (Ret.)

119. Judge Dianna Gould-Saltman,
     California Superior Court, County of Los Angeles (Ret.)

120. Judge Ernestine S. Gray,
     Orleans Parish Juvenile Court (Ret.)

121. Judge Karen F. Green,
     Massachusetts Superior Court (Ret.)

122. Chief Justice Mark V. Green,
     Massachusetts Appeals Court (Ret.)

123. Judge Paul W. Grimm,
     United States District Court, District of Maryland (Ret.)

124. Judge Andrew Guilford,
     United States District Court, Central District of California (Ret.)

125. Judge Laura W. Halgren,
     California Superior Court, San Diego County (Ret.)

126. Associate Justice L. Priscilla Hall,
     New York Supreme Court, Appellate Division, Second Department (Ret.)

127. Judge Howard Lee Halm,
     California Superior Court, County of Los Angeles (Ret.)

128. Judge Helen Halpert,
     Washington Superior Court, King County (Ret.)

129. Judge Brenda Harbin-Forte,
     California Superior Court, Alameda County (Ret)

130. Judge Michael Heavey,
     Washington Superior Court, King County (Ret.)

131. Judge Brook Hedge,
     Superior Court, District of Columbia (Ret.)

132. Judge Thelton E. Henderson,
     United States District Court, Northern District of California (Ret.)

133. Judge Judy Holzer Hersher,
     California Superior Court, Sacramento County (Ret.)

134. Judge Bethany G. Hicks,
     Arizona Superior Court, Maricopa County (Ret.)

135.  Justice Gary Hicks,
      New Hampshire Supreme Court (Ret.)

136.  Judge Joe W. Hilberman,
      California Superior Court, County of Los Angeles (Ret.)

137.  Judge Bruce Hilyer,
      Washington Superior Court, King County (Ret.)

138.  Associate Justice Geraldine S. Hines,
      Massachusetts Supreme Judicial Court (Ret.)

139.  Judge Anne Hirsch,
      Washington Superior Court, Thurston County (Ret.)

140.  Judge Vicki L. Hogan,
      Washington Superior Court, Pierce County (Ret.)

141.  Judge Amy D. Hogue,
      California Superior Court, County of Los Angeles (Ret.)

142.  Judge Sven Erik Holmes,
      United States District Court, Northern District of Oklahoma (Ret.)

143.  Judge Richard J. Holwell,
      United States District Court, Southern District of New York (Ret.)

144.  Judge Russell Hom,
      California Superior Court, Sacramento County (Ret.)

145.  Judge Joseph W. Howard,
      Arizona Court of Appeals, Division Two (Ret.)

146.  Senior Associate Justice Robin Hudson,
      Supreme Court of North Carolina (Ret.)

147.  Judge J. Robin Hunt,
      Washington Court of Appeals, Division Two (Ret.)

148.  Justice Raymond J. Ikola,
      California Court of Appeal, Fourth Appellate District (Ret.)

149.  Judge Laura Inveen,
      Washington Superior Court, King County (Ret.)

150. Justice Faith Ireland,
     Washington State Supreme Court (Ret.)

151. Judge Patrick Irvine,
     Arizona Court of Appeals, Division One (Ret.)

152. Justice Melissa C. Jackson,
     New York Supreme Court, New York County (Ret.)

153. Justice Barbara Jaffe,
     New York Supreme Court, New York County (Ret.)

154. Magistrate Judge Maria-Elena James,
     United States District Court, Northern District of California (Ret.)

155. Judge D. Lowell Jensen,
     United States District Court, Northern District of California (Ret.)

156. Judge Barbara D. Johnson,
     Washington Superior Court, Clark County (Ret.)

157. Judge Ann I. Jones,
     California Superior Court, County of Los Angeles (Ret.)

158. Chief Judge John P. Jones,
     United States District Court, Middle District of Pennsylvania (Ret.)

159. Associate Justice Marcy L. Kahn,
     New York Supreme Court, Appellate Division (Ret.)

160. Senior Judge Henry Kantor,
     Oregon Circuit Court, Multnomah County (Ret.)

161. Magistrate Judge Theodore H. Katz,
