IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-0916 (JDB) |

### [PROPOSED] ORDER

The motion of 342 Former Judges for leave to file an amicus curiae brief in support of Plaintiff's motion for summary judgment is GRANTED.

Dated: _____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Judge John D. Bates