UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-916 (JDB) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS AND NEW YORK COUNCIL OF DEFENSE LAYWERS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

On consideration of the Motion by National Association of Criminal Defense Lawyers and New York Council of Defense Lawyers for leave to file an amicus curiae brief in support of Plaintiff's motion for summary judgment, it is hereby:

ORDERED that the motion is GRANTED.

**SO ORDERED.**

This _____ day of _____, 2025.

                                                                   **BY THE COURT:**

                                                                   _____
                                                                   The Honorable John D. Bates
                                                                   United States District Judge