# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-CV-00916-JDB |

## MOTION TO ADMIT RUTH GREENWOOD *PRO HAC VICE*

Pursuant to Local Rule 83.2, Kelsi Brown Corkran, a member of the Bar of this Court, respectfully moves for the admission pro hac vice of attorney Ruth Greenwood on behalf of *Amici Curiae*, Legal Ethics Professors, in the above captioned matter. Attached as Exhibit I hereto is a declaration by Ms. Greenwood in accordance with Local Rule 83.2. A certificate of good standing and proposed order are also attached.

Dated: April 14, 2025

                                                                                                 Respectfully submitted,

                                                                                                /s/ *Kelsi Brown Corkran*
                                                                              Kelsi Brown Corkran (Bar No. 501157)
                                                                              INSTITUTE FOR CONSTITUTIONAL ADVOCACY
                                                                                 AND PROTECTION, GEORGETOWN LAW
                                                                              600 New Jersey Avenue, NW
                                                                              Washington, DC 20001
                                                                              (202) 661-6728
                                                                              kbc74@georgetown.edu