UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-CV-00916-JDB |

**NOTICE OF ERRATA**

On April 11, 2025, Kelsi Brown Corkran, a member of the Bar of this Court, moved for the admission pro hac vice of attorney Samuel J. Davis on behalf of *Amici Curiae*, Legal Ethics Professors, in the above captioned matter. *See* ECF 68. The motion inadvertently failed to attach a certificate of the court or bar for the state in which Mr. Davis regularly practices as required under LCvR 83.2(e)(2). The requisite certificate from the Commonwealth of Massachusetts is attached herewith, which should be added as an exhibit to Docket Number 68 to correct this inadvertent omission.

Dated: April 14, 2025

Respectfully submitted,

*/s/ Kelsi Brown Corkran*

Kelsi Brown Corkran
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
    AND PROTECTION
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Ave. NW
Washington, DC 20001
(202) 662-9042
kbc74@georgetown.edu

*Counsel for Amici Curiae*