IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>  Defendants | Civil Action No. 1:25-0916 (JDB) |

**ENTRY OF APPEARANCE**

TO:   THE CLERK OF THE COURT

Pursuant to LCvR 83.6(a), please enter my appearance as counsel for Amicus Professor Aaron H. Caplan.

Dated: April 14, 2025

Respectfully submitted,

KALBIAN HAGERTY, LLP

By:   /s/ Stephen C. Leckar
      Stephen C. Leckar
         (Bar No. 281691)
      888 17th Street, N.W.
      Suite 1200
      Washington, D.C. 20006
      Telephone: (202) 223-5600
      Facsimile: (202) 223-6625
      sleckar@kalbianhagerty.com

      Attorney for Amicus
      Professor Aaron H. Caplan

-2-

### CERTIFICATE OF SERVICE

I hereby certify on April 14, 2025 that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                            By:    /s/ Stephen C. Leckar  
                                                               Stephen C. Leckar