IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, et al., <br><br> Defendants | Civil Action No. 1:25-0916 (JDB) |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE AMICUS BRIEF**

Upon consideration of the Motion for Leave to file the Amicus Brief of Professor Aaron H. Caplan Regarding Attainder, and for good cause shown:

It is hereby ORDERED that:

1. The Motion is Granted; and
2. The Clerk is directed to file the Amicus brief.

Dated: April ___ 2025

_____
United States District Judge

Copies to all Counsel