AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| JENNER & BLOCK LLP ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00916-JDB |
| U.S. DEPARTMENT OF JUSTICE ET AL. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lawyers' Committee for Civil Rights Under Law and local affiliates.

Date: 04/14/2025

Adria Bonillas /s/
*Attorney's signature*

Adria Bonillas (D.C. Bar No. 90023969)
*Printed name and bar number*
1500 K Street NW
Suite 900
Washington, D.C. 20005

*Address*

abonillas@lawyerscommittee.org
*E-mail address*

(202) 662-8317
*Telephone number*

(202) 783-0857
*FAX number*