AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| JENNER & BLOCK LLP | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00916-JDB |
| U.S. Dept. of Justice, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Fred T. Korematsu Center for Law and Equality et al.   .

Date:   04/14/2025

*Attorney's signature*

Melissa R. Lee, WA 38808
*Printed name and bar number*

Ronald A. Peterson Law Clinic
1112 E. Columbia Street
Seattle, WA 98122

*Address*

leeme@seattleu.edu
*E-mail address*

(206) 398-4394
*Telephone number*

(206) 398-4077
*FAX number*