AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Jenner & Block, LLP | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-916-JDB |
| Executive Office of the President, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Former presidents of the DC Bar and past presidents of voluntary bar associations.

Date: 04/15/2025

/s/ Andrea Ferster
*Attorney's signature*

*Printed name and bar number*

68 Beebe Pond Road
Canaan, NY 12029

*Address*

andreaferster@gmail.com
*E-mail address*

(202) 669-6311
*Telephone number*

*FAX number*