UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-00916-JDB |

### SECOND DECLARATION OF MICHAEL A. ATTANASIO

I, Michael A. Attanasio, hereby declare:

1. I am an attorney duly licensed to practice law in the State of California and a partner with the law firm Cooley LLP, and counsel of record for Plaintiff Jenner & Block LLP. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss.

3. Attached hereto as **Exhibit 27** is a true and correct copy of *Addressing Risks from Susman Godfrey*, an Executive Order (No. 14,263) executed by President Donald J. Trump on April 9, 2025, and published in the Federal Register on April 15, 2025 (90 Fed. Reg. 15615).

4. Attached hereto as **Exhibit 28** is a true and correct copy of *Fact Sheet: President Donald J. Trump Addresses Risks from Susman Godfrey*, a fact sheet issued by the White House on April 9, 2025. Exhibit 28 is a document publicly available at https://www.whitehouse.gov/fact-sheets/2025/04/fact-sheet-president-donald-j-trump-addresses-risks-from-susman-godfrey/. A capture of this fact sheet is also available as a Perma.cc link, https://perma.cc/S4SA-PGU7,

which was captured on April 16, 2025.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on April 17, 2025 in San Diego, California.

                                    */s/ Michael A. Attanasio*
                                    Michael A. Attanasio