# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00916-JDB |

### **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Defendants' motion to dismiss, ECF No. 20, and the arguments presented in opposition, it is hereby **ORDERED** that the motion is **DENIED.**

    **IT IS SO ORDERED**.

Dated: _____            _____
                                                                             Hon. John D. Bates
                                                                             U.S. District Judge