IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-0916 (JDB) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT
OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Civil Rule 7(h)(1), Defendants hereby respectfully submit the following response to Plaintiff's Statement of Undisputed Material Facts (ECF 19-2).

Preliminarily, Defendants note that this Response identifies which of the factual grounds asserted in Plaintiff's statement of material facts are disputed. In light of Defendants' separate dispositive motion, the term, "disputed," or similar references herein should not be construed to mean necessarily that Defendants believe that there are genuine issues of material fact that would necessitate a trial. Rather, such language simply means that Defendants dispute Plaintiff's statement regarding that matter. Defendants maintain their position that grounds exist entitling Defendants to dismissal and judgment as to Plaintiff's claims. Further, to the extent that matters stated in Plaintiff's statement of material facts are not disputed herein, they are not disputed at this time only for purposes of resolution of the pending cross-dispositive motions. Also, Defendants' position is that such matters are not necessarily material to resolution of the pending dispositive motions.

| Plaintiff's Statement of Undisputed Material Fact (by ¶ number) | Defendants' Response |
|---|---|
| 1.-6. | Undisputed. |
| 7. | Dispute characterization (but not topic) of pro bono litigation described in second sentence. *See* EO 14246 § 1. |
| 8.-13. | Undisputed. |
| 14.-16. | Undisputed. |
| 17. | Characterization that is immaterial as the cited cases speak for themselves. |
| 18. | Disputed that stated access to federal buildings is required. |
| 19.-20. | Undisputed. |
| 21. | Disputed that entrance into federal buildings is required for stated interactions. |
| 22.-23. | Undisputed. |
| 24. | As to first two sentences, disputed that entrance into federal buildings is required for stated interactions. Third sentence undisputed. The fourth sentence is immaterial. |
| 25. | Undisputed that certain of Plaintiff's lawyers are involved in bid protests and government contract-related matters. |
| 26. | Disputed that entrance into federal buildings is required for stated interactions. |
| 27. | Undisputed that Plaintiff's lawyers appear in federal court. |
| 28.-31. | Undisputed. |
| 32. | Undisputed that Plaintiff's regulatory practice areas involve interaction with federal agencies. Last sentence is disputed as legal conclusion. |
| 33.-34. | Undisputed that Plaintiff handles matters involving interaction with federal agencies. Dispute implication that "appear[ance]" before officials require in-person access to federal buildings. |
| 35. | Immaterial as the cited regulations speak for themselves. |
| 36. | Undisputed that multiple Jenner personnel possess active security clearances. |

| Plaintiff's Statement of Undisputed Material Fact (by ¶ number) | Defendants' Response |
|---|---|
| **37.** | Immaterial as the cited executive order speaks for itself. |
| **38.-40.** | Undisputed. |
| **41.** | Disputed that entrance into federal buildings is required for stated interaction. |
| **42.** | Undisputed. |
| **43.-51.** | Characterizations that are immaterial as the cited materials speak for themselves. |
| **52.** | Undisputed. |
| **53.-55.** | Characterizations that are immaterial as the cited materials speak for themselves. |
| **56.** | Undisputed. |
| **57.** | Characterizations that are immaterial as the cited executive order speaks for itself. |
| **58.-59.** | Undisputed. |
| **60.-62.** | Characterizations that are immaterial as the cited materials speak for themselves. |
| **63.** | Characterizations that are immaterial as the cited executive order speaks for itself. |
| **64.** | Undisputed. |
| **65.** | Dispute implication that "Firm's own resources" do not comprise or are not facilitated by Firm's earnings from representation of clients. |
| **66.** | Undisputed. |
| **67.** | Characterizations that are immaterial as the cited court filings speak for themselves. |
| **68.-70.** | Characterizations that are immaterial as the cited court filings speak for themselves. |
| **71.** | Characterization that is immaterial as the cited post speaks for itself. |
| **72.** | Characterizations that are immaterial as the cited executive order and fact sheet speak for themselves. |
| **73.** | Characterizations that are immaterial as the cited executive order speaks for itself. *See also* Exhibits 1, 2, |

| Plaintiff's Statement of Undisputed Material Fact (by ¶ number) | Defendants' Response |
|---|---|
|  | 3, 4, 5, 6, 7, 8, 9, 10[1] (discussed in Defs' Mem. in Support of Mot. to Dismiss § I (ECF 20-1); Defs' Opp. to Pls' Mot. for Summ. Judmt. § III (filed Apr. 17, 2025)). |
| 74. | Undisputed that some of Plaintiff's clients have raised questions or concerns about the Executive Order. Second sentence is undisputed. The remainder of the assertions in the paragraph do not appear supported by the cited declaration provisions. |
| 75. | Undisputed that some of Plaintiff's clients have raised questions or concerns about the Executive Order. the remainder of the assertions in the paragraph are characterizations that are immaterial as the Executive Order speaks for itself or reflect legal conclusions. |
| 76. | Undisputed. |
| 77. | Disputed as legal argument or conclusion. |
| 78. | Undisputed that some of Plaintiff's clients have raised questions or concerns about the Executive Order. |
| 79. | First sentence disputed as factual inference or conclusion or legal conclusion. Second sentence undisputed. |
| 80. | First sentence disputed. Second sentence undisputed. |
| 81. | First sentence is characterization that is immaterial as the cited Executive Order speaks for itself. The remainder is disputed as factual inference or conclusion or legal conclusion. |
| 82. | Disputed as factual inference or conclusion or legal conclusion. |
| 83.-86. | Undisputed. |
| 87. | Disputed as factual inference or conclusion, legal conclusion or argument, or characterization that is immaterial as Executive Order speaks for itself. |
| 88. | Undisputed. |
| 89. | Disputed as legal argument or conclusions. |

---

[1] The numbered exhibits referenced in this Response are attached to the Declaration of Richard Lawson, submitted herewith.

| Plaintiff's Statement of Undisputed Material Fact (by ¶ number) | Defendants' Response |
|---|---|
| 90. | First sentence disputed as legal argument or conclusion. Second and third sentences undisputed. |
| 91. | Undisputed. |
| 92. | First and third sentences disputed including as legal conclusion or argument. |
| 93. | Undisputed. |
| 94. | Characterizations that are immaterial as the cited executive order speaks for itself. |
| 95.-98. | Characterizations that are immaterial as the cited materials speak for themselves. |

Dated: April 17, 2025
      Washington, D.C.

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General


/s/ Richard Lawson
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants*