AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Jenner & Block LLP | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00916-JDB |
| U.S. Dept. of Justice et Al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Fred T. Korematsu Center fo Law and Equality et al.

Date: 04/14/2025

*Attorney's signature*

Jeremiah Chin AZ 036775
*Printed name and bar number*

9622 s 221st Pl
Kent, WA 98031

*Address*

jerchin@uw.edu
*E-mail address*

(480) 334-7703
*Telephone number*

*FAX number*