IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-916 (JDB) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JEANNIE SUK GERSEN *PRO HAC VICE***

The Court has reviewed the motion for admission of attorney Jeannie Suk Gersen *pro hac vice*. Upon consideration of the motion, the Court grants attorney Jeannie Suk Gersen *pro hac vice* admission to this Court in the above-referenced matter.

IT IS SO ORDERED.

Dated: _____, 2025

_____
HON. JOHN D. BATES
United States District Judge