UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JENNER & BLOCK LLP,** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No. 1:25-cv-00916-JDB |
| **U.S. DEPARTMENT OF JUSTICE, et al.,** | : | |
| **Defendants.** | : | |

**BRIEF OF AMICUS CURIAE INTERNATIONAL ACADEMY
<u>OF TRIAL LAWYERS IN SUPPORT OF PLAINTIFF</u>**

The International Academy of Trial Lawyers ("Academy") respectfully submits this brief as amicus curiae in support of Plaintiff Jenner & Block's challenge to the Executive Order issued by the Executive Branch.

**INTEREST OF AMICUS CURIAE**

The Academy is a group of elite trial lawyers from the United States and abroad, dedicated to administering justice and the Rule of Law. Its membership comprises an equal balance of plaintiff and defense lawyers, public defenders, prosecutors, and judiciary members. The Academy is committed to the principle that every person and institution—no matter how unpopular—is entitled to legal representation free from retaliation.

The Executive Board of the Academy unanimously authorized the filing of this amicus brief to express its grave concern over the March 25, 2025 Executive Order (The "Order"")—titled "Addressing Risks from Jenner & Block," which imposes severe penalties on a law firm based solely on its representation of clients engaged in litigation against the government. Such executive action threatens the independence of the legal

profession, the adversarial system, and the constitutional guarantees of due process and access to the courts.

## ARGUMENT

### I. The Executive Order Is an Unprecedented Attack on the Independence of the Legal Profession

The Executive Order penalizes Jenner & Block for the nature of its client representations, including litigation that challenges government policies. Such retaliatory action by the Executive Branch—against a firm because of its advocacy—represents a direct threat to the Rule of Law. It undermines the principle that lawyers must be free to advocate for their clients without fear of government retribution.

### II. This Retaliation Chills Advocacy and Violates the Constitution

The Executive Order chills constitutionally protected legal advocacy by targeting a firm based on who it represents and what arguments it advances in court. It violates the First Amendment right to petition the government for redress and the Fifth Amendment's due process protections. It also strikes at the integrity of the adversarial system, which depends on lawyers' ability to zealously represent clients regardless of political consequences.

### III. History Has Vindicated Lawyers Who Took Unpopular Positions Against the Government

Throughout American history, lawyers representing unpopular clients have played a critical role in shaping constitutional law and advancing justice. Lawyers who defended civil rights activists during segregation, Japanese Americans interned during World War II, and targets of McCarthy-era investigations were often vilified in their time.

But courts—and history—have consistently affirmed that their advocacy strengthened American democracy. The Academy views the current moment through that same lens

IV. <u>The Judiciary Must Stand as a Bulwark Against Executive Overreach</u>

The courts have long been guardians of constitutional principles when other branches overstep. This case presents such a moment. The Academy urges this Court to enjoin enforcement of the Order, reaffirming that lawyers must be free to represent clients without fear of political retribution. Anything less risks eroding the independence of the legal profession and the Rule of Law itself.

**CONCLUSION**

The International Academy of Trial Lawyers respectfully urges this Court to grant the Plaintiff's motion and enjoin the Executive Order's enforcement.

Dated: April 11, 2025                    Respectfully submitted,

<u>/s/ Patrick M. Regan</u>
**Patrick M. Regan**
Bar No. 336107
REGAN ZAMBRI LONG PLLC
1919 M Street, NW, Suite 600
Washington, DC 20036-3521
pregan@reganfirm.com
Direct: 202-822-1880


<u>/s/ Joe H. Tucker, Jr.</u>
**Joe H. Tucker, Jr., Esquire**
TUCKER LAW GROUP, LLC
1801 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 875-0609
jtucker@tlgattorneys.com
(pro hac to be filed)
Counsel for Amicus Curiae,
International Academy of
Trial Lawyers

3