### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jenner & Block LLP
                              *Plaintiff*

                                                    vs.                    Case No.: 1:25-cv-00916-BAH

U.S. Department of Justice, et al.
                              *Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits

SERVE TO: Pamela J. Bondi, in her official capacity as Attorney General

SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Pamela J. Bondi, in her official capacity as Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4812 52. Service was signed for on 04/14/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 04/24/2025

_____

Carrie Hollingshed

Client Ref Number: 358086-201
Job #:13080586

---

*Capitol Process Services, Inc.* | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050

 **UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4812 52**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 14, 2025, 5:49 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | PAMELA J  BONDI  U S  ATTORNEY GENERAL |

**Recipient Signature**



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Pamela J. Bondi, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Reference #: 13080586

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*
                        *Plaintiff*
                                                    vs.                    Case No.: 1:25-cv-00916-BAH
*U.S. Department of Justice, et al.*
                        *Defendants*

---

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Consumer Financial Protection Bureau*

*SERVICE ADDRESS: 1700 G Street, NW, Washington, DC 20552*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Consumer Financial Protection Bureau, 1700 G Street, NW, Washington, DC 20552 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4814 12. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/24/2025*

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13080641*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*


**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4814 12**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | April 14, 2025, 11:52 am |
| **Location:** | WASHINGTON, DC 20552 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | CONSUMER FINANCIAL PROTECTION BUREAU |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Reference #: 13080641

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jenner & Block LLP

              *Plaintiff*

                              *vs.*              Case No.: 1:25-cv-00916-BAH

U.S. Department of Justice, et al.

              *Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Scott Bessent, in his official capacity as Acting Director of the Consumer Financial Protection Bureau*

*SERVICE ADDRESS: 1700 G Street, NW, Washington, DC 20552*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Scott Bessent, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, 1700 G Street, NW, Washington, DC 20552 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4814 05. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/24/2025*

                                     Carrie Hollingshed

                                     Client Ref Number: 358086-201
                                     Job #:13080628

 **UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4814 05**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | April 14, 2025, 11:52 am |
| **Location:** | WASHINGTON, DC 20552 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | SCOTT BESSENT  ACTING DIRECTOR |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Scott Bessent, Acting Director
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Reference #: 13080628

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

Jenner & Block LLP
                    *Plaintiff*

                                        vs.                    Case No.: 1:25-cv-00916-BAH

U.S. Department of Justice, et al.
                    *Defendants*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits

SERVE TO: Department of Homeland Security

SERVICE ADDRESS: 2707 Martin Luther King Jr. Avenue, SE, Washington, DC 20528

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Department of Homeland Security, 2707 Martin Luther King Jr. Avenue, SE, Washington, DC 20528 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4814 36. Service was signed for on 04/14/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>04/24/2025</u>

                                                            Carrie Hollingshed

                                                            Client Ref Number: 358086-201
                                                            Job #:13080684

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*


**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4814 36**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | April 14, 2025, 8:08 am |
| **Location:** | WASHINGTON, DC 20528 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | OFFICE OF THE GENERAL COUNSEL |

**Recipient Signature**

| | |
| --- | --- |
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Avenue, SE
Washington, DC 20528
Reference #: 13080684

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jenner & Block LLP
                              *Plaintiff*

                                                    *vs.*                    Case No.: 1:25-cv-00916-BAH

U.S. Department of Justice, et al.
                              *Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security*

*SERVICE ADDRESS: 2707 Martin Luther King Jr. Avenue, SE, Washington, DC 20528*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security, 2707 Martin Luther King Jr. Avenue, SE, Washington, DC 20528 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4814 29. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

Executed on 04/24/2025

Carrie Hollingshed

Client Ref Number: 358086-201
Job #:13080673

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*



April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 4814 29**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | April 14, 2025, 8:08 am |
| **Location:** | WASHINGTON, DC 20528 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | KRISTI NOEM  SECRETARY |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[handwritten]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Kristi Noem, Secretary
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Avenue, SE
Washington, DC 20528
Reference #: 13080673

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*

  *Plaintiff*

  *vs.*    Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*

  *Defendants*

---

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Department of Defense*

*SERVICE ADDRESS: 1000 Defense Pentagon, Washington, DC 20301*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Department of Defense, 1000 Defense Pentagon, Washington, DC 20301 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4814 50. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/22/2025*

  *Carrie Hollingshed*

  *Client Ref Number: 358086-201*
  *Job #:13080773*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

**UNITED STATES POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4814 50**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 14, 2025, 7:12 am |
| **Location:** | WASHINGTON, DC 20310 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | DEPARTMENT OF DEFENSE |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: | *[signature]* Jhonatan Mataren |
| Address of Recipient: | *[handwritten address]* 20310 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Department of Defense
1000 Defense Pentagon
Washington, DC 20301
Reference #: 13080773

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*

           *Plaintiff*

                   *vs.*             Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*

           *Defendants*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Pete Hegseth, in his official capacity as Secretary of the Department of Defense*

*SERVICE ADDRESS: 1000 Defense Pentagon, Washington, DC 20301*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Pete Hegseth, in his official capacity as Secretary of the Department of Defense, 1000 Defense Pentagon, Washington, DC 20301 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4814 43. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on* <u>*04/24/2025*</u>

                                                         *Carrie Hollingshed*

                                                 *Client Ref Number: 358086-201*
                                                    *Job #:13080747*


