**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JENNER & BLOCK LLP, | |
| Plaintiff, | |
| v. | No. 1:25-cv-00916-JDB |
| U.S. DEPARTMENT OF JUSTICE, et al., | |
| Defendants. | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(c), Movant Eric Citron moves for the admission and appearance of attorney Eric R. Olson *pro hac vice* in the above-entitled action for the sole purpose of filing an *amicus* brief in support of Plaintiff. This motion is supported by the attached Declaration of Eric R. Olson. This motion is supported and signed by Eric Citron, an active and sponsoring member of the Bar of this Court.

Dated: May 7, 2025                     Respectfully submitted,


                                       */s/Eric Citron*

                                       Eric Citron
                                       D.D.C. Bar # 1001069
                                       **Zimmer, Citron & Clarke, LLP**
                                       130 Bishop Allen Drive
                                       Cambridge, MA 02139
                                       eric@zimmercitronclarke.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

*/s/ Eric Citron*
_____
