AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Jenner & Block LLP | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00916-JDB |
| U.S. Department of Justice, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae: Law Firm Partners United Inc.

Date: 5/8/2025

/s/ Eric Olson
*Attorney's signature*

Eric Olson (CO Bar No. 36414)
*Printed name and bar number*

Olson Grimsley Kawanabe Hinchcliff & Murray LLC
700 17th Street, Suite 1600
Denver, CO 80202

*Address*

eolson@olsongrimsley.com
*E-mail address*

303-535-9151
*Telephone number*

*FAX number*

Print    Save As...    Reset