# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP, *Plaintiff* v. U.S. DEPARTMENT OF JUSTICE, et al. *Defendants* | Case No. 1:25-CV-00916-JDB<br><br>Judge John D. Bates |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF CHARLES L. BECKER**

Upon consideration of Proposed Amici's Motion for Admission *Pro Hac Vice* of Charles L. Becker, it is hereby ORDERED that such motion is **GRANTED**.

IT IS SO ORDERED.

Dated: _____            _____
                                                                                            Hon. John D. Bates
                                                                                            United States District Court Judge