# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP, <br><br> *Plaintiff* <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, et al. <br><br> *Defendants* | Case No. 1:25-CV-00916-JDB <br><br> Judge John D. Bates |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF SPENCER J. PAHLKE

Upon consideration of Proposed Amici's Motion for Admission *Pro Hac Vice* of Spencer J. Pahlke, it is hereby ORDERED that such motion is **GRANTED**.

IT IS SO ORDERED.

Dated: _____

_____
Hon. John D. Bates
United States District Court Judge