# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>*Plaintiff*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.<br><br>*Defendants* | Case No. 1:25-CV-00916-JDB<br><br>Judge John D. Bates |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF SHANIN SPECTER

Upon consideration of Proposed Amici's Motion for Admission *Pro Hac Vice* of Shanin Specter, it is hereby ORDERED that such motion is **GRANTED**.

IT IS SO ORDERED.

Dated: _____  _____
Hon. John D. Bates
United States District Court Judge