IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

Jenner & Block LLP
                            Plaintiff

                                                vs.                  Case No.: 1:25-cv-00916-BAH

U.S. Department of Justice, et al.
                            Defendants

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): All Summonses issued in this case; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits

SERVE TO: U.S. Attorney's Office for D.C.

SERVICE ADDRESS: 601 D Street, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to U.S. Attorney's Office for D.C., 601 D Street, NW, Washington, DC 20530 on 04/11/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 4794 26. Service was signed for on 04/14/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>04/22/2025</u>

*[signature]*

---
                                                                          Carrie Hollingshed

Client Ref Number: 358086-201
Job #:13081473


UNITED STATES POSTAL SERVICE

April 14, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 4794 26**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 14, 2025, 5:49 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | U S  ATTORNEY S OFFICE FOR D C |

### Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530
Reference #: 13081473

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jenner & Block LLP
         **Plaintiff**

                                          vs.                          Case No.: 1:25-cv-00916-BAH

U.S. Department of Justice, et al.
         **Defendants**

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint with Exhibits

SERVE TO: U.S. Attorney for the District of Columbia

SERVICE ADDRESS: 601 D Street, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to U.S. Attorney for the District of Columbia, 601 D Street, NW, Washington, DC 20530 on 05/08/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3455 92. Service was signed for on 05/12/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 05/12/2025

                                                               _____
                                                                              Carrie Hollingshed

                                                               Client Ref Number: 358086-201
                                                               Job #:13259039


**UNITED STATES POSTAL SERVICE**

May 12, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9481 7362 0855 1274 3455 92**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | May 12, 2025, 5:16 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail Express 2-Day® |
| **Extra Services:** | PO to Addressee |
| | Signature Service |
| | Up to $100 insurance included |
| **Recipient Name:** | U S ATTORNEY FOR THE DISTRICT OF COLUMBIA |
| **Actual Recipient Name:** | K JERNINGAN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Recipient Signature

Signature of Recipient: 

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Attorney for the District of Columbia
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530
Cost of Service: $27.7
Reference #: 13259039