UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNER & BLOCK LLP, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00916-JDB |

### NOTICE OF FILING OF PLAINTIFF JENNER & BLOCK LLP'S AMENDED PROPOSED ORDER

Plaintiff Jenner & Block LLP ("Jenner") respectfully submits the accompanying amended proposed order for the Court's consideration in connection with Jenner's pending Motion for Summary Judgment and for Declaratory and Permanent Injunctive Relief, ECF No. 19.

The amended proposed order supersedes the proposed order Jenner filed earlier at ECF No. 19-31. As Jenner explained in its Opposition to Defendants' Motion to Dismiss, because Jenner has named the United States of America as a defendant in this action, it is entitled to injunctive relief against every federal agency so long as the relevant agencies are named in the injunctive order. *See* ECF No. 94, at 40-44; *see also* 5 U.S.C. § 702. As Jenner noted in its Opposition, in the event it came to light that agencies were omitted from the initial proposed order, it would, with permission of the Court, submit a revised proposed order. ECF No. 94, at 44 n.18. After reviewing a list of relevant agencies provided by government counsel, Jenner believes that Appendix A of the amended proposed order includes additional agencies that should be included in the Court's order.

Jenner disagrees with Defendants' contention that only agencies named as defendants may be subject to this Court's injunctive order, and that therefore the only way to obtain relief against the entities named in Appendix A is to amend the complaint to name each entity as a defendant. The Administrative Procedure Act explicitly states that this is unnecessary, providing that "[t]he United States may be named as a defendant in any" suit challenging conduct by any agency in lieu of the agency itself, "and a judgment or decree may be entered against the United States," so long as "any mandatory or injunctive decree shall specify the Federal officer or officers (by name or by title), and their successors in office, personally responsible for compliance."  5 U.S.C. § 702; *see* ECF No. 94, at 40-41.  Consistent with these requirements, the complaint names the United States as a defendant and the proposed order (and now the amended proposed order) specifies all federal agencies and officers to be bound by the proposed injunction.

Accordingly, Jenner does not believe there is any need to amend the complaint in order to obtain the broad relief it seeks, but stands ready to do so should the Court so direct.

Dated: May 14, 2025                          Respectfully submitted,

                                             */s/ Michael A. Attanasio*
                                             Michael A. Attanasio
                                             (mattanasio@cooley.com)
                                             Cooley LLP
                                             10265 Science Center Drive
                                             San Diego, CA 92121
                                             Telephone:    (858) 550-6000
                                             Facsimile:    (858) 550-6420

                                             David E. Mills (DC Bar #401979)
                                             (dmills@cooley.com)
                                             Cooley LLP
                                             1299 Pennsylvania Ave. NW, Suite 700
                                             Washington, D.C. 20004
                                             Telephone:    (202) 842-5000
                                             Facsimile:    (202) 842-7400

Kristine Forderer (*pro hac vice*)
(kforderer@cooley.com)
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

John Bostic (*pro hac vice*)
(jbostic@cooley.com)
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

*Attorneys for Plaintiff Jenner & Block LLP*