# Cooley

Michael A. Attanasio
T: +1 858 550 6020
mattanasio@cooley.com

**VIA ECF**

May 14, 2025

The Honorable John D. Bates
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

      Re:    *Jenner & Block LLP v. U.S. Department of Justice, et al.*, No. 25-cv-916-JDB (D.D.C.)

Dear Judge Bates:

    I write to inform the Court of a recent development that pertains to the above referenced matter. On May 14, 2025, at a hearing in an indicted case in which Jenner & Block LLP ("Jenner") represents a criminal defendant, the Court stated that it had been informed by the Justice Department that a Jenner attorney's security clearance had been suspended. This development, in addition to the recent suspension of security clearances of lawyers at WilmerHale, *see* Notice of Recent Development, *Wilmer Cutler Pickering Hale and Dorr LLP v. Executive Office of the President*, No. 25-cv-917 (D.D.C. May 13, 2025), ECF No. 109, further underscores the need for the permanent injunctive relief that Jenner has requested, including with respect to Section 2 of the challenged Executive Order.

                                                        Respectfully submitted,

                                                */s/ Michael A. Attanasio*
                                                Michael A. Attanasio
                                                (mattanasio@cooley.com)
                                                Cooley LLP
                                                10265 Science Center Drive
                                                San Diego, CA 92121
                                                Telephone:    (858) 550-6000
                                                Facsimile:     (858) 550-6420

                                                *Attorney for Plaintiff Jenner & Block LLP*

Cc: All Counsel of Record (via CM/ECF NEF)