## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JENNER & BLOCK LLP,

      *Plaintiff*,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

      *Defendants*.

Case No. 1:25-cv-00916-JDB

## PLAINTIFF JENNER & BLOCK LLP'S NOTICE OF RECENT DEVELOPMENT

Plaintiff Jenner & Block LLP ("Jenner") respectfully submits this notice to inform the Court of a recent development that pertains to the above captioned matter.  On May 14, 2025, at a hearing in an indicted case in which Jenner represents a criminal defendant, the Court stated that it had been informed by the Justice Department that a Jenner attorney's security clearance had been suspended.  This development, in addition to the recent suspension of security clearances of lawyers at WilmerHale, *see* Notice of Recent Development, *Wilmer Cutler Pickering Hale and Dorr LLP v. Executive Office of the President*, No. 25-cv-917 (D.D.C. May 13, 2025), ECF No. 109, further underscores the need for the permanent injunctive relief that Jenner has requested, including with respect to Section 2 of the challenged Executive Order.

Dated: May 20, 2025

Respectfully submitted,

*/s/ Michael A. Attanasio*

Michael A. Attanasio
(mattanasio@cooley.com)
Cooley LLP
10265 Science Center Drive
San Diego, CA 92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

David E. Mills (DC Bar #401979)
(dmills@cooley.com)
Cooley LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, D.C. 20004
Telephone:    (202) 842-5000
Facsimile:    (202) 842-7400

Kristine Forderer (*pro hac vice*)
(kforderer@cooley.com)
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

John Bostic (*pro hac vice*)
(jbostic@cooley.com)
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

*Attorneys for Plaintiff Jenner & Block LLP*