UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JENNER & BLOCK LLP,**<br><br>**Plaintiff,**<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE, et al.,**<br><br>**Defendants.** | Civil Action No. 25-916 (JDB) |

**ORDER**

Upon consideration of [19] Jenner & Block's motion for summary judgment, [20] the defendants' motion to dismiss, and the entire record herein, and for the reasons set forth in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [19] Jenner's motion for summary judgment is **GRANTED**; it is further

**ORDERED** that [20] the defendants' motion to dismiss is **DENIED**; it is further

**DECLARED** that Executive Order 14246, Addressing Risks from Jenner & Block, 90 Fed. Reg. 13997 (Mar. 28, 2025), is unlawful because it violates the First Amendment to the United States Constitution; it is further

**DECLARED** that Executive Order 14246 is therefore null and void; it is further

**ORDERED** that:

(1) the defendants are permanently **ENJOINED** from implementing or enforcing Sections 2–5 of Executive Order 14246 in any way;

(2) the defendants are **DIRECTED** to rescind all formal or informal guidance or other direction provided to officers, staff, employees, or contractors of the federal government to communicate, effectuate, implement, or enforce Executive Order 14246;

1

(3) the defendants are **DIRECTED** immediately to notify all officers, staff, employees, and contractors subject to Executive Order 14246 that Executive Order 14246 is unlawful, null, and void, and that Executive Order 14246 therefore should be disregarded, including all prior formal or informal advice, opinions, or direction previously received or communicated to effectuate, implement, or enforce Executive Order 14246, and that all departments, agencies, officers, staff, employees, and contractors of the federal government should carry on with their ordinary course of business with Jenner & Block LLP, its personnel, its clients, and its clients' personnel known or believed by them to be associated with Jenner & Block LLP, as if Executive Order 14246 had not issued;

(4) the defendants are **DIRECTED** immediately to (a) communicate to every recipient of a formal or informal request for disclosure of any relationship with Jenner & Block LLP or any person associated with Jenner & Block LLP made pursuant to Section 3(a) of Executive Order 14246 that such request is permanently rescinded; and (b) cease making such requests for disclosure pursuant to Section 3(a) of Executive Order 14246;

(5) the defendants are **DIRECTED** to cease any security clearance review made pursuant to Sections 1 or 2(a) of Executive Order 14246 and to reverse any suspension or revocation of any active security clearances made pursuant to Sections 1 or 2(a) of Executive Order 14246;

(6) the defendants are **ORDERED** that they must, in good faith, take such other steps as are necessary to prevent the implementation of Executive Order 14246 and to reverse any implementation or enforcement of Executive Order 14246 that has occurred or is occurring;

(7) defendants Office of Management and Budget ("OMB") and Russell Vought, in his official capacity as director of OMB, are **DIRECTED** to identify all government goods, property,

material, and services provided for the benefit of Jenner & Block LLP that were previously identified pursuant to Section 2(b) of Executive Order 14246 and to immediately issue direction to the relevant heads of agencies that they are to reverse any cessation of the provision of such material or services made pursuant to Executive Order 14246;

(8) defendants U.S. Department of Justice; Pamela Bondi, in her official capacity as U.S. Attorney General; Equal Employment Opportunity Commission ("EEOC"); and Andrea R. Lucas, in her official capacity as Acting Chair of the EEOC, are **DIRECTED** immediately to cease any investigation of Jenner & Block LLP made pursuant to Section 4 of Executive Order 14246, and to withdraw any requests for information from Jenner & Block LLP or other investigative steps made pursuant to Section 4 of Executive Order 14246;

(9) defendants U.S. Department of Justice; Pamela Bondi, in her official capacity as U.S. Attorney General; OMB; and Russell Vought, in his official capacity as Director of OMB, are **DIRECTED** immediately to issue direction, which shall include a copy of this Order, to all defendants and all departments, agencies, and other entities subject to Executive Order 14246, including their respective officers, staff, employees, and contractors, to:

   a. rescind any implementation or enforcement of Executive Order 14246, including any use, consideration, or reliance on the statements in Section 1 of Executive Order 14246;

   b. rescind all formal or informal guidance or other direction provided to officers, staff, employees, or contractors to communicate, effectuate, implement, or enforce Executive Order 14246 in whole or in part;

   c. disregard Executive Order 14246 in its entirety in their dealings with Jenner & Block LLP, Jenner & Block LLP personnel, and clients known or believed by them

    to be associated with Jenner & Block LLP, and carry on with their ordinary course of business as if Executive Order 14246 had not issued;

  d. immediately communicate to every recipient of a formal or informal request for disclosure of any relationship with Jenner & Block LLP or any person associated with the firm made pursuant to Executive Order 14246 that such request is permanently rescinded, and cease making such requests for disclosure pursuant to Executive Order 14246;

  e. cease any security clearance review made or initiated pursuant to Sections 1 or 2(a) of Executive Order 14246 and reverse any suspension or revocation of any active security clearances made pursuant to Sections 1 or 2(a) of Executive Order 14246;

  f. act in good faith to take such other steps as are necessary to prevent the implementation or enforcement of Executive Order 14246 and to reverse any implementation or enforcement of Executive Order 14246 that has occurred or is occurring;

  g. comply with all forms of relief in this Order; and

  h. be advised that all defendants and all departments, agencies, and other entities subject to Executive Order 14246, including their respective officers, staff, employees and contractors, are bound by the Court's Order, under penalty of contempt.

For the avoidance of doubt, the recipients of the foregoing direction shall include, but not be limited to (i) defendants; (ii) the departments, agencies, and other entities listed in Appendix A hereto, including the responsible officials and their successors at each entity, also listed in Appendix A; (iii) any other departments, agencies, and entities that received Executive Order

14246 or guidance related to Executive Order 14246; and (iv) any officers, staff, employees, and contractors of any of the foregoing who were provided with Executive Order 14246 or guidance related to Executive Order 14246; and it is further

**ORDERED** that the defendants shall file a status report within three business days of this Order describing the steps taken to ensure compliance with this Order and certifying compliance with its requirements; and it is further

**ORDERED** that this Order shall remain in effect until further order of this Court.

**IT IS SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: May 23, 2025