     United States District Court, Southern District of New York (Ret.)

162. Judge Stephen Kaus,
     California Superior Court, County of Alameda (Ret.)

163. Judge Ann O'Regan Keary,
     Superior Court, District of Columbia (Ret.)

164. Judge Gregory Keosian,
     California Superior Court, County of Los Angeles (Ret.)

165.  Judge Ronald Kessler,
      Washington Superior Court, King County (Ret.)

166.  Acting Justice Diane Kiesel,
      New York Supreme Court, New York County (Ret.)

167.  Judge Steven J. Kleifield,
      California Superior Court, County of Los Angeles (Ret.)

168.  Judge Clifford L. Klein,
      California Superior Court, County of Los Angeles (Ret.)

169.  Judge James P. Kleinberg,
      California Superior Court, County of Santa Clara (Ret.)

170.  Justice Shirley Werner Kornreich,
      New York Supreme Court, New York County (Ret.)

171.  Judge Kevin M. Korsmo,
      Washington Court of Appeals, Division III (Ret.)

172.  Judge Linda C. Krese,
      Washington Superior Court, Snohomish County (Ret.)

173.  Judge Michael S. Kupersmith,
      Vermont Superior Court (Ret.)

174.  Judge David A. Kurtz,
      Washington Superior Court, Snohomish County (Ret.)

175.  Associate Justice James R. Lambden,
      California Court of Appeal, First Appellate District (Ret.)

176.  Judge Leslie G. Landau,
      California Superior Court, Contra Costa County (Ret.)

177.  Judge Harriet Lansing,
      Minnesota Court of Appeals (Ret.)

178.  Magistrate Judge Elizabeth D. Laporte,
      United States District Court, Northern District of California (Ret.)

179.  Magistrate Judge James Larson,
      United States District Court, Northern District of California (Ret.)

180. Judge Michael Latin,
California Superior Court, County of Los Angeles (Ret.)

181. Judge Linda Lau,
Washington Court of Appeals, Division One (Ret.)

182. Judge James W. Lawler,
Washington Superior Court, Lewis County (Ret.)

183. Judge J. Kathleen Learned,
Washington Superior Court, King County (Ret.)

184. Judge Steve Leben,
Kansas Court of Appeals (Ret.)

185. Chief Judge John P. Leopold,
Colorado 18th Judicial District (Ret.)

186. Judge Richard A. Levie,
Superior Court, District of Columbia (Ret.)

187. Judge Anne Levinson,
Seattle Municipal Court (Ret.)

188. Judge Keith B. Levy,
Alaska Superior Court, First District (Ret.)

189. Judge Michael Linfield,
California Superior Court, County of Los Angeles (Ret.)

190. Judge John W. Lohrmann,
Washington Superior Court, Walla Walla County (Ret.)

191. Judge Jose M. Lopez,
Superior Court, District of Columbia (Ret.)

192. Judge Susan Lopez-Giss,
California Superior Court, County of Los Angeles (Ret.)

193. Judge Jackson Lucky,
California Superior Court, Riverside County (Ret.)

194. Judge J. Michael Luttig,
United States Court of Appeals, Fourth Circuit (Ret.)

195. Judge Richard Lyman,
California Superior Court, County of Los Angeles (Ret.)

196. Magistrate Judge Frank Maas,
United States District Court, Southern District of New York (Ret.)

197. Judge Judith Macaluso,
Superior Court, District of Columbia (Ret.)

198. Judge Barbara Mack,
Washington Superior Court, King County (Ret.)

199. Judge Bonnie MacLeod,
Superior Court, Commonwealth of Massachusetts (Ret.)

200. Justice Joan Madden,
New York Supreme Court, New York County (Ret.)

201. Judge Patrick Mahoney,
California Superior Court, County of San Francisco (Ret.)

202. Justice Nora M. Manella,
California Court of Appeal, Second Appellate District (Ret.)

203. Judge M. Kathleen Manley,
Vermont Superior Court (Ret.)

204. Chief Magistrate Judge Roanne L. Mann,
United States District Court, Eastern District of New York (Ret.)

205. Judge Linda S. Marks,
California Superior Court, County of Los Angeles (Ret.)

206. Judge Marc Marmaro,