**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4814 43.**

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 14, 2025, 7:12 am |
| **Location:** | WASHINGTON, DC 20310 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | PETE HEGSETH  SECRETARY |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | X *[signature]* Jhonatan Nbataren |
| Address of Recipient: | *[handwritten]* 20310 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Pete Hegseth, Secretary
Department of Defense
1000 Defense Pentagon
Washington, DC 20301
Reference #: 13080747

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

*Jenner & Block LLP*

               *Plaintiff*

                              *vs.*             *Case No.: 1:25-cv-00916-BAH*

*U.S. Department of Justice, et al.*

               *Defendants*

## *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Department of the Interior*

*SERVICE ADDRESS: 1849 C Street, NW, Washington, DC 20240*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Department of the Interior, 1849 C Street, NW, Washington, DC 20240 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4814 81. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/22/2025*

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13080852*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*


**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4814 81**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 12:12 pm |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | U S  DEPARTMENT OF THE INTERIOR |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *K. Devore* |
| | *K. Devore* |
| Address of Recipient: | *20240* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240
Reference #: 13080852

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*
             *Plaintiff*

                                                    *vs.*                    Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
             *Defendants*

---

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits

SERVE TO: Doug Burgum, in his official capacity as Secretary of the Interior

SERVICE ADDRESS: 1849 C Street, NW, Washington, DC 20240

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Doug Burgum, in his official capacity as Secretary of the Interior, 1849 C Street, NW, Washington, DC 20240 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4814 67. Service was signed for on 04/14/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 04/22/2025

_____

                                                    Carrie Hollingshed

                                                    Client Ref Number: 358086-201
                                                    Job #:13080813

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*



April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4814 67**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 12:12 pm |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | U S  DEPARTMENT OF THE INTERIOR |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *K. Devore* |
| Address of Recipient: | *20240* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Department of the Interior
Doug Burgum, Secretary
1849 C Street, NW
Washington, DC 20240
Reference #: 13080813

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*
        *Plaintiff*

                                    *vs.*                    Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
        *Defendants*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: U.S. Department of Justice*

*SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4814 98. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/22/2025*

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13080922*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

UNITED STATES
POSTAL SERVICE

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4814 98**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 14, 2025, 5:49 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | U S  DEPARTMENT OF JUSTICE |

| Recipient Signature | |
|---|---|
| Signature of Recipient:<br><br>Address of Recipient: |  |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Department of Justice
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Reference #: 13080922

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*

        *Plaintiff*

                                  *vs.*                      *Case No.: 1:25-cv-00916-BAH*

*U.S. Department of Justice, et al.*

        *Defendants*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Equal Employment Opportunity Commission*

*SERVICE ADDRESS: 131 M Street, NE, Washington, DC 20507*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Equal Employment Opportunity Commission, 131 M Street, NE, Washington, DC 20507 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4815 11. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/22/2025*

 

---

                                                *Carrie Hollingshed*

                                  *Client Ref Number: 358086-201*

                                      *Job #:13080981*

**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4815 11**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 10:22 am |
| **Location:** | WASHINGTON, DC 20507 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: | X _(signature)_ |
| Address of Recipient: | X EEOC 20507 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Equal Employment Opportunity Commission
131 M Street, NE
Washington, DC 20507
Reference #: 13080981

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*

        *Plaintiff*

                                     *vs.*                        Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*

        *Defendants*

---

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits

SERVE TO: Andrea Lucas, in her official capacity as Acting Chair of the Equal Employment Opportunity Commission

SERVICE ADDRESS: 131 M Street, NE, Washington, DC 20507

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Andrea Lucas, in her official capacity as Acting Chair of the Equal Employment Opportunity Commission, 131 M Street, NE, Washington, DC 20507 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4815 04. Service was signed for on 04/14/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>04/22/2025</u>

 

 

                                             Carrie Hollingshed

                                       Client Ref Number: 358086-201
                                       Job #:13080969

**UNITED STATES POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4815 04**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 10:22 am |
| **Location:** | WASHINGTON, DC 20507 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | ANDREA LUCAS  ACTING CHAIR |

| Recipient Signature |
| --- |

Signature of Recipient:

Address of Recipient: *EEOC 20507*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Andrea Lucas, Acting Chair
Equal Employment Opportunity Commission
131 M Street, NE
Washington, DC 20507
Reference #: 13080969

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

*Jenner & Block LLP*

*Plaintiff*

*vs.*                           Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*

*Defendants*

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Environmental Protection Agency*

*SERVICE ADDRESS: 1200 Pennsylvania Avenue, NW, Washington, DC 20460*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Environmental Protection Agency, 1200 Pennsylvania Avenue, NW, Washington, DC 20460 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4815 35. Service was signed for on 04/14/2025, return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/22/2025*

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13081047*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*



April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4815 35**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 8:44 am |
| **Location:** | WASHINGTON, DC 20460 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | ENVIRONMENTAL PROTECTION AGENCY |

| Recipient Signature |
|---|
| Signature of Recipient:    _(handwritten signature)_ |
| Address of Recipient:    20460 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, DC 20460
Reference #: 13081047

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*
                    *Plaintiff*
                                                    *vs.*                    Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
                    *Defendants*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Lee Zeldin, in his official capacity as Administrator of the Environmental Protection Agency*