California Superior Court, County of Los Angeles County (Ret.)

207. Judge Susan Finlay Marrinan,
California Superior Court, San Diego County (Ret.)

208. Judge Elizabeth P. Martin,
Washington Superior Court, Pierce County (Ret.)

209. Judge A. Howard Matz,
United States District Court, Central District of California (Ret.)

210. Justice Angela M. Mazzarelli,
     New York Supreme Court, Appellate Division (Ret.)

211. Judge Michael McConnell,
     United States Court of Appeals for the Tenth Circuit (Former)

212. Justice Mary McGowan Davis,
     New York Supreme Court, New York County (Ret.)

213. Chief Justice Ruth V. McGregor,
     Arizona Supreme Court (Ret.)

214. Judge James F. McHugh,
     Massachusetts Appeals Court (Ret.)

215. Judge Larry E. McKeeman,
     Washington Superior Court, Snohomish County (Ret.)

216. Judge Kevin E. McKenney,
     California Superior Court, Santa Clara County (Ret.)

217. Judge E. Anne McKinsey,
     Fourth Judicial District, Minnesota (Ret.)

218. Judge Thomas McPhee,
     Washington Superior Court, Thurston County (Ret.)

219. Justice Chuck McRae,
     Mississippi Supreme Court (Ret.)

220. Judge Christopher Melly,
     Washington Superior Court, Clallam County (Ret.)

221. Judge Louis James Menendez,
     Alaska Superior Court, First District (Ret.)

222. Judge John M. Meyer,
     Washington Superior Court, Skagit County (Ret.)

223. Judge Bruce E. Meyerson,
     Arizona Court of Appeals (Ret.)

224. Judge Paul R. Michel,
     United States Court of Appeals, Federal Circuit (Ret.)

225. Judge Laura Gene Middaugh,
     Washington Superior Court, King County (Ret.)

226. Judge Rita Miller,
     California Superior Court, County of Los Angeles (Ret.)

227. Judge Stephen Milliken,
     Superior Court, District of Columbia (Ret.)

228. Judge Leila Mills,
     Washington Superior Court, Kitsap County (Ret.)

229. Judge Walter M. Morris, Jr.,
     Vermont Superior Court (Ret.)

230. Justice Fred K. Morrison,
     California Court of Appeal, Third Appellate District (Ret.)

231. Judge John M. Mott,
     Superior Court, District of Columbia (Ret.)

232. Justice Mary Muehlen Maring,
     North Dakota Supreme Court (Ret.)

233. Judge Thomas G. Nave,
     Alaska District Court, First District (Ret.)

234. Judge Kathryn J. Nelson,
     Washington Superior Court, Pierce County (Ret.)

235. Magistrate Judge Kendall Newman,
     United States District Court, Eastern District of California (Ret.)

236. Judge Leslie C. Nichols,
     California Superior Court, County of Santa Clara (Ret.)

237. Judge William Ward Nooter,
     Superior Court, District of Columbia (Ret.)

238. Judge Rita M. Novak,
     Circuit Court, Cook County, Illinois (Ret.)

239. Chief Justice Lawton R. Nuss,
     Kansas Supreme Court (Ret.)

240. Judge Kathleen M. O'Connor,
Washington Superior Court, Spokane County (Ret.)

241. Judge Kathleen M. O'Malley,
United States Court of Appeals, Federal Circuit (Ret.)

242. Justice Michael J. Obus,
New York Supreme Court, New York County (Ret.)

243. Judge Margaret L. Oldendorf,
California Superior Court, County of Los Angeles (Ret.)

244. Judge Rafael Ongkeko,
California Superior Court, County of Los Angeles (Ret.)

245. Magistrate Judge James Orenstein,
United States District Court, Eastern District of New York (Ret.)

246. Magistrate Judge Brian L. Owsley,
United States District Court, Southern District of Texas (Ret.)

247. Judge Gary Oxenhandler,
Missouri Circuit Court (Ret.)

248. Judge Philip Pallenberg,
Alaska Superior Court, First District (Ret.)

249. Judge Cecil Patterson,
Arizona Court of Appeals (Ret.)

250. Justice John Pelander,
Arizona Supreme Court (Ret.)

251. Justice Dennis Perluss,
California Court of Appeal, Second Appellate District (Ret.)