*SERVICE ADDRESS: 1200 Pennsylvania Avenue, NW, Washington, DC 20460*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Lee Zeldin, in his official capacity as Administrator of the Environmental Protection Agency, 1200 Pennsylvania Avenue, NW, Washington, DC 20460 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4815 28. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/22/2025*

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13081038*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*



April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4815 28**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 8:44 am |
| **Location:** | WASHINGTON, DC 20460 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | LEE ZELDIN  ADMINISTRATOR |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: | |
| Address of Recipient: | 20400 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Lee Zeldin, Administrator
Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, DC 20460
Reference #: 13081038

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*
                    *Plaintiff*

                                              *vs.*              Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
                    *Defendants*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Federal Communications Commission*

*SERVICE ADDRESS: 45 L Street, NE, Washington, DC 20554*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Federal Communications Commission, 45 L Street, NE, Washington, DC 20554 on 04/10/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4801 63. Service was signed for on 04/18/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/24/2025*

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13080050*

---


**UNITED STATES**
**POSTAL SERVICE**

April 18, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4801 63**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 17, 2025, 6:47 am |
| **Location:** | WASHINGTON, DC 20554 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | FEDERAL COMMUNICATIONS COMMISSION |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[handwritten] FCC 20554* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Federal Communications Commission
45 L Street, NE
Washington, DC 20554
Reference #: 13080050

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*
                    *Plaintiff*

                                        *vs.*                    Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
                    *Defendants*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Brendan Carr, in his official capacity as the Chairman of the Federal Communications Commission*

*SERVICE ADDRESS: 45 L Street, NE, Washington, DC 20554*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Brendan Carr, in his official capacity as the Chairman of the Federal Communications Commission, 45 L Street, NE, Washington, DC 20554 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4815 42. Service was signed for on 04/18/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/22/2025*

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13081059*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*



April 18, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 4815 42**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 17, 2025, 6:47 am |
| **Location:** | WASHINGTON, DC 20554 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | BRENDAN CARR  CHAIRMAN |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Brendan Carr, Chairman
Federal Communications Commission
45 L Street, NE
Washington, DC 20554
Reference #: 13081059

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jenner & Block LLP

**Plaintiff**

vs.

Case No.: 1:25-cv-00916-BAH

U.S. Department of Justice, et al.

**Defendants**

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits

SERVE TO: Anna M. Gomez, in her official capacity as the Commissioner of the Federal Communications Commission

SERVICE ADDRESS: 45 L Street, NE, Washington, DC 20554

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Anna M. Gomez, in her official capacity as the Commissioner of the Federal Communications Commission, 45 L Street, NE, Washington, DC 20554 on 04/10/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4799 45. Service was signed for on 04/18/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 04/24/2025

_Carrie Hollingshed_

Carrie Hollingshed

Client Ref Number: 358086-201
Job #:13080011

Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050



**UNITED STATES**
**POSTAL SERVICE**

April 18, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4799 45.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 17, 2025, 6:47 am |
| **Location:** | WASHINGTON, DC 20554 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | ANNA M  GOMEZ  COMMISSIONER |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Anna M. Gomez, Commissioner
Federal Communications Commission
45 L Street, NE
Washington, DC 20554
Reference #: 13080011

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Jenner & Block LLP*
                    ***Plaintiff***

                                                    *vs.*                    Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
                    ***Defendants***

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Nathan Simington, in his official capacity as the Commissioner of the Federal Communications Commission*

*SERVICE ADDRESS: 45 L Street, NE, Washington, DC 20554*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Nathan Simington, in his official capacity as the Commissioner of the Federal Communications Commission, 45 L Street, NE, Washington, DC 20554 on 04/10/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4801 49. Service was signed for on 04/18/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/24/2025*

_____

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13080014*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*


**UNITED STATES**
**POSTAL SERVICE**

April 18, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4801 49.**

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 17, 2025, 6:47 am |
| **Location:** | WASHINGTON, DC 20554 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | NATHAN SIMINGTON  COMMISSIONER |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | Signature X [signature] Printed Steve Valentino |
| Address of Recipient: | FCC 20554 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Nathan Simington, Commissioner
Federal Communications Commission
45 L Street, NE
Washington, DC 20554
Reference #: 13080014

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*
                    *Plaintiff*

                                        *vs.*              Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
                    *Defendants*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Geoffrey Starks, in his official capacity as the Commissioner of the Federal Communications Commission*

*SERVICE ADDRESS: 45 L Street, NE, Washington, DC 20554*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Geoffrey Starks, in his official capacity as the Commissioner of the Federal Communications Commission, 45 L Street, NE, Washington, DC 20554 on 04/10/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4801 56. Service was signed for on 04/18/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/24/2025*

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13080034*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*


**UNITED STATES**
**POSTAL SERVICE**

April 18, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4801 56**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 17, 2025, 6:47 am |
| **Location:** | WASHINGTON, DC 20554 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | GEOFFREY STARKS  COMMISSIONER |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Geoffrey Starks, Commissioner
Federal Communications Commission
45 L Street, NE
Washington, DC 20554
Reference #: 13080034

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*
                    *Plaintiff*

                                        *vs.*              Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
                    *Defendants*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Federal Energy Regulatory Commission*

*SERVICE ADDRESS: 888 First Street, NE, Washington, DC 20426*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Federal Energy Regulatory Commission, 888 First Street, NE, Washington, DC 20426 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4802 48. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/24/2025*