252. Judge Victor H. Persón
California Superior Court, County of Los Angeles (Ret.)

253. Judge Layn R. Phillips,
United States District Court, Western District of Oklahoma (Ret.)

254. Judge Dean B. Pineles,
Vermont District Court (Ret.)

255. Judge Burt Pines,
     California Superior Court, County of Los Angeles (Ret.)

256. Magistrate Judge Henry Pitman,
     United States District Court, Southern District of New York (Ret.)

257. Magistrate Judge Viktor Pohorelsky,
     United States District Court, Eastern District of New York (Ret.)

258. Justice M. Carol Pope,
     Illinois Appellate Court, Fourth District (Ret.)

259. Judge Maurice Portley,
     Arizona Court of Appeals (Ret.)

260. Judge Philip M. Pro,
     United States District Court, District of Nevada (Ret.)

261. Judge Stephen M. Pulido,
     California Superior Court, Alameda County (Ret.)

262. Judge Linda B. Quinn,
     California Superior Court, San Diego County (Ret.)

263. Judge Jeffrey M. Ramsdell,
     Washington Superior Court, King County (Ret.)

264. Judge Judith H. Ramseyer,
     Washington Superior Court, King County (Ret.)

265. Judge Ronald Reinstein,
     Arizona Superior Court, Maricopa County (Ret.)

266. Judge Judith E. Retchin,
     District of Columbia Superior Court (Ret.)

267. Justice Rosalyn Richter,
     New York Supreme Court, Appellate Division, First Department (Ret.)

268. Justice Maria Rivera,
     California Court of Appeal, First Appellate District (Ret.)

269. Judge Palmer Robinson,
     Washington Superior Court, King County (Ret.)

270. Justice Nelda Rodriguez,
Thirteenth Court of Appeals in Texas (Ret.)

271. Judge Erik Rohrer,
Washington Superior Court, Clallam County (Ret.)

272. Judge John Romero,
New Mexico District Court, Bernalillo County (Ret.)

273. Judge David A. Rosen,
California Superior Court, County of Los Angeles (Ret.)

274. Chief Justice Barbara J. Rouse,
Massachusetts Superior Court (Ret.)

275. Judge Judith M. Ryan,
California Superior Court, Orange County (Ret.)

276. Judge Glenda Sanders,
California Superior Court, Orange County (Ret.)

277. Judge Carol Schapira,
Washington Superior Court, King County (Ret.)

278. Judge Shira A. Scheindlin,
United States District Court, Southern District of New York (Ret.)

279. Judge Barry C. Schneider,
Arizona Superior Court, Maricopa County (Ret.)

280. Judge Robert Schnider,
California Superior Court, Los Angeles County (Ret.)

281. Judge Richard L. Seabolt,
California Superior Court, County of Alameda (Ret.)

282. Judge Karen G. Seinfeld,
Washington State Court of Appeals, Division Two (Ret.)

283. Judge Susan K. Serko,
Washington Superior Court, Pierce County (Ret.)

284. Judge Hon. Margaret Seymour,
United States District Court, District of South Carolina (Ret.)

285. Judge Catherine Shaffer,
     Washington Superior Court, King County (Ret.)

286. Judge Booker T. Shaw,
     Missouri Court of Appeals (Ret.)

287. Judge Nan R. Shuker,
     Superior Court, District of Columbia (Ret.)

288. Justice Jacqueline W. Silbermann,
     New York Supreme Court, New York County (Ret.)

289. Judge B. Scott Silverman,
     California Superior Court, County of Los Angeles (Ret.)

290. Judge Fern M. Smith,
     United States District Court, Northern District of California (Ret.)

291. Judge James Smith,
     Arizona Superior Court, Maricopa County (Ret.)

292. Judge Winifred Y. Smith,
     California Superior Court, Alameda County (Ret.)

293. Judge Charles R. Snyder,
     Washington Superior Court, Whatcom County (Ret.)

294. Justice Michael R. Sonberg,
     New York Supreme Court, New York County (Ret.)

295. Justice Sheila Prell Sonenshine,
     California Court of Appeal, Fourth District (Ret.)

296. Judge Stephanie Sontag,