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13080204*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*


**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4802 48**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 12:32 pm |
| **Location:** | WASHINGTON, DC 20426 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | FEDERAL ENERGY REGULATORY COMMISSION |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
Reference #: 13080204

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*
                    *Plaintiff*
                                              *vs.*              Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
                    *Defendants*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Judy W. Chang, in her official capacity as Commissioner of the Federal Energy Regulatory Commission*

*SERVICE ADDRESS: 888 First Street, NE, Washington, DC 20426*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Judy W. Chang, in her official capacity as Commissioner of the Federal Energy Regulatory Commission, 888 First Street, NE, Washington, DC 20426 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4801 87. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on* 04/24/2025

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____        _____
                                                                     *Carrie Hollingshed*

**Angela H. Croson**
**Notary Public, Prince George's County, MD**
_____
                    2/5/2029
                **Commission Expires**

*Client Ref Number: 358086-201*
*Job #:13080090*

---

*Capitol Process Services, Inc.  |  7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770  |  (202) 667-0050*


**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4801 87**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 12:32 pm |
| **Location:** | WASHINGTON, DC 20426 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | JUDY W CHANG COMMISSIONER |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Judy W. Chang, Commissioner
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
Reference #: 13080090

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

**Jenner & Block LLP**
             *Plaintiff*

                                        *vs.*              Case No.: 1:25-cv-00916-BAH

**U.S. Department of Justice, et al.**
             *Defendants*

---

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Mark C. Christie, in his official capacity as Chairman of the Federal Energy Regulatory Commission*

*SERVICE ADDRESS: 888 First Street, NE, Washington, DC 20426*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Mark C. Christie, in his official capacity as Chairman of the Federal Energy Regulatory Commission, 888 First Street, NE, Washington, DC 20426 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4802 00. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on* <u>04/24/2025</u>

---

                                                            *Carrie Hollingshed*

                                                    *Client Ref Number: 358086-201*
                                                                *Job #:13080109*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*


**UNITED STATES POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4802 00**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 12:32 pm |
| **Location:** | WASHINGTON, DC 20426 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | MARK C  CHRISTIE  CHAIRMAN |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Mark C. Christie, Chairman
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
Reference #: 13080109

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*
                          *Plaintiff*
                                                        *vs.*              *Case No.: 1:25-cv-00916-BAH*

*U.S. Department of Justice, et al.*
                          *Defendants*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Willie L. Phillips, in his official capacity as Commissioner of the Federal Energy Regulatory Commission*

*SERVICE ADDRESS: 888 First Street, NE, Washington, DC 20426*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Willie L. Phillips, in his official capacity as Commissioner of the Federal Energy Regulatory Commission, 888 First Street, NE, Washington, DC 20426 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4802 17. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on* <u>04/24/2025</u>

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____

**Angela H. Croson**
**Notary Public, Prince George's County, MD**
_____
                    2/5/2029
            **Commission Expires**

_____
                                        *Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13080120*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*


**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4802 17**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 12:32 pm |
| **Location:** | WASHINGTON, DC 20426 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | WILLIE L  PHILLIPS  COMMISSIONER |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Willie L. Phillips, Commissioner
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
Reference #: 13080120

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*
                    *Plaintiff*

                                        *vs.*            Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
                    *Defendants*

---

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: David Rosner, in his official capacity as Commissioner of the Federal Energy Regulatory Commission*

*SERVICE ADDRESS: 888 First Street, NE, Washington, DC 20426*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to David Rosner, in his official capacity as Commissioner of the Federal Energy Regulatory Commission, 888 First Street, NE, Washington, DC 20426 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4802 24. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/24/2025*

---

                                        *Carrie Hollingshed*

                                        *Client Ref Number: 358086-201*
                                        *Job #:13080144*

---

*Capitol Process Services, Inc.  | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*


**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4802 24**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 12:32 pm |
| **Location:** | WASHINGTON, DC 20426 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | DAVID ROSNER  COMMISSIONER |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

David Rosner, Commissioner
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
Reference #: 13080144

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

**Jenner & Block LLP**

            *Plaintiff*

                    *vs.*                Case No.: 1:25-cv-00916-BAH

**U.S. Department of Justice, et al.**

            *Defendants*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Lindsay S. See, in her official capacity as Commissioner of the Federal Energy Regulatory Commission*

*SERVICE ADDRESS: 888 First Street, NE, Washington, DC 20426*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Lindsay S. See, in her official capacity as Commissioner of the Federal Energy Regulatory Commission, 888 First Street, NE, Washington, DC 20426 on 04/10/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4802 31. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on <u>04/24/2025</u>*

---

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13080156*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*


**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4802 31**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 12:32 pm |
| **Location:** | WASHINGTON, DC 20426 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | LINDSAY S  SEE  COMMISSIONER |

| Recipient Signature |
|---|

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Lindsay S. See, Commissioner
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
Reference #: 13080156

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Jenner & Block LLP*
                        *Plaintiff*

                                        *vs.*              Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
                        *Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Federal Trade Commission*

*SERVICE ADDRESS: 600 Pennsylvania Avenue, NW, Washington, DC 20580*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Federal Trade Commission, 600 Pennsylvania Avenue, NW, Washington, DC 20580 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4802 86. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/24/2025*

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13080252*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