     California Superior Court, San Diego County (Ret.)

297. Judge Michael S. Spearman,
     Washington State Court of Appeals (Ret.)

298. Judge Julie Spector,
     Washington Superior Court, King County (Ret.)

299. Judge Marjorie Steinberg,
     California Superior Court, County of Los Angeles (Ret.)

300. Judge Michael L. Stern,
California Superior Court, County of Los Angeles (Ret.)

301. Judge John K. Stewart,
California Superior Court, County of San Francisco (Ret.)

302. Chief Justice Laura Denvir Stith,
Supreme Court of Missouri (Ret.)

303. Senior Judge Diana Stuart,
Oregon Circuit Court, Multnomah County (Ret.)

304. Judge James B. Sult,
Arizona Court of Appeals, Division One (Ret.)

305. Judge Paul Suzuki,
California Superior Court, County of Los Angeles (Ret.)

306. Chief Judge Peter B. Swann,
Arizona Court of Appeals, Division One (Ret.)

307. Judge Dennis J. Sweeney,
Washington State Court of Appeals, Division Three (Ret.)

308. Judge S. Brooke Taylor,
Washington Superior Court, Clallam County (Ret.)

309. Judge Carolyn Engel Temin,
Court of Common Pleas, 1st Judicial District of Pennsylvania (Ret.)

310. Chief Judge Philip E. Toci,
Arizona Court of Appeals, Division One (Ret.)

311. Judge Helen M. Toor,
Vermont Superior Court (Ret.)

312. Judge Fred Torrisi,
Alaska Superior Court, First District (Ret.)

313. Judge Michael J. Trickey,
Washington Superior Court and Court of Appeals, Div. I (Ret.)

314. Judge Thomas I. Vanaskie,
United State Court of Appeals, Third Circuit (Ret.)

315. Judge Jack Vandenorth,
Second Judicial District of Minnesota (Ret.)

316. Judge Emily E. Vasquez,
California Superior Court, Sacramento County (Ret.)

317. Judge Arthur W. Verharen,
Washington Superior Court, Pierce County (Ret.)

318. Justice Miriam A. Vogel,
California Court of Appeal, Second Appellate District (Ret.)

319. Judge Vaughn R. Walker,
United States District Court, Northern District of California (Ret.)

320. Judge Art Wang,
Washington State Court of Appeals (Ret.)

321. Judge Steve M. Warning,
Washington Superior Court, Cowlitz County (Ret.)

322. Judge Anthony P. Wartnik,
Washington Superior Court, King County (Ret.)

323. Judge Eugene R. Wedoff,
United States Bankruptcy Court, Northern District of Illinois (Ret.)

324. Judge Kerry Wells,
California Superior Court, San Diego County (Ret.)

325. Judge John P. Wesley,
Vermont Superior Court (Ret.)

326. Judge Elizabeth Allen White,
California Superior Court, County of Los Angeles (Ret.)

327. Judge Vanessa H. White,
Alaska Superior Court, Third District (Ret.)

328. Judge Jay V. White,
Washington Superior Court, King County (Ret.)

329. Judge H. Christopher Wickham,
Washington Superior Court, Thurston County (Ret.)

330. Justice Thomas L. Willhite, Jr.,
California Court of Appeal, Second Appellate District (Ret.)

331. Judge Ken Williams,
Washington Superior Court, Clallam County (Ret.)

332. Senior Judge Janice R. Wilson,
Oregon Circuit Court, Multnomah County (Ret.)

333. Judge Jeffrey Winikow,
California Superior Court, County of Los Angeles (Ret.)

334. Judge Lawrence F. Winthrop,
Arizona Court of Appeals, Division One (Ret.)

335. Chief Justice Michael A. Wolff,
Missouri Supreme Court (Ret.)

336. Judge Margie G. Woods,
California Superior Court, San Diego County (Ret.)

337. Senior Judge Merri Souther Wyatt,
Oregon Circuit Court, Multnomah County (Ret.)

338. Judge Thomas J. Wynne,
Washington Superior Court, Snohomish County (Ret.)

339. Senior Justice Linda Reyna Yanez,
Texas Thirteenth District Court of Appeals (Ret.)

340. Justice Laurie Zelon,
California Court of Appeal, Second Appellate District (Ret.)

341. Judge Larry Zervos,
Alaska Superior Court, Fourth District (Ret.)

342. Chief Justice Thomas A. Zlaket,
Arizona Supreme Court (Ret.)