 **UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4802 86**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 14, 2025, 8:36 am |
| **Location:** | WASHINGTON, DC 20580 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | FEDERAL TRADE COMMISSION |

## Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Reference #: 13080252

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*
                    *Plaintiff*
                                        *vs.*            Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
                    *Defendants*

---

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Andrew N. Ferguson, in his official capacity as Chairman, Federal Trade Commission*

*SERVICE ADDRESS: 600 Pennsylvania Avenue, NW, Washington, DC 20580*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Andrew N. Ferguson, in his official capacity as Chairman, Federal Trade Commission, 600 Pennsylvania Avenue, NW, Washington, DC 20580 on 04/10/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4802 55. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/24/2025*

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13080238*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*


**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4802 55.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 14, 2025, 8:36 am |
| **Location:** | WASHINGTON, DC 20580 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | ANDREW N  FERGUSON  CHAIRMAN |

## Recipient Signature



| | |
|---|---|
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Andrew N. Ferguson, Chairman
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Reference #: 13080238

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*
                    *Plaintiff*

                                        *vs.*              Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
                    *Defendants*

---

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Melissa Holyoak, in her official capacity as Commissioner, Federal Trade Commission*

*SERVICE ADDRESS: 600 Pennsylvania Avenue, NW, Washington, DC 20580*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Melissa Holyoak, in her official capacity as Commissioner, Federal Trade Commission, 600 Pennsylvania Avenue, NW, Washington, DC 20580 on 04/10/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4802 79. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/24/2025*

---

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13080245*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*



**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 4802 79**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 14, 2025, 8:36 am |
| **Location:** | WASHINGTON, DC 20580 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | MELISSA HOLYOAK  COMMISSIONER |

## Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Melissa Holyoak, Commissioner
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Reference #: 13080245

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*

                *Plaintiff*

                                *vs.*                Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*

                *Defendants*

---

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: General Services Administration*

*SERVICE ADDRESS: 1800 F Street, NW, Washington, DC 20405*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to General Services Administration, 1800 F Street, NW, Washington, DC 20405 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4811 53. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on <u>04/24/2025</u>*

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13080291*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

 **UNITED STATES POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 4811 53**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 12:49 pm |
| **Location:** | WASHINGTON, DC 20405 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | GENERAL SERVICES ADMINISTRATION |

## Recipient Signature

Signature of Recipient:  DRWB ROOTS

Address of Recipient:  20405

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

General Services Administration
1800 F Street, NW
Washington, DC 20405
Reference #: 13080291

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

*Jenner & Block LLP*
                        *Plaintiff*

                                        *vs.*            Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
                        *Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Stephen Ehekian, in his official capacity as Acting Administrator of the General Services Administration*

*SERVICE ADDRESS: 1800 F Street, NW, Washington, DC 20405*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Stephen Ehekian, in his official capacity as Acting Administrator of the General Services Administration, 1800 F Street, NW, Washington, DC 20405 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4811 46. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/24/2025*

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13080286*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*


**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4811 46**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 12:49 pm |
| **Location:** | WASHINGTON, DC 20405 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | STEPHEN EHEKIAN  ACTING ADMINISTRATOR |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | ORWD ROOTS |
| Address of Recipient: | 20405 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Stephen Ehekian, Acting Administrator
General Services Administration
1800 F Street, NW
Washington, DC 20405
Reference #: 13080286

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*

     *Plaintiff*

            *vs.*       Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
     *Defendants*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Department of Health and Human Services*

*SERVICE ADDRESS: 200 Independence Avenue, SW, Washington, DC 20201*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Department of Health and Human Services, 200 Independence Avenue, SW, Washington, DC 20201 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4811 77. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/24/2025*

                              *Carrie Hollingshed*

                            *Client Ref Number: 358086-201*
                                *Job #:13080320*


**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4811 77**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 7:44 am |
| **Location:** | WASHINGTON, DC 20201 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | U S  DEPARTMENT OF HEALTH AND HUMAN SERVICES |

## Recipient Signature

Signature of Recipient:   a.Tyler
a.Tyler

Address of Recipient:   HHS
20201

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201
Reference #: 13080320

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Jenner & Block LLP**
                    *Plaintiff*

                                        *vs.*                    Case No.: 1:25-cv-00916-BAH

**U.S. Department of Justice, et al.**
                    *Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Robert F. Kennedy Jr., in his official capacity as Secretary of Health and Human Services*

*SERVICE ADDRESS: 200 Independence Avenue, SW, Washington, DC 20201*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Robert F. Kennedy Jr., in his official capacity as Secretary of Health and Human Services, 200 Independence Avenue, SW, Washington, DC 20201 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4811 60. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on* <u>04/24/2025</u>

_____

                    *Carrie Hollingshed*

                    *Client Ref Number: 358086-201*
                    *Job #:13080313*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*


**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4811 60**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 7:44 am |
| **Location:** | WASHINGTON, DC 20201 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | U S  DEPARTMENT OF HEALTH AND HUMAN SERVICES |

## Recipient Signature

Signature of Recipient:     *a.Tyler*
                           *a.Tyler*

Address of Recipient:      *HHS*
                          *20201*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Department of Health and Human Services
Robert F. Kennedy, Jr
200 Independence Avenue, SW
Washington, DC 20201
Reference #: 13080313

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*
                        *Plaintiff*

                                        *vs.*                    Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
                        *Defendants*

---

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Office of the Director of National Intelligence*

*SERVICE ADDRESS: Office of the Director of National Intelligence, Office of General Counsel, Washington, DC 20511*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Office of the Director of National Intelligence, Office of the Director of National Intelligence, Office of General Counsel, Washington, DC 20511 on 04/30/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4963 48. Service was signed for on 05/02/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 05/05/2025*

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13211064*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

 **UNITED STATES POSTAL SERVICE**

May 2, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 4963 48**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | May 2, 2025, 6:07 am |
| **Location:** | WASHINGTON, DC 20505 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE |

## Recipient Signature

Signature of Recipient: *Ricardo Owens*

Address of Recipient: *CIA 20505*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Office of the Director of National Intelligence
Office of the Director of National Intelligence
Office of General Counsel
Washington, DC 20511
Reference #: 13211064

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Jenner & Block LLP*
              *Plaintiff*

                                          *vs.*                    Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
              *Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Tulsi Gabbard, in her official capacity as U.S. Director of National Intelligence*

*SERVICE ADDRESS: Office of the Director of National Intelligence, Office of General Counsel, Washington, DC 20511*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Tulsi Gabbard, in her official capacity as U.S. Director of National Intelligence, Office of the Director of National Intelligence, Office of General Counsel, Washington, DC 20511 on 04/30/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4963 55. Service was signed for on 05/02/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

Executed on <u>05/05/2025</u>

                                                      _____
                                                      *Carrie Hollingshed*

                                                      *Client Ref Number: 358086-201*
                                                      *Job #:13211044*


**UNITED STATES**
**POSTAL SERVICE**

May 2, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4963 55**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | May 2, 2025, 6:07 am |
| **Location:** | WASHINGTON, DC 20505 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | TULSI GABBARD |

## Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Tulsi Gabbard
U.S. Director of National Intelligence
Office of the Director of National Intelligence
Office of General Counsel
Washington, DC 20511
Reference #: 13211044

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

*Jenner & Block LLP*

        *Plaintiff*

                      *vs.*               Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*

        *Defendants*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Office of Management and Budget*

*SERVICE ADDRESS: 725 17th Street, NW, Washington, DC 20503*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Office of Management and Budget, 725 17th Street, NW, Washington, DC 20503 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4812 14. Service was signed for on 04/18/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on <u>04/24/2025</u>*

                                                          _____

                                                       *Carrie Hollingshed*

                                               *Client Ref Number: 358086-201*
                                                    *Job #:13080470*

---


**UNITED STATES**
**POSTAL SERVICE**

April 18, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4812 14**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 17, 2025, 4:02 am |
| **Location:** | WASHINGTON, DC 20500 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | U S  OFFICE OF MANAGEMENT AND BUDGET |

## Recipient Signature

Signature of Recipient: _(signature)_

Address of Recipient: _White House 20500_

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Office of Management and Budget
725 17th Street, NW
Washington, DC 20503
Reference #: 13080470

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Jenner & Block LLP*

                    *Plaintiff*

                                        *vs.*                Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*

                    *Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Russell T. Vought, in his official capacity as Director of the U.S. Office of Management and Budget*

*SERVICE ADDRESS: 725 17th Street, NW, Washington, DC 20503*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Russell T. Vought, in his official capacity as Director of the U.S. Office of Management and Budget, 725 17th Street, NW, Washington, DC 20503 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4812 07. Service was signed for on 04/18/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on* <u>04/24/2025</u>

                                                                    *Carrie Hollingshed*

                                                        *Client Ref Number: 358086-201*
                                                        *Job #:13080448*

---

*Capitol Process Services, Inc.* | *7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770* | *(202) 667-0050*


**UNITED STATES**
**POSTAL SERVICE**

April 18, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4812 07**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 17, 2025, 4:02 am |
| **Location:** | WASHINGTON, DC 20500 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | U S  OFFICE OF MANAGEMENT AND BUDGET |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Office of Management and Budget
Russell T. Vought, Director
725 17th Street, NW
Washington, DC 20503
Reference #: 13080448

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Jenner & Block LLP*
                    *Plaintiff*

                                                    *vs.*                    Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
                    *Defendants*

---

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Office of Personnel Management*

*SERVICE ADDRESS: 1900 E Street, NW, Washington, DC 20415*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Office of Personnel Management, 1900 E Street, NW, Washington, DC 20415 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4812 38. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/24/2025*

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13080566*

---

*Capitol Process Services, Inc.  |  7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770  |  (202) 667-0050*


**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4812 38**.

**Item Details**

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 12:39 pm |
| **Location:** | WASHINGTON, DC 20415 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | OFFICE OF PERSONNEL MANAGEMENT |

**Recipient Signature**

Signature of Recipient: *T. Fleming*
*T. Fleming*

Address of Recipient: *20415*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Office of Personnel Management
1900 E Street, NW
Washington, DC 20415
Reference #: 13080566

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

*Jenner & Block LLP*
                    **Plaintiff**

                                        vs.              Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
                    **Defendants**

### <u>*AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*</u>

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Charles Ezell, in his official capacity as Acting Director of the Office of Personnel Management*

*SERVICE ADDRESS: 1900 E Street, NW, Washington, DC 20415*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Charles Ezell, in his official capacity as Acting Director of the Office of Personnel Management, 1900 E Street, NW, Washington, DC 20415 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4812 21. Service was signed for on 04/14/2025, return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on* <u>*04/24/2025*</u>

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13080547*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*


**UNITED STATES
POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4812 21**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 14, 2025, 12:39 pm |
| **Location:** | WASHINGTON, DC 20415 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | OFFICE OF PERSONNEL MANAGEMENT |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *T. Fleming* *T. Fleming* |
| Address of Recipient: | *20415* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Office of Personnel Management
Charles Ezell, Acting Director
1900 E Street, NW
Washington, DC 20415
Reference #: 13080547

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Jenner & Block LLP*
         *Plaintiff*

                *vs.*                    Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*
         *Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Securities and Exchange Commission*

*SERVICE ADDRESS: 100 F Street, NE, Washington, DC 20549*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Securities and Exchange Commission, 100 F Street, NE, Washington, DC 20549 on 04/10/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4795 25. Service was signed for on 04/11/2025, return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/24/2025*

                                    *Carrie Hollingshed*

                                  *Client Ref Number: 358086-201*
                                  *Job #:13079743*


**UNITED STATES**
**POSTAL SERVICE**

April 11, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4795 25.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 11, 2025, 11:47 am |
| **Location:** | WASHINGTON, DC 20549 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | SECURITIES AND EXCHANGE COMMISSION |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | X Anthony Thomas  X Anthony Thomas |
| Address of Recipient: | 20549 SEC |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Securities and Exchange Commission
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Reference #: 13079743

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Jenner & Block LLP**

*Plaintiff*

vs.

**U.S. Department of Justice, et al.**

*Defendants*

Case No:1:25-cv-00916-BAH

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Caroline A. Crenshaw, in her official capacity as Commissioner, Securities and Exchange Commission*

*SERVICE ADDRESS: 100 F Street, NE, Washington, DC 20549*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Caroline A. Crenshaw, in her official capacity as Commissioner, Securities and Exchange Commission, 100 F Street, NE, Washington, DC 20549 on 04/10/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4794 71. Service was signed for on 04/11/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/24/2025*

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13079688*


**UNITED STATES**
**POSTAL SERVICE**

April 11, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4794 71.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 11, 2025, 11:47 am |
| **Location:** | WASHINGTON, DC 20549 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | CAROLINE A  CRENSHAW  COMMISSIONER |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | X Anthony Thomas / X Anthony Thomas |
| Address of Recipient: | 20549 SEC |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Caroline A. Crenshaw, Commissioner
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Reference #: 13079688

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jenner & Block LLP
            **Plaintiff**

                                    **vs.**              Case No.: 1:25-cv-00916-BAH

U.S. Department of Justice, et al.
            **Defendants**

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits

SERVE TO: Hester M. Peirce, in her official capacity as Commissioner, Securities and Exchange Commission

SERVICE ADDRESS: 100 F Street, NE, Washington, DC 20549

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Hester M. Peirce, in her official capacity as Commissioner, Securities and Exchange Commission, 100 F Street, NE, Washington, DC 20549 on 04/10/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4794 40. Service was signed for on 04/11/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 04/24/2025

_Carrie Hollingshed_

Client Ref Number: 358086-201
Job #:13079707

Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050


**UNITED STATES**
**POSTAL SERVICE**

April 11, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4794 40.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 11, 2025, 11:47 am |
| **Location:** | WASHINGTON, DC 20549 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | HESTER M PEIRCE COMMISSIONER |

## Recipient Signature

Signature of Recipient: *X Anthony Thomas*
*X Anthony Thomas*

Address of Recipient: *20549 SEC*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Hester M. Peirce, Commissioner
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Reference #: 13079707

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jenner & Block LLP

     **Plaintiff**

             **vs.**       Case No.: 1:25-cv-00916-BAH

U.S. Department of Justice, et al.

      **Defendants**

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits

SERVE TO: Mark T. Uyeda, in his official capacity as Commissioner, Securities and Exchange Commission

SERVICE ADDRESS: 100 F Street, NE, Washington, DC 20549

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Mark T. Uyeda, in his official capacity as Commissioner, Securities and Exchange Commission, 100 F Street, NE, Washington, DC 20549 on 04/10/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4795 18. Service was signed for on 04/11/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>04/24/2025</u>

                 _Carrie Hollingshed_

                 Client Ref Number: 358086-201
                 Job #:13079733

 **UNITED STATES**
**POSTAL SERVICE**

April 11, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4795 18.**

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 11, 2025, 11:47 am |
| **Location:** | WASHINGTON, DC 20549 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | MARK T UYEDA  COMMISSIONER |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | X Anthony Thomas    X Anthony Thomas |
| Address of Recipient: | 20549 SEC |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Mark T. Uyeda, Commissioner
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Reference #: 13079733

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jenner & Block LLP

          *Plaintiff*

                                *vs.*                 Case No.: 1:25-cv-00916-BAH

U.S. Department of Justice, et al.

          *Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Scott Bessent, in his official capacity as Secretary of the Treasury*

*SERVICE ADDRESS: 1500 Pennsylvania Avenue, NW, Washington, DC 20220*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Scott Bessent, in his official capacity as Secretary of the Treasury, 1500 Pennsylvania Avenue, NW, Washington, DC 20220 on 04/10/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4795 49. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

Executed on <u>04/24/2025</u>

                                                      *Carrie Hollingshed*

                                                *Client Ref Number: 358086-201*
                                                      *Job #:13079762*


**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4795 49**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 14, 2025, 4:13 am |
| **Location:** | WASHINGTON, DC 20220 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | SCOTT BESSENT  SECRETARY |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Scott Bessent, Secretary
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220
Reference #: 13079762

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Jenner & Block LLP*

*Plaintiff*

vs.

Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*

*Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: The United States of America, U.S. Attorney's Office for D.C.*

*SERVICE ADDRESS: 601 D Street, NW, Washington, DC 20530*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to The United States of America, U.S. Attorney's Office for D.C., 601 D Street, NW, Washington, DC 20530 on 04/10/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4795 87. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on <u>04/24/2025</u>*

*Carrie Hollingshed*

*Client Ref Number: 358086-201*
*Job #:13079820*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

 **UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4795 87.**

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 14, 2025, 5:48 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | THE UNITED STATES OF AMERICA |

**Recipient Signature**



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

---

The United States of America
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530
Reference #: 13079820

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

**Jenner & Block LLP**
                    *Plaintiff*

                                        *vs.*              Case No.: 1:25-cv-00916-BAH

**U.S. Department of Justice, et al.**
                    *Defendants*

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: United States Postal Service*

*SERVICE ADDRESS: 475 L'Enfant Plaza, SW, Washington, DC 20260*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to United States Postal Service, 475 L'Enfant Plaza, SW, Washington, DC 20260 on 04/10/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4796 48. Service was signed for on 04/14/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

Executed on <u>04/24/2025</u>

                                                    _____
                                                    *Carrie Hollingshed*

                                                    *Client Ref Number: 358086-201*
                                                    *Job #:13079952*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*


**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4796 48**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | April 14, 2025, 7:50 am |
| **Location:** | WASHINGTON, DC 20260 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | UNITED STATES POSTAL SERVICE |

**Recipient Signature**

| Signature of Recipient: | *Headquarter Kia Tonn* |
|---|---|
| Address of Recipient: | *20260* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260
Reference #: 13079952

*IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

*Jenner & Block LLP*

     *Plaintiff*

             *vs.*       Case No.: 1:25-cv-00916-BAH

*U.S. Department of Justice, et al.*

     *Defendants*

## *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits*

*SERVE TO: Louis DeJoy, in his official capacity as Postmaster General and Chief Executive Officer of the United States Postal Service c/o Doug Tulino*

*SERVICE ADDRESS: 475 L'Enfant Plaza, SW, Washington, DC 20260*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Louis DeJoy, in his official capacity as Postmaster General and Chief Executive Officer of the United States Postal Service c/o Doug Tulino, 475 L'Enfant Plaza, SW, Washington, DC 20260 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4796 17. Service was signed for on 04/16/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/24/2025*

                         *Carrie Hollingshed*

                         *Client Ref Number: 358086-201*
                         *Job #:13079945*

 **UNITED STATES**
**POSTAL SERVICE**

April 16, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 4796 17.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | April 16, 2025, 8:32 am |
| **Location:** | WASHINGTON, DC 20260 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | LOUIS DEJOY  POSTMASTER GENERAL |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *C. Stealhs* *C. Stcerns* |
| Address of Recipient: | *L 0260* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Louis DeJoy, Postmaster
General/Chief Executive Officer
c/o Doug Tulino
United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260
Reference #: 13079945

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jenner & Block LLP
                    **Plaintiff**

                                        vs.                    Case No.: 1:25-cv-00916-BAH

U.S. Department of Justice, et al.
                    **Defendants**

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits

SERVE TO: Department of Veterans Affairs

SERVICE ADDRESS: 810 Vermont Avenue, NW, Washington, DC 20420

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Department of Veterans Affairs, 810 Vermont Avenue, NW, Washington, DC 20420 on 04/10/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4797 78. Service was signed for on 04/14/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>04/24/2025</u>

_Carrie Hollingshed_

Client Ref Number: 358086-201
Job #:13079988

Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050

 **UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 4797 78**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 14, 2025, 5:47 am |
| **Location:** | WASHINGTON, DC 20420 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | DEPARTMENT OF VETERANS AFFAIRS |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Department of Veterans Affairs
810 Vermont Avenue, NW
Washington, DC 20420
Reference #: 13079988

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jenner & Block LLP
              **Plaintiff**
                                      **vs.**              Case No.: 1:25-cv-00916-BAH

U.S. Department of Justice, et al.
              **Defendants**

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits

SERVE TO: Douglas A. Collins, in his official capacity as Secretary of Veterans Affairs

SERVICE ADDRESS: 810 Vermont Avenue, NW, Washington, DC 20420

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Douglas A. Collins, in his official capacity as Secretary of Veterans Affairs, 810 Vermont Avenue, NW, Washington, DC 20420 on 04/10/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4797 54. Service was signed for on 04/14/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>04/24/2025</u>

                                                        Carrie Hollingshed

                                                        Client Ref Number: 358086-201
                                                        Job #:13079976

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*


**UNITED STATES**
**POSTAL SERVICE**

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 4797 54.**

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 14, 2025, 5:47 am |
| **Location:** | WASHINGTON, DC 20420 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | DOUGLAS A COLLINS SECRETARY |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | X |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Douglas A. Collins, Secretary
Department of Veterans Affairs
810 Vermont Avenue, NW
Washington, DC 20420
Reference #: 13079976